Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **BHS Food Service Solutions, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  H. Weiss**<br>**DBA  BHS Foodservice Solutions**<br>**DBA  Elizabeth Contracting Corp. (ECC)**<br>**DBA  predecessor company name Buffalo Hotel Supply** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-5138960** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **375 Commerce Drive**<br>**Buffalo, NY 14228**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Erie**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://www.bhsfoodservicesolutions.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____7223____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| District | When | Case number |
| _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 2 of 272

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 26, 2020**
MM / DD / YYYY

X **/s/ James E. Kauderer, Jr.**                **James E. Kauderer, Jr.**
Signature of authorized representative of debtor              Printed name

Title  **CFO**

**18. Signature of attorney**

X **/s/ Raymond L. Fink**                        Date **June 26, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Raymond L. Fink**
Printed name

**Lippes Mathias Wexler Friedman LLP**
Firm name

**50 Fountain Plaza**
**Suite 1700**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone  **716-853-5100**        Email address  **rfink@lippes.com**

**1436781 NY**
Bar number and State

**CERTIFIED RESOLUTION OF THE BOARD OF MANAGERS**

**FOR**

**BHS FOOD SERVICE SOLUTIONS, LLC**

Robert Drago being the acting secretary of BHS Food Service Solutions, LLC certifies that the following resolutions were duly adopted by the Board of Managers:

At Special Meeting of the Board of Managers (the "Board") of BHS Food Service Solutions, LLC (the "Company" or "BHS") held telephonically on the 13th day of May, 2020 and attended by board members William Maggio ("Chairman"), Robert Zak and Robert Drago. Upon motion duly made and unanimously approved it was:

**RESOLVED** that the Company will continue to employ James Kauderer in his capacity as Chief Financial Officer, at his current rate of compensation, until the earlier of June 30, 2020 or the commencement of BHS's chapter 7 proceeding (predicated upon Five Star Bank's consent and concurrence) to assist both Five Star Bank with the disposition of its collateral, including the collection of accounts receivable and related matters and to assist the Company's counsel with the preparation of the required bankruptcy petition, schedules, statement of financial affairs and matters related thereto, and;

**RESOLVED** that the Company hereby is authorized to file and commence a proceeding under Title 11, Chapter 7 of the United States Code ("Bankruptcy Code") and to take all steps required and necessary to effectuate the same, and;

**RESOLVED** that James Kauderer is authorized to serve as BHS's designated officer in respect of the anticipated chapter 7 filing and is empowered to sign the petition, schedules, statement of affairs, creditor matrixes and any other documents, pleadings as may be necessary and required and to represent BHS at the first meeting of creditors, and cooperate with the appointed chapter 7 trustee.

**Fill in this information to identify the case:**

Debtor name    **BHS Food Service Solutions, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 26, 2020**     X **/s/ James E. Kauderer, Jr.**
                                        Signature of individual signing on behalf of debtor

                                        **James E. Kauderer, Jr.**
                                        Printed name

                                        **CFO**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **BHS Food Service Solutions, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
     Copy line 88 from *Schedule A/B*..............................................................................   $             **0.00**

    **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..........................................................................   $      **7,901,874.12**

    **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................   $      **7,901,874.12**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $    **14,392,775.67**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $      **232,118.60**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$      **10,873,343.64**

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b             $      **25,498,237.91**

Fill in this information to identify the case:

Debtor name    **BHS Food Service Solutions, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 4,224,604.98   -   0.00   = .... | | $4,224,604.98 |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $4,224,604.98 |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **All inventory surrendered to Five Star Bank on 4/20/20** | | $3,059,653.70 | Recent cost | $3,059,653.70 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $3,059,653.70 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** **Various fixed assets as of 4/24/2020** | $617,615.44 | Depreciated cost | $617,615.44 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | $617,615.44 |
|---|---|---|---|

Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **7 vehicles surrendered to Five Star Bank<br>on 4/20/20. 4 leased veichles<br>surrendered to lessor (04/2020)** | $0.00 | Depreciated book | $0.00 |
|---|---|---|---|---|

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

| 51. | **Total of Part 8.** | | $0.00 |
|---|---|---|---|

Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | |
|---|---|---|---|
| 55.1. **375 Commerce Drive Buffalo, New York 14228** | month to month lease | $0.00 | $0.00 |
| 55.2. **12 Labriolla Court Armonk, New York 10504** | terminated lease | $0.00 | $0.00 |
| 55.3. **500 Commerce Drive Buffalo, New York 14228** | terminated lease | $0.00 | $0.00 |
| 55.4. **900 Jefferson Drive, Bldg #2 Rochester, New York 14623** | terminated lease | $0.00 | $0.00 |
| 55.5. **800 Young Street Tonawanda, New York 14150** | terminated lease | $0.00 | $0.00 |

56. **Total of Part 9.**                                                                        | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Website: www.bhsfoodservicesolutions.com** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

|  | **Customer lists** | $0.00 | | $0.00 |

---

| 64. | **Other intangibles, or intellectual property** | | | |
|  | **Customer project information** | $0.00 | | $0.00 |

---

65.      **Goodwill**

66.      **Total of Part 10.**                                                                    $0.00

Add lines 60 through 65. Copy the total to line 89.

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| **Part 11:** | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of
debtor's interest**

71.      **Notes receivable**
         Description (include name of obligor)

72.      **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

73.      **Interests in insurance policies or annuities**

|  | **See attached** | | | **Unknown** |

74.      **Causes of action against third parties (whether or not a lawsuit
         has been filed)**

75.      **Other contingent and unliquidated claims or causes of action of
         every nature, including counterclaims of the debtor and rights to
         set off claims**

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

78.      **Total of Part 11.**                                                                    $0.00

Add lines 71 through 77. Copy the total to line 90.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,224,604.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,059,653.70 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $617,615.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,901,874.12 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,901,874.12 |

# BHS Foodservice Solutions, LLC
## Official Form 206Sum
## Question 73: Interests in insurance policies or annuities

| Policy # | Type of Policy | Eff/Exp. Dates |
|---|---|---|
| 01RHUZL8927 | Umbrella | 1/1/20-21 |
| 01UUNZL8975 | Package | 1/1/20-21 |
| 01WEAC5WZF | Worker's Compensation | 1/1/20-21 |
| 01MSZL9119 | Installation Floater | 1/1/20-21 |
| B10028819 | Bond: E Hampton UFSD | 6/13/19-20 |
| B10028818 | Bond: New Paltz CSD | 4/29/19-20 |
| B10028817 | Bond: Valley Stream Union Free BOE | 3/29/19-21 |
| B10028816 | Bond:  Turkevi Center | 2/11/19-21 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **BHS Food Service Solutions, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** | **Cephas Capital Partners II, L.P.**
Creditor's Name

**11 Schoen Place**
**8th Floor**
**Pittsford, NY 14534**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Assets (surrendered to Five Star Bank on 4/20/20 and 5/22/20)**

Describe the lien
**Commercial Loan - UCC - 2nd Lien position**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $2,500,000.00 | $0.00 |

---

**2.2** | **Five Star Bank**
Creditor's Name

**Attn: Paul D. Keller**
**300 Spindrift Drive**
**Buffalo, NY 14221**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**7892**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All Assets (surrendered on 4/20/20 and 5/22/20)**

Describe the lien
**Commercial Loan - UCC - 1st Lien position**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $11,892,775.67 | $0.00 |

---

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$14,392,775. 67**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **John K. McAndrew, Esq.**<br>**Woods Oviatt Gilman LLP**<br>**1900 Bausch & Lomb Place**<br>**Rochester, NY 14604** | Line _2.2_ | |
| **Wendy A. Kinsella, Esq.**<br>**Harris Beach PLLC**<br>**333 West Washington Street**<br>**Suite 200**<br>**Syracuse, NY 13202** | Line _2.1_ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name **BHS Food Service Solutions, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Gregory Mirque**<br>**c/o Donald Mallo, Esq.**<br>**361 Route 210**<br>**Stony Point, NY 10980** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$100,000.00** | **Unknown** |
| | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Former Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Local 888, UFCW**<br>**c/o Barnes Iaccarino & Shepherd**<br>**LLP**<br>**Attn: Michael C. Anderson, Esq.**<br>**258 Saw Mill River Road**<br>**Elmsford, NY 10523-1955** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$60,000.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72,118.60 | Unknown |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**NYS Dept. of Taxation and Finance**
**Attn: Office of Counsel**
**Building 9**
**W A Harriman Campus**
**Albany, NY 12227**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$72,118.60    Unknown

Date or dates debt was incurred
**2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,402.60 |
|---|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**123 Delivery Services Inc.**
**PO Box 1927**
**Buffalo, NY 14231**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,402.60

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**15 Church**
**Attn: Paul McCullough**
**PO Box 818**
**Saratoga Springs, NY 12866**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$58.97

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

**251 East Main Street LLC**
**Village Social Kitchen and bar**
**Attn: Kristen Acquaviva**
**251 East Main Street**
**Mount Kisco, NY 10549**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$653.30

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address

**273 Kitchen**
**273 Halstead Avenue**
**Harrison, NY 10528**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$184.40

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address

**3M**
**P.O. Box 371227**
**Pittsburgh, PA 15250-7227**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,458.95

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 20 of 272

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.83 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|---------|

**4A KIDS LLC (DBA PINE RESTAURANT)**
**1913 Bronxdale Avenue**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.96 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|---------|

**8 North Broadway LLC**
**d/b/a 8 North Broadway**
**8 North Broadway**
**Nyack, NY 10960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433.40 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|---------|

**80 W Bar & Grill**
**Attn: Mark Sixiec**
**7 Lawrence Street**
**Rochester, NY 14618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,882.85 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**800 Young Street LLC**
**1200 State Fair Boulevard**
**Syracuse, NY 13209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.90 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**95 Nutrition**
**Attn: Carmelo Cruz**
**2488 Grand Island Blvd.**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,596.99 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**A J Antunes and Company**
**28262 Network Place**
**Chicago, IL 60673-1282**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,500.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**A S R Electrical Contracting**
**207 Newtown Road**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,287.48 |
|---|---|---|---|

**A&A Line & Wire Corp.**
**29 Liberty Street**
**Passaic, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,327.49 |
|---|---|---|---|

**Accutemp Products Inc.**
**PO Box 10090**
**Fort Wayne, IN 46850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.03 |
|---|---|---|---|

**Acosta Sales & Marketing**
**PO Box 551137**
**Jacksonville, FL 32255-1137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,199.36 |
|---|---|---|---|

**Action Commercial Service Inc.**
**45 South Fagan Avenue**
**Schenectady, NY 12304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,758.84 |
|---|---|---|---|

**Adande Refrigeration Inc.**
**1001 Alanis Drive, Suite 110**
**Wylie, TX 75098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,181.12 |
|---|---|---|---|

**Admiral Craft Equip Corp.**
**Attn: Accounts Receivable**
**800 Shames Drive**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advance Tabco**
**200 Heartland Boulevard**
**Brentwood, NY 11717-8380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$149.50**

Advanced Technology Recycling
902 N Hazel Street
PO Box 75
Pontiac, IL 61764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

AEROWERKS Inc.
6625 Millcreek Drive
Mississauga, Ontario L5N 5M4
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,003.75**

Alarm Specialist, Inc.
PO Box 350
White Plains, NY 10605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.87**

Albany Country Club
300 Wormer Road
Voorheesville, NY 12186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$826.89**

Alegacy Foodservice Products Group Inc.
12683 Corral Place
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00**

Alexemy Inc.
P.O. Box 133
Haworth, NJ 07641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.16**

All Night Eggplant
Attn: Rick Coheld
5781 Bridge Street
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,   Doc 1,   Filed 06/26/20,   Entered 06/26/20 11:48:35,
Description: Main Document  , Page 23 of 272

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $952.11 |
|---|---|---|---|

**All Service Kitchen Equip Corp.**
**10 Charles Street**
**P.O. Box 310**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.95 |
|---|---|---|---|

**All Weld Products Corp.**
**102 Fairview Park Drive**
**Elmsford, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,695.66 |
|---|---|---|---|

**Allied Buying Corporation**
**Attn: Sheila Devaney**
**200 W 22nd Street, Suite 240**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.51 |
|---|---|---|---|

**Allied Metal Spinning Corp.**
**1290 Viele Avenue**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,134.60 |
|---|---|---|---|

**Allpoints Foodservice**
**Parts & Supplies**
**Attn: Sharon Montrose**
**PO Box 74007307**
**Chicago, IL 60674-7307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Allstate Fire Equipment**
**70 Robert Jackson Way**
**Plainville, CT 06062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Almeida Oil Inc.**
**PO Box 1053**
**Mount Kisco, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|---------|

**Alpro Service Co.**
**56-10 Grand Avenue**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,731.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|------------|

**Alto Shaam Inc.**
**Attn: Vivian Wagner**
**Department 7028**
**Carol Stream, IL 60122-7028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|---------|

**American Culinary Federation**
**PO Box 1953**
**Buffalo, NY 14231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,954.08 |
|------|------------------------------------------------|--------------------------------------------------------------------|------------|

**American Dish Service**
**900 Blake Street**
**Kansas City, KS 66111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|---------|

**American Draft Systems LLC**
**45 Columbia Avenue**
**Thornwood, NY 10594**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $619.97 |
|------|------------------------------------------------|--------------------------------------------------------------------|---------|

**American Hotel Register Co.**
**Attn: Raye Martineau**
**PO Box 206720**
**Dallas, TX 75320-6720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|---------|

**American Legion Altamont #977**
**988 Altamont Blvd**
**PO Box 461**
**Altamont, NY 12009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.10 |
|------|---|---|---|

**American Legion Post #1587**
Attn: Rodney Keyes
12897, Route 438
Irving, NY 14081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|------|---|---|---|

**American Legion Post 0283, Harrison Lee**
Attn: Ray Henry
3850 Federal Road
PO Box 214
Livonia, NY 14487

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,489.98 |
|------|---|---|---|

**American Metalcraft**
PO Box 6244
Carol Stream, IL 60197-6244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.32 |
|------|---|---|---|

**American Metalware**
Grindmaster Corporation
3149 Solutions Center
Chicago, IL 60677-3001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.80 |
|------|---|---|---|

**American Steamship Co.**
Attn: Christina Visgar
500 Essjay
Buffalo, NY 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.24 |
|------|---|---|---|

**Amherst Ale House**
Attn: John Bona
55 C55 Cross Point Pkwy
Getzville, NY 14068-1615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.90 |
|------|---|---|---|

**Amherst Senior Center**
Attn: Mirelle Schapiro
370 John James
Buffalo, NY 14228-1142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,051.64** |
|---|---|---|---|

**Anchor Hocking Corporation**
**Anchor Acquisition LLC**
**2630 Reliable Parkway**
**Chicago, IL 60686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.15** |
|---|---|---|---|

**Andy's Sunrise Diner**
**8550 Sheridan Drive**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,370.24** |
|---|---|---|---|

**Appliance Assoc of Buffalo Inc.**
**200 Amherst Street**
**Buffalo, NY 14207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,280.86** |
|---|---|---|---|

**APW Wyott**
**PO Box 841466**
**Dallas, TX 75284-1466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01** |
|---|---|---|---|

**AQR Capital - AP Construction**
**Attn: Dimitri Seferidis**
**707 Summer Street, 3rd Floor**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.14** |
|---|---|---|---|

**Aramark Citibank**
**540 Crosspointe Parkway**
**Getzville, NY 14068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,097.00** |
|---|---|---|---|

**Aratmus Restaurant Equipment**
**Attn: Michael Elias**
**1201 Astoria Blvd.**
**Astoria, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.25** |
|---|---|---|---|

**ARC of Monroe County**
**Attn: Heidy May**
**PO Box 23438**
**Rochester, NY 14692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$802.00** |
|---|---|---|---|

**ARC Wayne County**
**Attn: Chris Ball**
**150 Van Buren Street**
**Newark, NY 14513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,023.16** |
|---|---|---|---|

**ARCBest**
**Attn: Revenue Accounting**
**PO Box 10048**
**Fort Smith, AR 72917-0048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,708.06** |
|---|---|---|---|

**Arcobaleno, LLC**
**160 Greenfield Road**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$318.08** |
|---|---|---|---|

**Arctic Industries**
**Attn: Sales Dept.**
**9731 N W 114th Way**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.66** |
|---|---|---|---|

**Arrowhead Golf Club**
**Attn Josh, General Manager**
**12292 Clarence Center**
**Akron, NY 14001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.36** |
|---|---|---|---|

**ARY Inc.**
**PO Box 776933**
**Chicago, IL 60677-6933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |
|---|---|---|---|

**ASAP Commercial Remodeling Inc.**
**1601 W. New York Avenue**
**Deland, FL 32720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.60 |
|---|---|---|---|

**Asbury Pointe**
**Attn: Dan Jelonek**
**50 Stahl Road at North Forest**
**Getzville, NY 14068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.35 |
|---|---|---|---|

**Aspire UCP**
**Attn: Procurement**
**2356 N Forest Road**
**Getzville, NY 14068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $516.44 |
|---|---|---|---|

**AT & T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Atlantic Mills Inc.**
**1 Market Street**
**Passaic, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,549.42 |
|---|---|---|---|

**Atlas Metal Industries Inc.**
**Attn: Maria Iturrioz**
**1135 NW 159th Drive**
**Miami, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.80 |
|---|---|---|---|

**Audubon North**
**Attn: Scott**
**3050 Sweet Home Road**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $112.80 |
|---|---|---|---|

**Avila Retirement Community**
**Attn: Ryan Quillinan**
**100 White Pines Drive**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,330.85 |
|---|---|---|---|

**B & G Foodservice Equipment LLC**
**60 Commerce Avenue**
**Albany, NY 12206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $819.24 |
|---|---|---|---|

**B&E Commercial Cleaning LLC**
**Attn: Carneisha Henry**
**125 Baneberry Way**
**Hilton, NY 14468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,844.78 |
|---|---|---|---|

**B.S.E. Marketing (ICE)**
**C/O ICE-O-MATIC**
**116 South 6th Street**
**New Hyde Park, NY 11040-4849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44.28 |
|---|---|---|---|

**Bachelor Forum**
**670 University Avenue**
**Rochester, NY 14607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $606.00 |
|---|---|---|---|

**Baker Victory Services**
**c/o Joyce Mariarz**
**150 Martin Road**
**Buffalo, NY 14218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,319.62 |
|---|---|---|---|

**Bakers Pride**
**PO Box 841466**
**Dallas, TX 75284-1466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Case 1-20-10846-CLB, Doc 1, Filed 06/26/20, Entered 06/26/20 11:48:35,
Description: Main Document , Page 30 of 272

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,346.47** |
|------|------|------|------|
| | **Bally Refrigerated Box** | ☐ Contingent | |
| | **135 Little Nine Drive** | ☐ Unliquidated | |
| | **Morehead City, NC 28557** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.55** |
|------|------|------|------|
| | **Bar Maid Corporation** | ☐ Contingent | |
| | **Attn: Tammie Rice** | ☐ Unliquidated | |
| | **2950 NW 22nd Terrace** | ☐ Disputed | |
| | **Pompano Beach, FL 33069** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55.56** |
|------|------|------|------|
| | **Barrister's Mt Vernon LLC** | ☐ Contingent | |
| | **Attn: John Whitejohn** | ☐ Unliquidated | |
| | **750 South avenue** | ☐ Disputed | |
| | **Rochester, NY 14620** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.90** |
|------|------|------|------|
| | **Batavia Restaurant Supply** | ☐ Contingent | |
| | **Attn: Nate Charvella** | ☐ Unliquidated | |
| | **301 West Main Street** | ☐ Disputed | |
| | **Batavia, NY 14020** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115,238.56** |
|------|------|------|------|
| | **Bauscher USA** | ☐ Contingent | |
| | **PO Box 80847** | ☐ Unliquidated | |
| | **Raleigh, NC 27623-0847** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,409.88** |
|------|------|------|------|
| | **Baxter Mfg Co. Inc.** | ☐ Contingent | |
| | **Hobart Food Equipment Group** | ☐ Unliquidated | |
| | **PO Box 3563** | ☐ Disputed | |
| | **Carol Stream, IL 60132-3563** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.76** |
|------|------|------|------|
| | **Bayside Pub** | ☐ Contingent | |
| | **279 Lake Road** | ☐ Unliquidated | |
| | **Webster, NY 14580** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 31 of 272

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.21 |
|---|---|---|---|

**Bemus Point Inn Inc.**
Attn: Dave Miller
4958 Main Street
PO Box 221
Bemus Point, NY 14712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Ben & Jerrys Food court**
Attn: John Breier
9585 B Clarence Center Road
Clarence Center, NY 14032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $416.29 |
|---|---|---|---|

**Benfield Electric Supply Co Inc.**
240 Washington Street
Mount Vernon, NY 10553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,994.50 |
|---|---|---|---|

**Berk Enterprise, Inc. (Berkley SQ)**
PO Box 2187
Warren, OH 44484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,370.00 |
|---|---|---|---|

**Berner International Corp.**
Attn: Tim White
PO Box 780717
Philadelphia, PA 19178-0717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,145.60 |
|---|---|---|---|

**Best Mfg Inc.**
PO Box 20091
Portland, OR 97294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,760.69 |
|---|---|---|---|

**Beverage Air**
PO Box 602056
Charlotte, NC 28260-2056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.48 |
|------|--|--|--|

**Big Ditch Brewing Co.**
**55 East Huron Street**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.06 |
|------|--|--|--|

**Bison City Rod & gun**
**Attn: Roland Kennedy**
**511 Ohio Street**
**Buffalo, NY 14220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,005.11 |
|------|--|--|--|

**Bizerba USA Inc.**
**PO Box 826704**
**Philadelphia, PA 19182-6704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,331.67 |
|------|--|--|--|

**BK Resources**
**35365 Eagle Way**
**Chicago, IL 60678-1353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.74 |
|------|--|--|--|

**Black Dots**
**Attn: Joshua Smith**
**368 Grant Street**
**Buffalo, NY 14213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,648.42 |
|------|--|--|--|

**Blodgett**
**2511 Payshere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.00 |
|------|--|--|--|

**Bloomfield**
**P.O. Box 91493**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.86 |

**Blue Rose Bakery**
Attn: Jerry Menagias
1801 State Street
Schenectady, NY 12304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.86 |

**Bobrick Washroom Eqp Inc.**
Attn: Vicki Anzo
6901 Tujunga Avenue
North Hollywood, CA 91605-5882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654.38 |

**BOCES-ERIE 2**
Chautauqua-Cattaraugus
8685 Erie Road
Angola, NY 14006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.34 |

**Bombers Burrito Albany**
258 Lark Street
Albany, NY 12210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.88 |

**Bountiful Bread**
Attn: Amanda Martin
1475 Western Avenue
Albany, NY 12203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.39 |

**Branca Midtown**
Attn: Chelsea Felton
280 East Broad Street
Rochester, NY 14604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.18 |

**Brass Horn**
Attn: Richard Yozzo
17 Lawrence Street
Mount Kisco, NY 10549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.45 |
| --- | --- | --- | --- |

**Bravo Messinger Service**
**5-11 Saddle River Road**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.55 |
| --- | --- | --- | --- |

**Breadhive Corp.**
**Attn: Emily Stewart**
**123 Baynes Street**
**Buffalo, NY 14213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
| --- | --- | --- | --- |

**Brenmar Inc.**
**DBA Bazzano Appliance Repair**
**128 Radio Circle Drive**
**Mount Kisco, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,157.34 |
| --- | --- | --- | --- |

**Brennan's**
**4401 Transit Road**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,132.90 |
| --- | --- | --- | --- |

**Brian Boru of Westchester, Inc.**
**DBA: Empire City Casino**
**Attn: Mohamed Hafizur**
**810 Yonkers Avenue**
**Yonkers, NY 10704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.63 |
| --- | --- | --- | --- |

**Bristol Mountain**
**5662 Route 64 Road #3**
**Canandaigua, NY 14424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.91 |
| --- | --- | --- | --- |

**Broadway Sports Center**
**Attn: Don Bock**
**3500 Broadway**
**Buffalo, NY 14227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB    Doc 1    Filed 06/26/20    Entered 06/26/20 11:48:35,
Description: Main Document , Page 35 of 272

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.42 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Brompton Heights**
**275 Brompton Road**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $816.32 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Brosh Mechanical Incorporated**
**7702 Maltiage Drive**
**Liverpool, NY 13090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.43 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Brothers International Food Corp.**
**Attn: Josh Preston**
**1175 Lexington Avenue**
**Rochester, NY 14606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,107.22 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Browne Foodservice**
**Attn: Karen Redvanly**
**1122 US Route 22, Suite 203**
**Mountainside, NJ 07092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Bryant H. Prentice, III Revocable Trust**
**c/o Bariatric Investors LLC**
**1961 Wehrle Drive, Suite 5**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.40 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**Buffal City Mission (E Tupper St)**
**Attn: Matt Brown**
**100 E Tupper Street**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.51 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**Buffalo Bills**
**Attn: Debbie**
**One Bills Drive**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Buffalo Bills, LLC**
**1 Bills Drive**
**Orchard Park, NY 14127**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$653.34**

**Buffalo Bisons**
**Attn: Rob Free**
**1 James Griffin Plaza**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,445.81**

**Buffalo Expert Service Technicians Inc.**
**Attn: Charles Kotarski**
**3003 Genesee Street**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,694.10**

**Buffalo Hospital Supply**
**4039 Genessee Street**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.14**

**Buffalo Launch Club**
**503 E River Road**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.02**

**Buffalo Lodging Associates**
**Niagara Square Station**
**Attn: Jag Garces**
**PO Box 480**
**Buffalo, NY 14201-0480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,979.41**

**Buffalo Material Handling Corp.**
**125 Taylor Drive**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111.80 |
|---|---|---|---|

**Buffalo Party Rental**
1999 William Street
Buffalo, NY 14206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bunn O Matic Corp.**
24315 Network Place
Chicago, IL 60673-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.77 |
|---|---|---|---|

**Burke Rehabilitation Center**
**The Winifred Materson Burke**
**Attn: Dona Rumeny**
**785 Mamaroneck Avenue**
**White Plains, NY 10605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,417.12 |
|---|---|---|---|

**Burlodge USA Inc.**
PO Box 603430
Charlotte, NC 28260-3430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $627.12 |
|---|---|---|---|

**Butcher Block Restaurant**
**Attn: Kevin Kilkeary**
15 Booth Dr
Plattsburgh, NY 12901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Butte County School District**
**Attn: Carolyn Blatter**
PO Box
Arco, ID 83213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.08 |
|---|---|---|---|

**C D P C Unit P**
**Attn: Kathryn Garibaldi**
**75 New Scotland Avenue**
**Albany, NY 12208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,874.35 |
| --- | --- | --- | --- |
| | **C. Nelson Manufacturing Inc.**<br>**265 N Lake Winds Parkway**<br>**Oak Harbor, OH 43449** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,961.37 |
| --- | --- | --- | --- |
| | **Cablevision Lightpath, Inc.**<br>**PO Box 360111**<br>**Pittsburgh, PA 15251-6111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,505.21 |
| --- | --- | --- | --- |
| | **CAC Global Inc.**<br>**30 Campton Road**<br>**Maplewood, NJ 07040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,133.60 |
| --- | --- | --- | --- |
| | **Cactus MAT Manufacturing Co.**<br>**930 West Tenth Street**<br>**Azusa, CA 91702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,608.00 |
| --- | --- | --- | --- |
| | **Caddy Corp of America**<br>**Attn: Tony Losito, Credit Manager**<br>**PO Box 345**<br>**Bridgeport, NJ 08014-0345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.17 |
| --- | --- | --- | --- |
| | **Cake Crazy Bakery**<br>**Attn: Shetice Williams**<br>**2525 William Street**<br>**Buffalo, NY 14206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12.66 |
| --- | --- | --- | --- |
| | **Cal-Mil Plastic Products Inc.**<br>**Attn: Customer Service**<br>**PO Box 511422**<br>**Los Angeles, CA 90051-7977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.13 |
|---|---|---|---|

**Calabresella's Avon**
Attn: Dominic Mammoliti
2781 Lakeville Road
Avon, NY 14414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,791.51 |
|---|---|---|---|

**Calabria Restaurant & Pizza**
Attn: Joe Ottaiano
588 S. Livingston Avenue
Livingston, NJ 07039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,583.00 |
|---|---|---|---|

**Calidad Kitchen Installation**
71 State Avenue
Wyandanch, NY 11798

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,144.05 |
|---|---|---|---|

**Calspan**
4455 Genesee Street
Buffalo, NY 14225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,645.07 |
|---|---|---|---|

**Cambo Manufacuring**
PO Box 2000
Huntington Beach, CA 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $771.84 |
|---|---|---|---|

**Candle Artisans Inc.**
P.O. Box 190
Washington, NJ 07882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.32 |
|---|---|---|---|

**Candle Impressions**
Sterno Homes Inc.
PO Box 847085
Los Angeles, CA 90084-7085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.56** |
|---|---|---|---|

**Canisius HS**
**Accts Payable**
**1180 Delaware Avenue**
**Buffalo, NY 14209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$781.19** |
|---|---|---|---|

**Canon Financial Services Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61.25** |
|---|---|---|---|

**Canterbury Woods**
**705 Renaissance Dr.**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,152.00** |
|---|---|---|---|

**Capital District YMCA**
**465 New Karner Road**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,728.48** |
|---|---|---|---|

**Captive Aire**
**Attn: Adam Greenly**
**PO Box 60270**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,288.00** |
|---|---|---|---|

**Carbone Sheet Metal Corp.**
**240 Marginal Street**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,548.27** |
|---|---|---|---|

**Cardinal International Inc.**
**PO Box 32100**
**New York, NY 10087-2100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,634.07 |
|---|---|---|---|

**Carlisle Food Service Products**
Attn: Janice Murry
22926 Network Place
Chicago, IL 60673-1229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,402.00 |
|---|---|---|---|

**Carpigiani Corporation of America**
PO Box 603317
Charlotte, NC 28260-3317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.68 |
|---|---|---|---|

**Carrabba's Italian Grill**
1645 Niagara Falls Blvd.
Buffalo, NY 14226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,246.82 |
|---|---|---|---|

**Carter Hoffman**
2403 Collections Ctr Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Carts Food Equipment Mfg**
113-8th Street
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,378.82 |
|---|---|---|---|

**Cascades Recovery US Inc.**
1645 Emerson Street
Rochester, NY 14606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.30 |
|---|---|---|---|

**Cascades Residents Association**
Attn: Robert Waples
6601 Cascade Isles Blvd.
Boynton Beach, FL 33437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Caves Food Center**
**Attn: Art Miller**
**3-5 Main Street**
**Forestville, NY 14062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.37 |
|---|---|---|---|

**CDW Direct**
**PO Box 75723**
**Chicago, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,938.86 |
|---|---|---|---|

**Center for Disability SVCS**
**Attn: Bob Newport**
**Albany, NY 12208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Center of Renewal - Stella Niagara**
**Stella Niagara**
**4421 Lower River Road**
**Stella Niagara, NY 14144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,166.67 |
|---|---|---|---|

**Cephas Capital**
**Attn: Jeff Holmes**
**11 Schoen Place 8th Floor**
**Pittsford, NY 14534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CFOSOLUTIONSPLUS**
**45 Bryant Woods North**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301,574.00 |
|---|---|---|---|

**Chair Man Mills**
**Attn: Audrey Myrie**
**501 Consumers Road**
**Toronto, Ontario, Canada M2J 5E2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.63 |
|---|---|---|---|

**Chakara Bistro Bar**
**Attn: Brandon Lee**
**7328 Pittsford-Palmyra Road**
**Fairport, NY 14450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.74 |
|---|---|---|---|

**Champion Hills C.C.**
**dba Fairways Golf Club**
**Attn: Darlene Sommer**
**675 Champion Drive**
**Victor, NY 14564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Champion Industries Inc.**
**Attn: Ruth Kern**
**PO Box 60448**
**Charlotte, NC 28260-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.95 |
|---|---|---|---|

**Champps Restaurant & Bar**
**819 Eastview Mall**
**Victor, NY 14564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.65 |
|---|---|---|---|

**Channel Manufacturing Inc.**
**55 Channel Drive**
**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.16 |
|---|---|---|---|

**Charlie the Butcher**
**372 Ellen Drive**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.89 |
|---|---|---|---|

**Chautauqua Harbor Hotel**
**Attn: Alan Incorvaia**
**10 Dunham Avenue**
**Celoron, NY 14720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408.50 |
|-------|---|---|---|

**Chef Specialties Co Inc.**
Attn: Shelly Sitler
411 West Water Street
Smethport, PA 16749-1199

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,484.26 |
|-------|---|---|---|

**Cheforward LLC**
21001 N Tatum Blvd, Suite 1630-515
Phoenix, AZ 85050

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|-------|---|---|---|

**CHEMTREC**
Accounts Receivable
PO Box 791383
Baltimore, MD 21279-1383

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|-------|---|---|---|

**Churchville-Chile CSD**
Attn: Robert A'Agostino
139 Fairbanks Road
Churchville, NY 14428

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,186.83 |
|-------|---|---|---|

**Cintas Corporation**
Attn: Grace Martin
6800 Cintas Blvd.
Mason, OH 45040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.50 |
|-------|---|---|---|

**Clarence CSD**
9625 Main Street
Clarence, NY 14031

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.31 |
|-------|---|---|---|

**Club 86**
Attn: Bill Legott
86 Avenue East
Geneva, NY 14456

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,   Doc 1,   Filed 06/26/20,   Entered 06/26/20 11:48:35,
Description: Main Document , Page 45 of 272

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.63 |
|---|---|---|---|

**Club Quarters - Rockefeller Ctr**
**RCQ Hotel Operator RC**
**One Atlantic Street 5th Floor**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.06 |
|---|---|---|---|

**Club Quarters - World**
**Cedar & Washngtn Assoc**
**Attn: Accounts Payable**
**One Atlantic St, 5th Floor**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.06 |
|---|---|---|---|

**Club Quarters houston**
**Fannin & Ruck Associates**
**One Atlantic Street, 5th Floor**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.70 |
|---|---|---|---|

**CM Becker International, LLC**
**1800 EDC Parkway**
**Comanche, TX 76442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,975.38 |
|---|---|---|---|

**CMA Dishmachines**
**12700 Knott Avenue**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|

**CMT Restaurant Equipment**
**PO Box 914**
**Saddle Brook, NJ 07663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.91 |
|---|---|---|---|

**CO Pro+**
**110 W Michigan Avenue, Suite 200**
**Lansing, MI 48933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cole's Restaurant**
**1104 Elmwood Ave**
**Buffalo, NY 14222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.28 |
|---|---|---|---|

**Colonie Senior Service Centers**
**Attn: Caroline barrett**
**Six Winners Circle**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.63 |
|---|---|---|---|

**Colony Club**
**564 Park Avenue**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.56 |
|---|---|---|---|

**Color Me Mine**
**Attn: Stephanie**
**980 West Ridge Road**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $676.55 |
|---|---|---|---|

**Columbia Grammar & Preparatory**
**Attn: Kim, Business Office**
**5 West 93rd Street, Unit #1707**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.35 |
|---|---|---|---|

**Columbus Restaurant Fund IV**
**DBA Porter House**
**10 Columbus Circle - 4th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.22 |
|---|---|---|---|

**Comfort Inn University**
**Attn: Susan Carlin**
**One Flint Road**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.50 |
|---|---|---|---|

**3.195**

Nonpriority creditor's name and mailing address

**Commercial Applicance Parts & SVC Inc.**
**8416 Laurel Fair Circle #114**
**Tampa, FL 33610**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$447.50**

---

**3.196**

Nonpriority creditor's name and mailing address

**Commercial Stainless Inc.**
**955 Patterson Drive**
**Bloomsburg, PA 17815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,223.91**

---

**3.197**

Nonpriority creditor's name and mailing address

**Community Unit School District #300**
**2550 Harnish Drive**
**Algonquin, IL 60102-2698**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$286.60**

---

**3.198**

Nonpriority creditor's name and mailing address

**ConAir/Waring Corp. Inc.**
**PO Box 932059**
**Atlanta, GA 31193-2059**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3.40**

---

**3.199**

Nonpriority creditor's name and mailing address

**Consolidated Edison**
**JAF Station**
**PO Box 1702**
**New York, NY 10116-1702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,111.29**

---

**3.200**

Nonpriority creditor's name and mailing address

**Construction Exchange**
**2660 William Street**
**Buffalo, NY 14227**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.00**

---

**3.201**

Nonpriority creditor's name and mailing address

**Continental Commercial Products**
**American Plastics**
**PO Box 207636**
**Dallas, TX 75320-7636**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$217.44**

---

Case 1-20-10846-CLB,   Doc 1,   Filed 06/26/20,   Entered 06/26/20 11:48:35,
Description: Main Document  , Page 48 of 272

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,408.69** |
| --- | --- | --- | --- |
| | **Continental Refrigerator** | ☐ Contingent | |
| | **Customer Service** | ☐ Unliquidated | |
| | **PO Box 82-0107** | ☐ Disputed | |
| | **Philadelphia, PA 19182-0107** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.10** |
| --- | --- | --- | --- |
| | **Cooper - Atkins Corp.** | ☐ Contingent | |
| | **29193 Network Plaza** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1291** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,264.50** |
| --- | --- | --- | --- |
| | **Copier Fax Business Tech Inc.** | ☐ Contingent | |
| | **465 Ellicott Street** | ☐ Unliquidated | |
| | **Buffalo, NY 14203** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,178.70** |
| --- | --- | --- | --- |
| | **Corby Hall Inc.** | ☐ Contingent | |
| | **3 Emery Avenue** | ☐ Unliquidated | |
| | **Randolph, NJ 07869** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,691.19** |
| --- | --- | --- | --- |
| | **Cornell Club of New York** | ☐ Contingent | |
| | **Attn: Tim Delapace F&B Department** | ☐ Unliquidated | |
| | **6 East 44th Street** | ☐ Disputed | |
| | **New York, NY 10017** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Corporate Essentials** | ☐ Contingent | |
| | **2 Cranberry Road, Suite A2** | ☐ Unliquidated | |
| | **Parsippany, NJ 07054** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
| --- | --- | --- | --- |
| | **Corporate Filings LLC - Florida** | ☐ Contingent | |
| | **30 N Gould Street, Suite 7000** | ☐ Unliquidated | |
| | **Sheridan, WY 82801** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |
| --- | --- | --- | --- |

**Corporate Filings LLC - Hawaii**
30 N Gould Street, Suite 7001
Sheridan, WY 82801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$948.00** |
| --- | --- | --- | --- |

**Correll Inc.**
PO Box 1237
Fort Smith, AR 72902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
| --- | --- | --- | --- |

**Corstar Communications LLC**
22 Saw Mill River Road
Hawthorne, NY 10532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108.82** |
| --- | --- | --- | --- |

**Cotton Craft**
Attn: Joan Lindsey
**Global Textile Solutions LLC**
11285 Elkins Road, Suite C1
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$312.12** |
| --- | --- | --- | --- |

**Country Club of Buffalo**
Attn: Kathy Cipresso
250 N Youngs Rd
Buffalo, NY 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266.08** |
| --- | --- | --- | --- |

**Courtyard Lake George**
Attn: Taylor Hall
365 Canada Street
Lake George, NY 12845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
| --- | --- | --- | --- |

**Courtyard Marriott**
Attn: Megan Hennessey
11 Excelsio Ave.
Saratoga Springs, NY 12866

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.10 |
|---|---|---|---|
| | **Cradle Beach Camp**<br>**8038 Old Lake Shore Road**<br>**Angola, NY 14006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,010.10 |
|---|---|---|---|
| | **Craft Beer Guild NY**<br>**Attn: Gerry Sheehan**<br>**12-14 S Putt Corners Road**<br>**New Paltz, NY 12561** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $556.11 |
|---|---|---|---|
| | **Crag Burn Country Club**<br>**1231 N Davis Road**<br>**East Aurora, NY 14052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,675.55 |
|---|---|---|---|
| | **Craster Ltd**<br>**Suite 218 Great Western Studio**<br>**65 Alfred Road**<br>**London, UK W5 5EU** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $520.18 |
|---|---|---|---|
| | **Creative Converting**<br>**B110149**<br>**PO Box 88149**<br>**Milwaukee, WI 53288** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.83 |
|---|---|---|---|
| | **Creekside Taven and Inn**<br>**Attn: William Farmer**<br>**1 Main Street**<br>**Le Roy, NY 14482** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $289,649.15 |
|---|---|---|---|
| | **Cres Cor**<br>**Attn: Colleen Solamon**<br>**Dept 95-2003**<br>**Cleveland, OH 44193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.99 |
|---|---|---|---|

**Crestware**
PO Box 540210
520 North Redwood Road
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Cross Country FS Installers**
1270 Firesthorne Drive
Easton, PA 18045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,759.50 |
|---|---|---|---|

**Crosstex International Inc.**
PO Box 74008664
Chicago, IL 60674-8664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,633.94 |
|---|---|---|---|

**Crown Lift Trucks**
P.O. Box 641173
Cincinnati, OH 45264-1173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,657.95 |
|---|---|---|---|

**Crown Verity Inc.**
37 Adams Blvd
Brantford, Ontario N3S 7V8
Canada
ON

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,376.00 |
|---|---|---|---|

**CSI / Commercial Services Inc.**
Attn: Phil Potter
18330 Edison Avenue
Chesterfield, MO 63005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Custom Stainless Steel**
79 A Bloomingdale Road
Hicksville, NY 11801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|
| | **D&L Installations Inc.** | ☐ Contingent | |
| | **230 Knckerbocker Avenue, Suite A** | ☐ Unliquidated | |
| | **Bohemia, NY 11716** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$344.14** |
|---|---|---|---|
| | **Dakco Heating & Air Cond. Corp.** | ☐ Contingent | |
| | **17 St Charles Street** | ☐ Unliquidated | |
| | **Thornwood, NY 10594** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Daniel A Sperrazza** | | |
| | **Millenium Trust Company LLC** | ☐ Contingent | |
| | **FBO Daniel A Sperrazza IRA** | ☐ Unliquidated | |
| | **2001 Spring Road, Suite 700** | ☐ Disputed | |
| | **Oak Brook, IL 60523** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.08** |
|---|---|---|---|
| | **DASH Markets** | ☐ Contingent | |
| | **1726 Hertel Avenue** | ☐ Unliquidated | |
| | **Buffalo, NY 14216** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **David Cohen** | ☐ Contingent | |
| | **562 West Ferry Street** | ☐ Unliquidated | |
| | **Buffalo, NY 14221** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **David M. Zebro** | ☐ Contingent | |
| | **72 Beckford Court** | ☐ Unliquidated | |
| | **Buffalo, NY 14221** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,496.11** |
|---|---|---|---|
| | **Day & Nite Refrigeration Service Corp.** | ☐ Contingent | |
| | **10 Charles Street** | ☐ Unliquidated | |
| | **PO Box 310** | ☐ Disputed | |
| | **New Hyde Park, NY 11040** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,099.12 |
|---|---|---|---|

**DC LTD**
**10545 Guilford Road #101**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55.32 |
|---|---|---|---|

**DCCA LLC**
**d/b/a Doral Arrowwood**
**975 Anderson Hill Road**
**Port Chester, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,232.26 |
|---|---|---|---|

**DE Lage Landen Financial SVC**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,324.78 |
|---|---|---|---|

**Decadent Dessert bar**
**Attn: Britni Nail**
**13375 Voyager Parkway**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,891.49 |
|---|---|---|---|

**Decicco & Sons / Armonk**
**Primizia foods II LLC / Armonk**
**43 Fifth Avenue**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $391.92 |
|---|---|---|---|

**Decicco & Sons / Larchmont**
**Creativa Foods LLC / Larchmont**
**Attn: Victoria**
**43 Fifth Avenue**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $560.07 |
|---|---|---|---|

**Decicco & Sons / Somers**
**Ispirato, LLC / Somers**
**Attn: Mike Puma**
**43 Fifth Avenue**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,300.20** |
|-------|-----------------------------------------------------|---------------------|---|

**Dee's Associated Inc.**
**60-4156th Road**
**Maspeth, NY 11378**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.13** |
|-------|-----------------------------------------------------|---------------------|---|

**Deep South Taco**
**Attn: Richard Hamilton**
**291 Ellicott Street**
**Buffalo, NY 14203**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00** |
|-------|-----------------------------------------------------|---------------------|---|

**Deerfield Country Club**
**Attn: Paul Moriarty**
**100 Craig Drive**
**Brockport, NY 14420**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$456.64** |
|-------|-----------------------------------------------------|---------------------|---|

**Delavan Hotel**
**Attn: Joe Salvatore**
**6461 Transit Road**
**Depew, NY 14043**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.21** |
|-------|-----------------------------------------------------|---------------------|---|

**Delfield**
**Attn: Julie**
**PO Box 8500-53288**
**Philadelphia, PA 19178-3288**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.53** |
|-------|-----------------------------------------------------|---------------------|---|

**Delfin Design & Mfg Inc.**
**15672 Producer Lane**
**Huntington Beach, CA 92649**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.28** |
|-------|-----------------------------------------------------|---------------------|---|

**Dell Business Credit**
**Payment Processing Center**
**PO Box 5275**
**Carol Stream, IL 60197-5275**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $138.90 |
|---|---|---|---|

**Delta Sonic Car Wash**
Attn: Heather Darlak
570 Delaware Avenue
Buffalo, NY 14202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.00 |
|---|---|---|---|

**Demet's Candy Co.**
Attn: Adrian Riley
30 Buxton Road
Stamford, CT 06905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.64 |
|---|---|---|---|

**Depaul Comm SVCS/Edgerton SQ**
Attn: Accounts Payable
1931 Buffalo Road
Rochester, NY 14624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.86 |
|---|---|---|---|

**Depaul Comm SVCS/Glenwell**
Attn: Accounts Payable
1931 Buffalo Road
Rochester, NY 14624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298.10 |
|---|---|---|---|

**Deraffele Manufacturers**
Attn: Joe Deraffele
2525 Palmer Avenue
New Rochelle, NY 10801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.00 |
|---|---|---|---|

**DESCO USA**
9620 Joliet Road
La Grange, IL 60525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Desiato's**
Mark Desiato
1475 E Henrietta Road
Rochester, NY 14623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.42 |
|---|---|---|---|

**Dexter Russell Inc.**
**Client ID 800051**
**PO Box 983122**
**Boston, MA 02298-3122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664.22 |
|---|---|---|---|

**DFAS IN VP GFEVS**
**8899 E. 56th Street**
**Indianapolis, IN 46249-3800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.80 |
|---|---|---|---|

**Diamond Hawk hospitality**
**255 Sonwill Drive**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,973.22 |
|---|---|---|---|

**Dinex International Inc.**
**Carlisle Foodservice Products**
**22926 Network Place**
**Chicago, IL 60673-1229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.77 |
|---|---|---|---|

**Direct Energy Business, Inc.**
**PO Box 70220**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Direct Machinery Sales Corp.**
**Attn: Joe Rissitto**
**50 Commerce Place**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,717.58 |
|---|---|---|---|

**Disco Inc.**
**PO Box 824566**
**Philadelphia, PA 19182-4566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.13 |
|---|---|---|---|

**Dival Safety Equipment Inc.**
**1721 Niagara Street**
**Buffalo, NY 14207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,845.75 |
|---|---|---|---|

**Diversified Ceramics Corp.**
**Attn: Marybeth Neuliep**
**1501 North Gordon**
**Alvin, TX 77511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DMJ Solutions LLC**
**Fire Protection Plus**
**120 Industrial Avenue**
**Little Ferry, NJ 07643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.08 |
|---|---|---|---|

**DO & CO New York Catering Inc.**
**149-32 132nd Street**
**Jamaica, NY 11430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,364.45 |
|---|---|---|---|

**Dome Construction Corporation**
**393 East Grand Avenue**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,509.21 |
|---|---|---|---|

**Dona M. Buszka**
**37 Tartan Lane**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315,051.20 |
|---|---|---|---|

**Dona M. Buszka**
**37 Tartan Lane**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB, Doc 1, Filed 06/26/20, Entered 06/26/20 11:48:35, Description: Main Document , Page 58 of 272

---

**3.272**

**Nonpriority creditor's name and mailing address**

DOT Foods Inc.
#774529
4529 Solutions Center
Chicago, IL 60677-4005

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$52.10**

---

**3.273**

**Nonpriority creditor's name and mailing address**

Douglas Equipment
301 North Street
Bluefield, WV 24701

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$125,000.00**

---

**3.274**

**Nonpriority creditor's name and mailing address**

Doyle Security System Inc.
PO Box 1333
Buffalo, NY 14240-1333

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$321.88**

---

**3.275**

**Nonpriority creditor's name and mailing address**

Doyon & Nu-Vu Food SVC SYS Inc.
13542 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$22,948.69**

---

**3.276**

**Nonpriority creditor's name and mailing address**

Duff's Amherst
Attn: Ron Duff
3651 Sheridan
Buffalo, NY 14226

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$89.94**

---

**3.277**

**Nonpriority creditor's name and mailing address**

Duffy's - AIS, LLC
Attn: Wayne Stoutner
3138 Oneida Street
Sauquoit, NY 13456

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,377.18**

---

**3.278**

**Nonpriority creditor's name and mailing address**

Duke Manufacturing Inc.
Attn: E. Hamilton
PO Box 790379
Saint Louis, MO 63179-0379

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$47,089.80**

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$608.70** |
| --- | --- | --- | --- |

**DW Haber & Sons Inc.**
**825 East 140th Street**
**Bronx, NY 10454**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$837.00** |
| --- | --- | --- | --- |

**Dynamic International Ltd**
**Attn: Accounts Receivable**
**1320 Route 9 #1352**
**Champlain, NY 12919**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$364.71** |
| --- | --- | --- | --- |

**DZ Restaurants**
**Attn: Nancy Bambara**
**63 Putnam Street**
**Saratoga Springs, NY 12866**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Eagle Metal Masters Group**
**Attn: Heather Barkley**
**PO Box 69282**
**Baltimore, MD 21264-9282**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,339.52** |
| --- | --- | --- | --- |

**Eagle Transfer Corporation**
**307 Seventh Avenue, Suite 2001**
**New York, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,922.17** |
| --- | --- | --- | --- |

**Eaton Office Supply Co Inc.**
**180 John Glenn Drive**
**Buffalo, NY 14228-2292**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,420.80** |
| --- | --- | --- | --- |

**Ecolab/Raburn Inc.**
**PO Box 32027**
**New York, NY 10087-2027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,   Doc 1,   Filed 06/26/20,   Entered 06/26/20 11:48:35,
Description: Main Document  , Page 60 of 272

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$899.82** |
|---|---|---|---|

**Eden Heights of Eden**
**4071 Hart Road**
**Eden, NY 14057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.75** |
|---|---|---|---|

**Edie's Pizza**
**Attn: Greg Edie**
**380 Buffalo Road**
**Hamburg, NY 14075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00** |
|---|---|---|---|

**Edwards-Councilor Co Inc.**
**1427 Baker Road**
**Virginia Beach, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.00** |
|---|---|---|---|

**Eggertsville Fire District**
**1880 Eggert Road**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.24** |
|---|---|---|---|

**Elderwood Admin. Services**
**Attn: Accounts Payable**
**500 Seneca Street, Suite 100**
**Buffalo, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Electrolux Professional Inc.**
**Dept. 2722**
**Carol Stream, IL 60132-2722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.36** |
|---|---|---|---|

**Eliason Corp.**
**Seneca Holding**
**PO Box 772881**
**Chicago, IL 60677-2881**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,  Doc 1,  Filed 06/26/20,  Entered 06/26/20 11:48:35,
Description: Main Document , Page 61 of 272

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,300.00** |
| --- | --- | --- | --- |

**Elite Floors, Inc.**
**691 Saw Mill River Road**
**Yonkers, NY 10710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$596.90** |
| --- | --- | --- | --- |

**Elite Global Solutions**
**Attn: Nicolette St. Angel**
**19732 Decartes**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$145,595.60** |
| --- | --- | --- | --- |

**Elizabeth Weiss**
**22 Mianus Drive**
**Bedford, NY 10506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.50** |
| --- | --- | --- | --- |

**Elkay Foodservice Products**
**Elkay Sales Inc.**
**Attn: Rose Geistwhite**
**PO Box 73606**
**Chicago, IL 60673-7606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$856.59** |
| --- | --- | --- | --- |

**Ellenville Central School District**
**28 Maple Avenue**
**Ellenville, NY 12428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,326.16** |
| --- | --- | --- | --- |

**Ellicott Development Co**
**295 Main Street, Room 210**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$586.22** |
| --- | --- | --- | --- |

**Elm Street bakery**
**Attn: Jay Depreno**
**72 Elm Street**
**East Aurora, NY 14052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 62 of 272

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,691.56** |
| --- | --- | --- | --- |
| | **Elma Conservation Club**<br>**600 Creek Road**<br>**Elma, NY 14059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,805.50** |
| --- | --- | --- | --- |
| | **Emberglo**<br>**C/O Midco International**<br>**PO Box 5659**<br>**Carol Stream, IL 60197-5659** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.04** |
| --- | --- | --- | --- |
| | **Emerald South Healthcare**<br>**1175 Delaware Avenue**<br>**Buffalo, NY 14209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,009.41** |
| --- | --- | --- | --- |
| | **EMI Industries LLC**<br>**Customer Service**<br>**1316 Tech Blvd**<br>**Tampa, FL 33619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,053.00** |
| --- | --- | --- | --- |
| | **Empire Forklift Inc.**<br>**PO Box 108**<br>**Bloomingburg, NY 12721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.19** |
| --- | --- | --- | --- |
| | **Encore Restaurant Closed**<br>**Attn: joe Gugino**<br>**370 Highland Avenue**<br>**Buffalo, NY 14223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Equipex Ltd.**<br>**100 Niantic Avenue, Suite 104**<br>**Providence, RI 02907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
| --- | --- | --- | --- |
| | **Eric Reich**<br>**15 Penny Lane**<br>**Buffalo, NY 14228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.24** |
| --- | --- | --- | --- |
| | **Erie Community College City**<br>**Attn: Linda Rezabek/Foodservice**<br>**121 Ellicott Street**<br>**Buffalo, NY 14203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$553.30** |
| --- | --- | --- | --- |
| | **Erie Community College North**<br>**Statler Food Lab**<br>**Attn: Mark Wright**<br>**6205 Main Street**<br>**Buffalo, NY 14221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132.90** |
| --- | --- | --- | --- |
| | **Erie Community College South**<br>**Auxilliary Services**<br>**Attn: Mary Ann Crapsi/Foodservice**<br>**4041 Southwestern Blvd.**<br>**Orchard Park, NY 14127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,608.00** |
| --- | --- | --- | --- |
| | **Erie County Community College City**<br>**Attn: Kristin Goss**<br>**121 Ellicott Street**<br>**Buffalo, NY 14203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238.74** |
| --- | --- | --- | --- |
| | **Erie County Water Authority**<br>**350 Ellicott Square**<br>**PO Box 5148**<br>**Buffalo, NY 14240-5148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$310.32** |
| --- | --- | --- | --- |
| | **Erwyn Products Company Inc.**<br>**200 Campus Drive, Suite C**<br>**Morganville, NJ 07751** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,207.34** |
| | **Everest Refrigeration** | ☐ Contingent | |
| | **201 W. Artesia Blvd** | ☐ Unliquidated | |
| | **Compton, CA 90220-5517** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
| | **Evergreen Manufacturing** | ☐ Contingent | |
| | **PO Box N** | ☐ Unliquidated | |
| | **Martinsville, IL 62442** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$219.17** |
| | **EVO Inc.** | ☐ Contingent | |
| | **20560 SW 115th Avenue** | ☐ Unliquidated | |
| | **Tualatin, OR 97062** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.09** |
| | **Excelsior Orthopaedics LLP** | ☐ Contingent | |
| | **PO Box 8000 Dept 303** | ☐ Unliquidated | |
| | **Buffalo, NY 14267-0303** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$944.92** |
| | **Express Comercial Services** | ☐ Contingent | |
| | **Attn: Wayne Stoutner** | ☐ Unliquidated | |
| | **140 Child Street** | ☐ Disputed | |
| | **Rochester, NY 14611** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.29** |
| | **Exquisite Catering** | ☐ Contingent | |
| | **c/o Steve Calvaneso** | ☐ Unliquidated | |
| | **341 Delaware Avenue** | ☐ Disputed | |
| | **Buffalo, NY 14202** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,059.15** |
| | **F & O Imports** | ☐ Contingent | |
| | **1026 Central Avenue NE** | ☐ Unliquidated | |
| | **Minneapolis, MN 55413** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,173.05** |
|---|---|---|---|

**Fancy Heat Corporation**
**40 Veronica Avenue**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.00** |
|---|---|---|---|

**Fanvic Packaging, Inc.**
**P.O. Box 770248**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.93** |
|---|---|---|---|

**Fastenal**
**PO Box 978**
**Winona, MN 55987-0978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Fatta Enterprises, LLC**
**155 Nottingham Terrace**
**Buffalo, NY 14216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,976.25** |
|---|---|---|---|

**Fedex**
**PO Box 223125**
**Pittsburgh, PA 15251-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$719.51** |
|---|---|---|---|

**Fedex**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.13** |
|---|---|---|---|

**Fedex Truckload Brokerage**
**PO Box 645123**
**Pittsburgh, PA 15264-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 66 of 272

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Fetco Food Equipment Co.**
**PO Box 429**
**Lake Zurich, IL 60047-0429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,005.00 |
| --- | --- | --- | --- |

**Fineline Settings**
**135 Crotty Road**
**Buffalo, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.15 |
| --- | --- | --- | --- |

**Finger Lakes Coffee Roasters**
**7330 Rt. 251**
**Victor, NY 14564**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,500.00 |
| --- | --- | --- | --- |

**Firemasters**
**506 10th Avenue**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
| --- | --- | --- | --- |

**First Presby Church Buffalo**
**Attn: David Bond**
**1 Symphony Circle**
**Buffalo, NY 14201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
| --- | --- | --- | --- |

**First United Methodist Church**
**Attn: Judy Herbert**
**100 North Main Street**
**Canandaigua, NY 14424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $798.88 |
| --- | --- | --- | --- |

**Five Star Bank**
**Cardmember Service**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,   Doc 1,   Filed 06/26/20,   Entered 06/26/20 11:48:35,
Description: Main Document , Page 67 of 272

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $137.56 |
|---|---|---|---|

**Five Star Bank**
220 Liberty Street
PO Box 227
Warsaw, NY 14569-9976

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Five Star Kitchen Instl. Inc.**
517B Acorn Street
Deer Park, NY 11729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $414.00 |
|---|---|---|---|

**Flavorseal**
35179 Avon Commerce Parkway
Avon, OH 44011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $81.94 |
|---|---|---|---|

**Flik @ Horace Mann**
231 West 246 Street
Bronx, NY 10471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $704.18 |
|---|---|---|---|

**Flower City Rest SVC Inc.**
Attn: Rick Bentley
795 Beahan Road
Rochester, NY 14624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6.13 |
|---|---|---|---|

**Flynn Memorial Home, Inc.**
Attn: Rose
325 South Broadway
Yonkers, NY 10705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,566.12 |
|---|---|---|---|

**Focus Products Group LLC**
PO Box 205579
Dallas, TX 75320-5579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,222.02** |
|---|---|---|---|
| | **Follett Corporation**<br>**PO Box 782806**<br>**Philadelphia, PA 19178-2806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$648.00** |
|---|---|---|---|
| | **Food Equipment Design Inc.**<br>**Attn: Chris Bowers**<br>**9826-14th Avenue SW**<br>**Seattle, WA 98106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.50** |
|---|---|---|---|
| | **Foxlake Correctional**<br>**W 10237 Lake Emily Road**<br>**Fox Lake, WI 53933** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.92** |
|---|---|---|---|
| | **Franco's Pizza Corp Office**<br>**Attn: Franco Kroese**<br>**2714 Sheridan Drive**<br>**Tonawanda, NY 14150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,096.82** |
|---|---|---|---|
| | **Frankie Foodservice System Inc.**<br>**3149 Paysphere Circle**<br>**Chicago, IL 60674-0031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,942.91** |
|---|---|---|---|
| | **Franklin Machine Products Inc.**<br>**Attn: Jessica Middleton**<br>**PO Box 74007311**<br>**Chicago, IL 60674-7311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$924.00** |
|---|---|---|---|
| | **Franmara Inc.**<br>**John Steinbeck Station**<br>**PO Box 2139**<br>**Salinas, CA 93902-2139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.50** |
|---|---|---|---|

**Fraternal Order of Eagles Aerie 52**
**72 Hinchey Road**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,000.00** |
|---|---|---|---|

**Freed Maxick CPAs, PC**
**PO Box 8000**
**Dept 644**
**Buffalo, NY 14267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Frette North America**
**850 3rd Avenue, 10th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.39** |
|---|---|---|---|

**Friedr Dick Corp.**
**Attn: Dorthy Lagois**
**33 Allen Boulevard**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,448.00** |
|---|---|---|---|

**Friendly Home of Rochester**
**Attn: Eugenia Capobianco**
**3156 East Avenue**
**Rochester, NY 14618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,552.22** |
|---|---|---|---|

**Front of the House**
**Attn: Jennifer Mack**
**7630 Biscayne Blvd.**
**Miami, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,132.99** |
|---|---|---|---|

**Frymaster/Dean LLC**
**Attn: Beth Ann Duke**
**Wells Fargo Bank**
**PO Box 932445**
**Atlanta, GA 31193-2445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.96 |
| --- | --- | --- | --- |

**Fuccillo Automotive Group**
10524 US Route 11
Adams, NY 13605

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,876.31 |
| --- | --- | --- | --- |

**G & A Commercial Seating Prod**
152 Glen Road
Mountainside, NJ 07092

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,650.00 |
| --- | --- | --- | --- |

**G C Distribution**
Attn: Louis T. Moprrissey II
500 Fifth Avenue
Pelham, NY 10803

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.74 |
| --- | --- | --- | --- |

**G C Maintenance Inc.**
Attn: Guy
50 Mapleview Road
Buffalo, NY 14225

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,973.82 |
| --- | --- | --- | --- |

**G E T Enterprises Inc.**
ID 02911
7401 Security Way Suite 200
Houston, TX 77040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.23 |
| --- | --- | --- | --- |

**G&B Fish, Shrimp & Chicken**
Attn: Myran Horton
1532 Genesee Street
Buffalo, NY 14211

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Gadsden Coffee Company Inc.**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.23 |
|---|---|---|---|

**Garrison Golf & Country Inn**
Attn: Racquel Palmer
P.O. Box 348
Garrison, NY 10524

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Gary Brost**
630 Lake Drive
Vero Beach, FL 32963

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gasser Chair Company Inc.**
Attn: Kathy Gasser
4136 Logan Way
Youngstown, OH 44505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.05 |
|---|---|---|---|

**Gatehouse Grill**
Attn: Jackie Kenner
8220 Main
Buffalo, NY 14221

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,621.45 |
|---|---|---|---|

**Gaylord Industries Inc.**
PO Box 2109
Carol Stream, IL 60132

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,031.00 |
|---|---|---|---|

**GE Appliance Contract**
Attn: Brian P. Reynolds
General Electric Co.
PO Box 402271
Atlanta, GA 30384-2271

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,537.51 |
|---|---|---|---|

**Gemini Bakery Equipment Co.**
9990 Gantry Road
Philadelphia, PA 19115

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,791.55 |

**GEMKO Information Group Inc.**
Attn: Michael Budzich
100 Corporate Parkway, Suite 200
Buffalo, NY 14226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.44 |

**Gener McArthy's**
Attn: Bill Metzger
73 Hamburg Street
Buffalo, NY 14204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $156.28 |

**Genesee Brew House**
Attn: Beth McCullogh
25 Cataract Street
Rochester, NY 14605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $960.00 |

**Genesee Metal Products, Inc.**
106 Railroad Avenue
Wellsville, NY 14895

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Geneva General Hosp**
Attn: Accounts Payable Department
196 North Street
Geneva, NY 14456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69.81 |

**Gerties**
Attn: Beth Gross
6010 Goodrich Road
Clarence, NY 14031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $679.50 |

**Ghent Mfg Inc.**
Customer Service
2999 Henkle Drive
Lebanon, OH 45036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.06 |
|---|---|---|---|

**GHRF LLC**
**d/b/a The Black Derby**
**310 West 4th Street**
**New York, NY 10014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,207.15 |
|---|---|---|---|

**Gilbane Building Company**
**1100 N Glebe Road**
**Arlington, VA 22201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,190.81 |
|---|---|---|---|

**Glastender Inc.**
**7969 Solution Center**
**Chicago, IL 60677-7009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.03 |
|---|---|---|---|

**Glen Oak Golf Course**
**711 Smith Road**
**PO Box 179**
**East Amherst, NY 14051-0179**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,720.55 |
|---|---|---|---|

**Glen's Towing Inc.**
**% HHH Auto Body**
**110 Nepperhan Avenue**
**Elmsford, NY 10523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,053.37 |
|---|---|---|---|

**Glenn Falls Hospital**
**Attn: Elizabeth Hoffman**
**126 South Street**
**Glens Falls, NY 12801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $622.31 |
|---|---|---|---|

**Global Equipment Company Inc.**
**29833 Network Place**
**Chicago, IL 60673-1298**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1-20-10846-CLB,   Doc 1,   Filed 06/26/20,   Entered 06/26/20 11:48:35,
Description: Main Document , Page 74 of 272

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $182.91 |
|---|---|---|---|

**Global Industry**
**Attn: Lou Petrill- Rep**
**29833 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Globe Food Equipment Co**
**PO Box 636190**
**Cincinnati, OH 45263-6190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,656.00 |
|---|---|---|---|

**Goldenshtein Restaurant Equip**
**262 Starr Street**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $276.00 |
|---|---|---|---|

**Goodrich Refrigeration Inc.**
**1986 State Highway 11C**
**North Lawrence, NY 12967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $205.20 |
|---|---|---|---|

**GOW School**
**2491 Emery Road**
**South Wales, NY 14139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $485.38 |
|---|---|---|---|

**Grainger**
**Dept. 825196744**
**Customer Service**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Greenwave International Inc.**
**PO Box 0090288**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $254.86 |
|---|---|---|---|

**Greenwich Hotel Restaurant, LLC**
Attn: Joshua Pickard
d/b/a Locanda Verde
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $837.00 |
|---|---|---|---|

**Griffon Pub and Restaurant**
Attn: Ken Scibetta
2470 Military Rd.
Niagara Falls, NY 14304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,862.90 |
|---|---|---|---|

**Groen**
Unified Brands
PO Box 91570
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,975.21 |
|---|---|---|---|

**Grosfillex Inc.**
Attn: Mary Jo Doyen
PO Box 194
Robesonia, PA 19551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,536.43 |
|---|---|---|---|

**Guapo Bodega LLC**
d/b/a Beauty & Essex Restaurant
146 Essex Street
New York, NY 10002-2301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,238.22 |
|---|---|---|---|

**Guertin Distributors Inc.**
5 Technology Place
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,391.25 |
|---|---|---|---|

**Guski Logistics Corporation**
875 Western Highway
Blauvelt, NY 10913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 76 of 272

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,153.25** |
|-------|-----|-----|-----|

**H G Maybeck Co Inc.**
**Attn: Len Golombek**
**179-30 93 Rd Avenue**
**Jamaica, NY 11433-1406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|-----|-----|-----|

**H. Risch**
**44 Saginaw Drive**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$435.00** |
|-------|-----|-----|-----|

**Hagerman & Company Inc.**
**PO Box 139**
**Mt Zion, IL 62549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.19** |
|-------|-----|-----|-----|

**Halfmoon Diner**
**Attn: Jimmy Vasilakos**
**231 Grooms Road**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,813.27** |
|-------|-----|-----|-----|

**Hall China Company**
**Attn: R James Clark**
**1 Anna Avenue**
**East Liverpool, OH 43920-3675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,118.00** |
|-------|-----|-----|-----|

**Halton Company**
**PO Box 641273**
**Cincinnati, OH 45264-1273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,248.84** |
|-------|-----|-----|-----|

**Hamilton Beach Brands Inc.**
**Attn: Sykima Lee**
**PO Box 602762**
**Charlotte, NC 28260-2762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.37 |
|---|---|---|---|

**Hampton Inn Williamsville**
**Attn: Tracy Curtin**
**5455 Main Street @ Los Robles**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $235.50 |
|---|---|---|---|

**Happy Cake Vegan Bakery**
**34 Central Avenue**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $652.50 |
|---|---|---|---|

**Harlach Enterprise**
**2069 Parker Blvd**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,136.10 |
|---|---|---|---|

**Harold Import Co.**
**747 Vassar Avenue**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,254.62 |
|---|---|---|---|

**Harris Beach PLLC**
**Attn: Cindy Naclerio**
**677 Broadway, Suite 1101**
**Albany, NY 12207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,603.25 |
|---|---|---|---|

**Harris Hill Nursing Facility**
**2699 Wherle Drive**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55.56 |
|---|---|---|---|

**Hartman's Distilling / Gilded Buffalo**
**Attn: Justin Hartman**
**55 Chicago Street, Suite 110**
**Buffalo, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 78 of 272

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,137.81** |
|-------|------------------------------------------------------|-------------------------------------------------------------------------|---------------|

**Harvest on Hudson**
**1 River Street**
**Hastings on Hudson, NY 10706-1430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.23** |
|-------|------------------------------------------------------|-------------------------------------------------------------------------|-----------|

**Hatchets & Hops LLC**
**c/o Woodhill Capitol**
**Attn: Andrew Lloyd**
**255 Great Arrow Avenue**
**Buffalo, NY 14207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,296.43** |
|-------|------------------------------------------------------|-------------------------------------------------------------------------|----------------|

**HATCO Corporation**
**Box 68-4035**
**Chicago, IL 60695-4035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$308.39** |
|-------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Head Start Holy Cross**
**Attn: Ruth Padin**
**150 Maryland**
**Buffalo, NY 14201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00** |
|-------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Healthworks WNY LLP**
**PO Box 8000-Dept No. 425**
**Buffalo, NY 14267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.27** |
|-------|------------------------------------------------------|-------------------------------------------------------------------------|------------|

**Heathwood Asst Living Penfield**
**100 Elderwood Court**
**Rte 250 & Penbrooke Road**
**Penfield, NY 14526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.32** |
|-------|------------------------------------------------------|-------------------------------------------------------------------------|-------------|

**Hedges Nine Mile Point**
**Attn: Thad Swift**
**1290 Lake Road**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB, Doc 1, Filed 06/26/20, Entered 06/26/20 11:48:35,
Description: Main Document , Page 79 of 272

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Heintzelman's Marinade Magic**
Attn: Dawn Heintzelman
6361 Knickerbacker Road
Ontario, NY 14519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606,698.42 |
|---|---|---|---|

**Herlew LLC**
12 Labriola Court
Armonk, NY 10504

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,082.37 |
|---|---|---|---|

**Herlew Realty**
12 Labriola Court
Armonk, NY 10504-0497

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.44 |
|---|---|---|---|

**Hillside Children Ctr**
Attn: Accounts Payable
410 Atlantic Avenue
Rochester, NY 14609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,055.06 |
|---|---|---|---|

**HIX Corporation**
Attn: Willy Anderson
1201 E 27th Terrace
Pittsburg, KS 66762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,500.00 |
|---|---|---|---|

**HMS Mechanical Refrig Inc.**
P.O. Box 7415
Wantagh, NY 11793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,881.08 |
|---|---|---|---|

**Hobart - Traulsen**
ITW Food Equipment
PO Box 3563
Carol Stream, IL 60132-3563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$867.55** |
| | **Hobart Sales & Service - Albany**<br>**ITW Food Equipment Group LLC**<br>**PO Box 2517**<br>**Carol Stream, IL 60132-2517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,010.30** |
| | **Hobart Sales & Service - Buffalo**<br>**ITW Food Equipment Group LLC**<br>**PO Box 2517**<br>**Carol Stream, IL 60132-2517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,468.00** |
| | **Hobart Sales & Service - Long Island**<br>**Attn: Edward Hughes**<br>**ITW Food Equipment Group LLC**<br>**PO Box 2517**<br>**Carol Stream, IL 60132-2517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$49,837.30** |
| | **Hobart Sales & Sve - Waterloo**<br>**ITW Food Equipment Group LLC**<br>**PO Box 2517**<br>**Carol Stream, IL 60132-2517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$540.50** |
| | **Hobart Sales/Service-HC Lobalzo & Sons I**<br>**61 Cleveland**<br>**Akron, OH 44333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$750.00** |
| | **Hobart Service - E Granby CT**<br>**ITW Food Equipment Group LLC**<br>**PO Box 2517**<br>**Carol Stream, IL 60132-2517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$5,875.00** |
| | **Hobart Service - Portland, OR**<br>**Bach Bros LLC**<br>**5759 S E International Way**<br>**Portland, OR 97220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,786.60 |
|-------|--|--|--|

**Hoffmaster Group, Inc.**
B110149
PO Box 88149
Milwaukee, WI 53288-8149

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.72 |
|-------|--|--|--|

**Holiday Inn & Suites**
800 Jefferson Road
Rochester, NY 14623

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.20 |
|-------|--|--|--|

**Holiday Inn Johnstown**
Attn: Jim Landrio
308 N. Cromie Avenue
Johnstown, NY 12095

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.74 |
|-------|--|--|--|

**Hollow Brook Golf**
Attn: Accounts Payable
1060 Oregon Road
Cortlandt Manor, NY 10567

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--|--|--|

**Hollowick Inc.**
PO Box 305
Manlius, NY 13104

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,623.49 |
|-------|--|--|--|

**Home Depot Credit Services**
Dept 32-2541941609
PO Box 78047
Phoenix, AZ 85062-8047

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.93 |
|-------|--|--|--|

**Home Depot Credit Services**
Dept 32-2541941609
PO Box 78047
Phoenix, AZ 85062-8047

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,735.37** |
|---|---|---|---|

**Homer Laughlin China Co**
**Attn: Connie Edwards**
**672 Fiesta Drive**
**Newell, WV 26050-1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,392.00** |
|---|---|---|---|

**Honig's Appliance**
**80 Mott Avenue**
**Inwood, NY 11096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00** |
|---|---|---|---|

**Hoot Mechanical & Electrical**
**PO Box 428**
**Lockport, NY 14095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,954.60** |
|---|---|---|---|

**Horace Mann School**
**Attn: Kathy Jacobs**
**231 West 246th Street**
**Bronx, NY 10471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Hospitality Glass Brands LLC**
**52 Forest Avenue**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293.80** |
|---|---|---|---|

**Hotel at Batavia Downs**
**ADK Hospitality, Hart Hotels**
**8319 Park Road**
**Batavia, NY 14020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$814.32** |
|---|---|---|---|

**Hubert Company**
**Attn: Shannon Cook**
**25401 Network Place**
**Chicago, IL 60673-1254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 83 of 272

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,830.42** |
|-------|------|------|------|

**Hunterdon County Educational SVCS Comm**
**37 Hoffmans Crossing Road**
**Califon, NJ 07830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01** |
|-------|------|------|------|

**Illinois / Perry LLC - Labatt House**
**199 Scott Street, Suite 200**
**Buffalo, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,179.75** |
|-------|------|------|------|

**IMC Teddy**
**PO Box 206**
**Copiague, NY 11726**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,237.00** |
|-------|------|------|------|

**Imperial Brown**
**2271 NE 194th Avenue**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,495.69** |
|-------|------|------|------|

**Imperial Commercial Cooking Eq**
**1128 Sherborn Street**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.79** |
|-------|------|------|------|

**Imperial Market**
**Attn: Tony Abdul**
**3039 Bailey Avenue**
**Buffalo, NY 14215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.20** |
|-------|------|------|------|

**Impulse!**
**Attn: Abby Confortti**
**710 S. Powerline Road, Suite C**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,103.78 |
|---|---|---|---|

**Indian Ocean LLC**
**dba Courtyard by Marriott**
**Attn: Nirel Patel**
**900 Buffalo Avenue`**
**Niagara Falls, NY 14303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.77 |
|---|---|---|---|

**INDUS Hospitality Group/Holiday Inn**
**Attn: Tammy Murphy**
**950 Panorama Tr. South**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,956.00 |
|---|---|---|---|

**Infrico USA Corp**
**1409 NW 84th Avenue**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,362.09 |
|---|---|---|---|

**Innovative Products Unlimited**
**Attn: Judy Van Elzen**
**2120 Industrial Drive**
**Niles, MI 49120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Insinkerator**
**PO Box 101409**
**Atlanta, GA 30392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.28 |
|---|---|---|---|

**Integrity Facility Services**
**81 Pondfield Road, Suite D272**
**Bronxville, NY 10708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,289.72 |
|---|---|---|---|

**Intercontinental Exchng/Ice GA**
**5660 New Northside Drive**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,   Doc 1,   Filed 06/26/20,   Entered 06/26/20 11:48:35,
Description: Main Document  , Page 85 of 272

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $84,102.88 |
|---|---|---|---|

**Intermetro Industries Corp.**
**75 Remittance Drive**
**Dept. 3044**
**Chicago, IL 60675-3044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $297.94 |
|---|---|---|---|

**International Storage Systems**
**SPG International LLC**
**Attn: Jane Merrill**
**Dept CH 19355**
**Palatine, IL 60055-9355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,380.34 |
|---|---|---|---|

**International Tableware Inc.**
**Attn: Sharon Couch**
**300 Phillips Avenue**
**Toledo, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Intralin Corporation**
**Attn: Joyce McHale**
**PO Box 62129**
**Baltimore, MD 21264-2129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,419.84 |
|---|---|---|---|

**Irinox North America Inc.**
**9990 NW 14th Street, Suite 107**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $183.60 |
|---|---|---|---|

**Irondequoit Country Club**
**4045 East Avenue**
**Rochester, NY 14618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,214.19 |
|---|---|---|---|

**IRR Supply Center Inc.**
**Attn: Sharon Trentini**
**908 Niagara Falls Blvd.**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB, Doc 1, Filed 06/26/20, Entered 06/26/20 11:48:35,
Description: Main Document , Page 86 of 272

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.50 |
|---|---|---|---|

**Island Lanes**
**1887 Whitehaven Road**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,119.00 |
|---|---|---|---|

**J & J Sass Electric Inc.**
**PO Box 1910**
**Kingston, NY 12402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,222.07 |
|---|---|---|---|

**J B Prince Company Inc.**
**Account# NY6284**
**36 East 31st Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $741.68 |
|---|---|---|---|

**J C Ehrlich Co Inc.**
**PO Box 13848**
**Reading, PA 19612-3848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**J Wilson Marketing Ltd**
**34 Ray Road**
**Greenwich**
**Greenwich, NY 12834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,799.60 |
|---|---|---|---|

**Jackson WWS Inc.**
**Attn: Rhonda Mayne**
**PO Box 783348**
**Philadelphia, PA 19178-3348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,509.21 |
|---|---|---|---|

**James Bedard III**
**185 Greenfield Drive**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 87 of 272

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315,051.20 |
| --- | --- | --- | --- |
| | **James M. Bedard III**<br>**185 Greenfield Drive**<br>**Tonawanda, NY 14150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145,595.60 |
| --- | --- | --- | --- |
| | **James Weiss**<br>**51 Brundase Ridge Road**<br>**Bedford, NY 10506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,746.00 |
| --- | --- | --- | --- |
| | **Jamestown Mattress Co Inc.**<br>**Attn: Jim Pullan, Jr.**<br>**150 Blackstone Avenue**<br>**Jamestown, NY 14701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.87 |
| --- | --- | --- | --- |
| | **Jamie's Ice Cream**<br>**1401 Nash Road**<br>**North Tonawanda, NY 14120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,613.10 |
| --- | --- | --- | --- |
| | **Jamison Door Company**<br>**PO Box 1274**<br>**Hagerstown, MD 21741-1274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Jason Enterprises, Inc.**<br>**P.O. Box 202**<br>**145 Edwin Road**<br>**South Windsor, CT 06074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,148.98 |
| --- | --- | --- | --- |
| | **JEF Contracting, Inc.**<br>**Attn: Jim Kanutsu**<br>**1243 Military Road, Suite 1**<br>**Buffalo, NY 14217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|------------|

**Jetty at the Port**
**1000 North River Street**
**Rochester, NY 14612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.96** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**Jim's Steak Out Main JSO Inc.**
**Attn: Dave Muscoreil**
**3094 Main St.**
**Buffalo, NY 14214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,172.80** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**JMC Furniture**
**Spartan & Bison Refrigeration**
**225 Water Street, Suite A226**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,628.00** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**JMJ Phillip Group LLC**
**145 S Livernois Suite 240**
**Rochester, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,083.75** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|---------------|

**Joe Crocco, Jr.**
**Carpentry & Construction LLC**
**PO Box 63**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,928.54** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**John Boos & Co.**
**35261 Eagle Way**
**Chicago, IL 60678-1352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.14** |
|-------|-----------------------------------------------------|----------------------------------------------------------------------|-----------|

**John E. Sherman, MD**
**Attn: Diana**
**1016 Fifth Avenue**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.38 |
|---|---|---|---|

**John's Pizza Subs Getzville**
Attn: Gene Mongan
680 Campbell Blvd
Getzville, NY 14068

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.79 |
|---|---|---|---|

**John's Pizza Subs Grand Island**
2131 Grand Island Blvd.
Grand Island, NY 14072

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.12 |
|---|---|---|---|

**John's Tex Mex**
Attn: Jon Roth
426 South Avenue
Rochester, NY 14620

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $498.53 |
|---|---|---|---|

**Johnson Controls Fire Protection LP**
Dept CH 10320
Palatine, IL 60055-0320

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,779.72 |
|---|---|---|---|

**Johnson Controls Security Solutions**
PO Box 371967
Pittsburgh, PA 15250-7967

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.98 |
|---|---|---|---|

**Johnstons Restaurant**
Attn: Dale & Rose Johnson
Box 236
2475 Academy Street
Ransomville, NY 14131

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.25 |
|---|---|---|---|

**JR Swanson Plumbing & Heating**
Attn: Chad Heath
413 103rd Road
Niagara Falls, NY 14304

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,158.00 |
|-------|------------------------------------------------|-----------------------|------------|

**Julien**
**955 Rue Lachase**
**Quebec G1P 2H3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|------------------------------------------------|-----------------------|-------|

**K & R Installations LLC**
**15 Valley Road**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|-------|------------------------------------------------|-----------------------|-----------|

**Kaleida Health**
**Attn: Pam Omaski**
**726 Exchange Street**
**Buffalo, NY 14210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,504.13 |
|-------|------------------------------------------------|-----------------------|------------|

**Kari Out Company DBA for Perk Up, Inc.**
**399 Knollwood Road, Suite 309**
**White Plains, NY 10603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.19 |
|-------|------------------------------------------------|-----------------------|--------|

**Kason Central**
**PO Box 933411**
**Atlanta, GA 31193-3428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,626.73 |
|-------|------------------------------------------------|-----------------------|-----------|

**KD Industries Inc.**
**Kold-Draft**
**335 Enterprise Avenue, Suite 160**
**Fort Lauderdale, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,714.11 |
|-------|------------------------------------------------|-----------------------|------------|

**Keating of Chicago Inc.**
**Attn: Michelle Pollard**
**Dept 20-8017**
**PO Box 5998**
**Carol Stream, IL 60197-5998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Jo Chase**
**6762 Errick Road, Upper**
**North Tonawanda, NY 14120**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $979.88 |
|---|---|---|---|

**Kennedy Organics LLC**
**d/b/a Charlie Bird**
**8 West 13th Street**
**New York, NY 10011**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,133.34 |
|---|---|---|---|

**Keystone Adjustable Cap Co Inc.**
**PO Box 828742**
**Philadelphia, PA 19182-8742**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,891.00 |
|---|---|---|---|

**King Fabricating**
**Attn: Martin King**
**8619 E Genesee Street**
**Fayetteville, NY 13066**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $91.57 |
|---|---|---|---|

**King Lumber**
**2 Meadows Street**
**Goldens Bridge, NY 10526**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,084.00 |
|---|---|---|---|

**Klearview Applicance Corp.**
**3707 Nostrand Avenue**
**Brooklyn, NY 11235**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $963.52 |
|---|---|---|---|

**Klenk & Klenk Inc.**
**Attn: John**
**33 Virginia Place**
**Buffalo, NY 14202**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $391.30 |
| --- | --- | --- | --- |

**Knickerbocker Social, LLC**
**d/b/a Haswell Green**
**Attn: Bernard Mcnamee**
**240 W 52nd Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,469.97 |
| --- | --- | --- | --- |

**Koala Kare Products**
**Koala Division**
**PO Box 911607**
**Denver, CO 80291-1607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $676.44 |
| --- | --- | --- | --- |

**Kolpak**
**Manitowoc FSG SVC LLC**
**Attn: Lita Renfroe**
**PO Box 204038**
**Dallas, TX 75320-4038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $181.12 |
| --- | --- | --- | --- |

**Kostas-Hertel**
**1561 Hertel Avenue**
**Buffalo, NY 14216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,084.71 |
| --- | --- | --- | --- |

**Krowne Metal Corp.**
**100 Haul Road**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
| --- | --- | --- | --- |

**L2K Design Inc.**
**Hotel Lafayette**
**391 Washington, Suite 801**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $454.13 |
| --- | --- | --- | --- |

**La Tolteca**
**Attn: Sandra Woodward**
**7530 Transit Road**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 93 of 272

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$368.62** |
|---|---|---|---|

**Lagasse, Inc.**
P.O. Box 532670
Atlanta, GA 30353-2670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$783.65** |
|---|---|---|---|

**Lake Isle County Club**
Attn: Lucy Vafea
**Town of Eastchester**
660 White Plains Road
Eastchester, NY 10709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,856.53** |
|---|---|---|---|

**Lakeside Mfg**
Attn: Sara Neuhart
PO Box 689834
Chicago, IL 60695-9834

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$131.30** |
|---|---|---|---|

**Lancaster Country Club**
6061 Broadway
Lancaster, NY 14086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.34** |
|---|---|---|---|

**Latta Road Nursing Home East**
Attn: Linda Hahnel
2102 Latta Road
Rochester, NY 14612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.07** |
|---|---|---|---|

**Latta Road Nursing Home West**
2100 Latta Road
Rochester, NY 14612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Lavi Industries**
C/O Accounts Reveivable
27810 Avenue Hopkins
Tonawanda, NY 14150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lawley Service Inc.** | ☐ Contingent | |
| | **361 Delaware Avenue** | ☐ Unliquidated | |
| | **Buffalo, NY 14202** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,922.50 |
|---|---|---|---|
| | **Le Creuset of America, Inc.** | ☐ Contingent | |
| | **PO Box 277408** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-7408** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.12 |
|---|---|---|---|
| | **Le Parker Meridien** | ☐ Contingent | |
| | **c/o Parker Management New York** | ☐ Unliquidated | |
| | **Attn: Carlos Puertas** | ☐ Disputed | |
| | **104-70 Queens Blvd, Suite 402** | | |
| | **Forest Hills, NY 11375** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $963.88 |
|---|---|---|---|
| | **Lemoncello Cafe and Lounge** | ☐ Contingent | |
| | **Attn: Massimo Albano** | ☐ Unliquidated | |
| | **137 West Commercial Street** | ☐ Disputed | |
| | **PO Box 287** | | |
| | **East Rochester, NY 14445** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,226.70 |
|---|---|---|---|
| | **Leo's Elite Bakery LLC** | ☐ Contingent | |
| | **Attn: Pat Bernunzio** | ☐ Unliquidated | |
| | **101 Despatch Drive** | ☐ Disputed | |
| | **East Rochester, NY 14445** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.40 |
|---|---|---|---|
| | **Lessing's Food Service** | ☐ Contingent | |
| | **Attn: Kevin Gardner** | ☐ Unliquidated | |
| | **3500 Sunrise Highway** | ☐ Disputed | |
| | **Building 100, Suite 100** | | |
| | **Great River, NY 11739** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48,828.14 |
|---|---|---|---|
| | **Libbey Inc.** | ☐ Contingent | |
| | **Attn: Jennifer Mall** | ☐ Unliquidated | |
| | **PO Box 93864** | ☐ Disputed | |
| | **Chicago, IL 60673-3864** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $43.38 |
|---|---|---|---|

**Lifting Up Westchester**
Attn: Amy Seiden
35 Orchard Street
White Plains, NY 10603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Link 2 Hospitality Inc.**
Attn: Jeff Carragher
108 Lincoln Parkway
East Rochester, NY 14445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.40 |
|---|---|---|---|

**Lipman's Kosher Market**
Attn: Aharon Baruch
1482 Monroe Avenue
Rochester, NY 14618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,914.50 |
|---|---|---|---|

**Lippes Mathias Wexler Friedman LLP**
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $181.91 |
|---|---|---|---|

**Locali Kitchen & Bar LLC**
Attn: Ben Meluzio
2 Kirby Plaza
Mount Kisco, NY 10549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,361.84 |
|---|---|---|---|

**Lodge Mfg Co.**
Attn: Lisa Kerester
PO Box 380
South Pittsburg, TN 37380-0380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $183.04 |
|---|---|---|---|

**Logistic Management Inc.**
PO Box 728
Fairhaven, MA 02719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9.90 |
|---|---|---|---|

**Lori's Natural Foods**
Attn: Lori Sozio
900 Jefferson Road, Suite 105
Rochester, NY 14623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $792.00 |
|---|---|---|---|

**Louis Tellier, LLC**
334 Cornelia Street, #263
Plattsburgh, NY 12901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,583.87 |
|---|---|---|---|

**LTI**
PKA Low Temp
PO Box 795
Jonesboro, GA 30237-0795

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43.50 |
|---|---|---|---|

**Lucarelli's**
Attn: Mike Lucarelli
1830 Abbott Road
Buffalo, NY 14218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $907.00 |
|---|---|---|---|

**M & S Messenger Services**
PO Box 22
White Plains, NY 10602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52.92 |
|---|---|---|---|

**Maddak Inc.**
Attn: Sheryl Katsock
PO Box 10894
Newark, NJ 07193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $287.87 |
|---|---|---|---|

**Madison Square Garden**
Attn: Heather McAdam
2 Pennsylvania Plaza / 16th Floor
New York, NY 10121-0091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,651.13** |
|---|---|---|---|
| | **Magnolia Events**<br>**Attn: Jessica Eastwood**<br>**199 Lincoln Parkway**<br>**Buffalo, NY 14222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,203.96** |
|---|---|---|---|
| | **Magnus - TD Marketing Company Inc.**<br>**84 Mayfield Avenue**<br>**Edison, NJ 08837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$489.42** |
|---|---|---|---|
| | **Mailfinance**<br>**Dept. 3682**<br>**PO Box 123682**<br>**Dallas, TX 75312-3682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.86** |
|---|---|---|---|
| | **Main Street Deli**<br>**Attn: Christine Gerard**<br>**5546 Main Street**<br>**Buffalo, NY 14221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|
| | **Maizal Mexican Kitchen**<br>**Attn: Sebastian Farrow**<br>**4840 N. French Road**<br>**East Amherst, NY 14051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,914.01** |
|---|---|---|---|
| | **Majorelle**<br>**Attn: Alberina DiPilla**<br>**c/o Lowell Hotel**<br>**509 Madison Avenue**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,643.50** |
|---|---|---|---|
| | **Manitowoc FSH SVC LLC**<br>**PO Box 204038**<br>**Dallas, TX 75320-4038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,951.85 |
|---|---|---|---|

**Manitowoc Ovens & Advanced Cooking**
PO Box 8500-53268
Philadelphia, PA 19178-3268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.20 |
|---|---|---|---|

**Manor Lanes**
150 Grand Island Blvd.
Tonawanda, NY 14150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,064.04 |
|---|---|---|---|

**Manpower**
117 Great Oaks Blvd.
Albany, NY 12203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.43 |
|---|---|---|---|

**Mapletex Inc.**
PO Box 771
Tacoma, WA 98401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.98 |
|---|---|---|---|

**Margaret L. Wendt Foundation**
111 Genesee Street
Buffalo, NY 14203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,328.42 |
|---|---|---|---|

**Market Forge Ind Inc.**
2511 Payshere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,331.62 |
|---|---|---|---|

**Marlin Leasing**
300 Fellowship Road
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 99 of 272

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,676.35** |
|-------|---|---|---|

**Marriott Harbor Center**
**Attn: Accounts Payable**
**75 Main Street**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38.00** |
|-------|---|---|---|

**Matfer Bourgeat Inc.**
**16150 Lindbergh Street**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,965.25** |
|-------|---|---|---|

**Mauviel USA Inc.**
**802 Centerpoint Blvd**
**New Castle, DE 19720-8123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,952.40** |
|-------|---|---|---|

**Max Packaging**
**109 Sixth Avenue NW**
**Attalla, AL 35954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,217.99** |
|-------|---|---|---|

**Mazza Mechanical Services Inc.**
**430 North 7th Street**
**PO Box 376**
**Olean, NY 14760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$354.17** |
|-------|---|---|---|

**Medina Memorial Hosp.**
**200 Ohio St.**
**Medina, NY 14103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,882.04** |
|-------|---|---|---|

**Medline Industries Inc.**
**Account #1504871**
**Attn: Jayna Wellhouse**
**Box 382075**
**Pittsburgh, PA 15251-8075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.45 |
|---|---|---|---|

**Mercato Olean**
Attn: Nick Pitllo
PO Box 93
Ellicottville, NY 14731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,597.77 |
|---|---|---|---|

**Mercer Tool**
1860 Smithtown Avenue
Ronkonkoma, NY 11779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.00 |
|---|---|---|---|

**Mercy Hospital of Buffalo**
565 Abbott Road
Buffalo, NY 14220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,688.87 |
|---|---|---|---|

**MerryChef USA**
**Manitowoc Ovens & Advanced**
PO Box X8500-53268
Philadelphia, PA 19178-3268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.06 |
|---|---|---|---|

**Mesmer Refrigeration Co Inc.**
519 Hamburg Streeet
Buffalo, NY 14204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $193.58 |
|---|---|---|---|

**Mess Hall**
Attn: Joe Jerge
717 Ridge Rd
Buffalo, NY 14218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.54 |
|---|---|---|---|

**Metropolitan Club Inc.**
Attn: Damiel Dinella
1 East 60th Street
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 101 of 272

---

**3.573**

**Nonpriority creditor's name and mailing address**

**Michael Wamp**
**Millenium Trust Company LLC**
**FBO Michael J. Wamp IRA**
**2001 Spring Road, Suite 700**
**Oak Brook, IL 60523**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.574**

**Nonpriority creditor's name and mailing address**

**Michael Weisman Living Trust**
**14910 Ruben Court**
**San Diego, CA 92127**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.575**

**Nonpriority creditor's name and mailing address**

**Micromatic USA Inc.**
**Attention Accounts Receivable**
**2386 Simon Court**
**Brooksville, FL 34604**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,059.31**

---

**3.576**

**Nonpriority creditor's name and mailing address**

**Migali Industries Inc.**
**Attn: Nicole Migala**
**PO Box 782**
**Souderton, PA 18964-0782**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,344.00**

---

**3.577**

**Nonpriority creditor's name and mailing address**

**Mightea Boba**
**Attn: Trevor Grover**
**3225 State Rt 364**
**Suite 65**
**Buffalo, NY 14224**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$21.50**

---

**3.578**

**Nonpriority creditor's name and mailing address**

**Mike's Subs Kenmore**
**Attn: Bob Bolt**
**2862 Delaware Avenue**
**Buffalo, NY 14217**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$58.90**

---

**3.579**

**Nonpriority creditor's name and mailing address**

**Mill Wiping Rags Inc.**
**1656 East 233rd Street**
**Bronx, NY 10466**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$680.00**

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00** |
|---|---|---|---|

**Mirque Mechanical DBA Ryan Mirque**
**114 West 238th Street, Suit 6D**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$692.15** |
|---|---|---|---|

**Mity-Lite Inc.**
**Attn: Dave Jensen**
**PO Box 732698**
**Dallas, TX 75373-2698**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Moffat Inc.**
**PO Box 60448**
**Charlotte, NC 28260-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$439.91** |
|---|---|---|---|

**Monroe Community Hosp**
**Food and Nutrition**
**435 E Henrietta Road**
**Rochester, NY 14620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.47** |
|---|---|---|---|

**Monroe County Water Authority**
**PO Box 5158**
**Buffalo, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,006.40** |
|---|---|---|---|

**Monroe Kitchen Equipment Inc.**
**105 Dodge Street**
**PO Box 60980**
**Rochester, NY 14606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67.61** |
|---|---|---|---|

**Montague Company**
**Attn: Juanita Baker**
**PO Box 45025**
**San Francisco, CA 94145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB, Doc 1, Filed 06/26/20, Entered 06/26/20 11:48:35,
Description: Main Document , Page 103 of 272

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508.94** |
|---|---|---|---|
| | **MOOG - Lemur Construction Corp.**<br>**Attn: Tim Shevlin - PM**<br>**PO Box 852**<br>**East Aurora, NY 14052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.67** |
|---|---|---|---|
| | **Morefar Golf Club**<br>**d/b/a Back O'Beyond**<br>**233 Federal Hill Road**<br>**Brewster, NY 10509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$642.00** |
|---|---|---|---|
| | **Mr Bar B Q FGP**<br>**Blue Rhino Global Sourcing Inc.**<br>**Attn: Lu Soguero**<br>**PO Box 404758**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$406.73** |
|---|---|---|---|
| | **MSBP Hospitality, LLC**<br>**c/o Priam Enterprises, LLC**<br>**Attn: Carol Beasley**<br>**237 Main Street, Suite 300**<br>**Buffalo, NY 14203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,234.12** |
|---|---|---|---|
| | **MT Kisco Truck & Auto Parts**<br>**135 Ksico Avenue**<br>**Mount Kisco, NY 10549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137.35** |
|---|---|---|---|
| | **Mt. Kisco Truck & Auto Parts**<br>**135 Kisco Avenue**<br>**Mount Kisco, NY 10549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333.01** |
|---|---|---|---|
| | **Mundial Inc.**<br>**132 Central Street, Suite 215**<br>**Foxboro, MA 02035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Murphy's Law**
**Attn: Mark Chiarenza**
**620 Park Avenue#303**
**Rochester, NY 14607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,123.22** |
|---|---|---|---|

**MVP Network Consulting LLC**
**1297 Hertel Avenue**
**Buffalo, NY 14216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,183.86** |
|---|---|---|---|

**National Distribution SVC Inc.**
**616 Trade Center Blvd**
**Chesterfield, MO 63005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,794.70** |
|---|---|---|---|

**National Grid**
**PO Box 11742**
**Newark, NJ 07101-4742**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,920.35** |
|---|---|---|---|

**National Tissue Company LLC**
**National Packaging Services Corp.**
**BIN 88231**
**Milwaukee, WI 53288-0231**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nationwide Textiles**
**PO Box 2370**
**Riverton, NJ 08077**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,065.00** |
|---|---|---|---|

**Natura Water LLC MSC #175**
**PO Box 10583**
**Birmingham, AL 35202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,  Doc 1,  Filed 06/26/20,  Entered 06/26/20 11:48:35,
Description: Main Document , Page 105 of 272

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Neil S. Sullivan Assoc. Ltd.**
P.O. Box 259
36 North Day Street
Orange, NJ 07051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.17** |
|---|---|---|---|

**NEMCO**
Attn: Erica Rostorfer
PO Box 305
Hicksville, OH 43526

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,433.55** |
|---|---|---|---|

**Netsmartz**
1250 Pittsford Victor Road, Suite 190
Pittsford, NY 14534

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,687.40** |
|---|---|---|---|

**Network Services LLC**
3660 Harlem Road
Buffalo, NY 14215

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.38** |
|---|---|---|---|

**New Age Ind Corp. Inc.**
16788 US Hwy 36
PO Box 520
Norton, KS 67654

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.95** |
|---|---|---|---|

**New Era Drug Testing**
801 S Glenoaks Blvd, Suite 200
Burbank, CA 91502

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$308.82** |
|---|---|---|---|

**New York State Thruway Authority**
PO Box 5501
Binghamton, NY 13902-5501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.50 |
|---|---|---|---|

**New York Wine & Culinary Ctr**
**800 S Main**
**Canandaigua, NY 14424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,156.58 |
|---|---|---|---|

**Newmark Knight Frank PRAXAIR**
**Attn: Sue Koronowski**
**175 East Park Drive**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,296.77 |
|---|---|---|---|

**Nexel Industries Inc.**
**29767 Network Place**
**Chicago, IL 60673-1297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,548.58 |
|---|---|---|---|

**Nexstep Comm'l Prod (O-Cedar)**
**PO Box 2096**
**Mount Vernon, OH 43050-7296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,147.00 |
|---|---|---|---|

**Niagara Falls Country Club**
**505 Mountain View**
**Lewiston, NY 14092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**Niagara Falls Mem Med Center**
**621 Tenth Street**
**PO Box 708**
**Niagara Falls, NY 14302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.29 |
|---|---|---|---|

**Niagara Parks Delaware North**
**Parks and Resorts Inc.**
**Attn: Michael Barnes**
**PO Box 773**
**Niagara Falls, NY 14302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,340.14** |
| --- | --- | --- | --- |
| | **NOCO Natural Gas LLC**<br>**2440 Sheridan Drive**<br>**Tonawanda, NY 14150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Nor-Lake Inc.**<br>**29804 Network Place**<br>**Chicago, IL 60673-1298** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,989.61** |
| --- | --- | --- | --- |
| | **Nordon LLC**<br>**PO Box 12921**<br>**Philadelphia, PA 19176-0921** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,423.14** |
| --- | --- | --- | --- |
| | **North Gate Healthcare**<br>**Attn: Paula Kuppel**<br>**7264 Nash Road**<br>**North Tonawanda, NY 14120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00** |
| --- | --- | --- | --- |
| | **Northstar Cermaics Inc.**<br>**Attn: Joe Bronco**<br>**1555 Lyell Avenue, Suite 168**<br>**Rochester, NY 14606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,838.20** |
| --- | --- | --- | --- |
| | **NY Stock Exchange Euronext**<br>**J Greenberg/Corporate Services**<br>**Attn: Jeff Greenberg**<br>**20 Broad Street**<br>**New York, NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.60** |
| --- | --- | --- | --- |
| | **NYC Dept. of Finance**<br>**PO Box 3933**<br>**New York, NY 10008-3933** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$121.70** |
|---|---|---|---|

**NYS OCFS BEP/Commission for the Blind**
**Attn: Christopher Geitter**
**295 Main Street, Suite 545**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$446.23** |
|---|---|---|---|

**Oidia LLC NYC**
**d/b/a Sherry B. Dessert**
**645 Hudson Street**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$258.22** |
|---|---|---|---|

**Olde Thompson Division**
**Attn: Darlene Glasgow**
**3250 Camino Del Sol**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$611.11** |
|---|---|---|---|

**Omcan Inc.**
**PO Box 71753**
**Chicago, IL 60694-1753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$763.28** |
|---|---|---|---|

**Omniteam, Inc.**
**9300 Hall Road**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,835.65** |
|---|---|---|---|

**On Time Delivery Service Inc.**
**PO Box 752**
**Caldwell, NJ 07007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$881.89** |
|---|---|---|---|

**On-It Refrigeration**
**239 Robinson Avenue, Suite #2**
**Bronx, NY 10465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.64 |
|---|---|---|---|

**One Stop Janitorial & Office Supply**
**Attn: Harry Powell**
**1861 Scottsville Road**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,423.25 |
|---|---|---|---|

**Oneida Ltd.**
**Attn: Crystal Russell**
**75 Remittance Drive, Suite 6152**
**Chicago, IL 60675-6152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,280.33 |
|---|---|---|---|

**OPTO Intl.**
**1325 N Mittel Boulevard**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $388.85 |
|---|---|---|---|

**Orchard Heights**
**5200 Chestnut Ridge Road**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,533.87 |
|---|---|---|---|

**Ovention Inc.**
**Attn: Accounting**
**PO Box 340500**
**Milwaukee, WI 53234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Packnwood**
**213 W 35th Street**
**Penthouse**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $368.50 |
|---|---|---|---|

**Paderno World Cuisine**
**355 Michele Place**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 110 of 272

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.54 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Park Country Club**
**Accounts Payable**
**4949 Sheridan Drive**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.40 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Parts Town LLC**
**27787 Network Place**
**Chicago, IL 60673-1277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.09 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Pasquale's Pizzeria #242**
**242 Main**
**East Aurora, NY 14052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.89 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Pasquale's Pizzeria WS #2990**
**3720 Seneca Street**
**Buffalo, NY 14224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Pats Pizzeria**
**Attn: Dave Jacobson**
**544 Ontario Street**
**Buffalo, NY 14207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Patty Danni**
**178 Dellwood Road**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.88 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Paula's Donuts Sheridan**
**2319 Sheridan Drive**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.73 |
|---|---|---|---|

**Paula's Donuts Southgate Plaza**
Attn: Chuck Huber
936 Union Road
Buffalo, NY 14224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pegular Sports Entertainment, LLC**
79 Perry Street, Suite 400
Buffalo, NY 14203

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Pellegrino Importing**
449 N. Greenbush Road
Rensselaer, NY 12144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.96 |
|---|---|---|---|

**Penfield Country Club**
Attn: Accounts Payable
1784 Jackson Road
Penfield, NY 14526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909.45 |
|---|---|---|---|

**Penn Jersey Paper**
PO Box 820974
Philadelphia, PA 19182-0974

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,590.03 |
|---|---|---|---|

**Penske Truck Leasing Co, L.P.**
P.O. Box 827380
Philadelphia, PA 19182-7380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Perlick Corp.**
PO Box 78499
Milwaukee, WI 53278-0499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB, Doc 1, Filed 06/26/20, Entered 06/26/20 11:48:35,
Description: Main Document , Page 112 of 272

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.81 |
|---|---|---|---|

**Petey's Pizzeria & Grill**
**Attn: Jamie Pellenz**
**PO Box 2026**
**Liverpool, NY 13089**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,010.76 |
|---|---|---|---|

**Pickard, Inc.**
**782 Pickard Avenue**
**Antioch, IL 60002-1574**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.43 |
|---|---|---|---|

**Pingry School - Martinsville**
**131 Martinsville Road**
**Basking Ridge, NJ 07920**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.23 |
|---|---|---|---|

**Pingry School - Short Hills**
**50 Country Day Drive**
**Short Hills, NJ 07078**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,293.11 |
|---|---|---|---|

**Piper Products Inc.**
**300 South 84th Avenue**
**Wausau, WI 54401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Pipitone Enterprises, LLC**
**25 East Buffalo Street**
**Churchville, NY 14428**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,342.10 |
|---|---|---|---|

**PITCO**
**Attn: Donna Shaw**
**2485 Payshere Circle**
**Chicago, IL 60674**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 113 of 272

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,454.05 |
|---|---|---|---|

**Pitney Bowes Financial Service**
P.O. Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.91 |
|---|---|---|---|

**Pitney Bowes Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.00 |
|---|---|---|---|

**Pittsford Farms Dairy Inc.**
Attn: Josh Pemberton
44 N Main Street
Pittsford, NY 14534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.60 |
|---|---|---|---|

**Pizza Plant Canalside**
Attn: Bob Syracuse
7770 Transit Road
Buffalo, NY 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.00 |
|---|---|---|---|

**Plate Mate/ The Product Group**
5211 West Tuscarawas Street
Canton, OH 44708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,763.40 |
|---|---|---|---|

**Plum Point Lodge**
Attn: Brud Holland
3482 Plum Point Road, South
Le Roy, NY 14482

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,661.04 |
|---|---|---|---|

**Popular Plumbing & Heating**
PO Box 310
New Hyde Park, NY 11040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 114 of 272

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
| --- | --- | --- | --- |

**Port Byron CSD**
**Attn: Wendy Swift**
**30 Maple Avenue**
**Port Byron, NY 13140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
| --- | --- | --- | --- |

**Pratica Products**
**416 E. Church Street**
**Lewisville, TX 75057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,418.35 |
| --- | --- | --- | --- |

**Pratt (Quality Carton), LLC**
**PO Box 933949**
**Atlanta, GA 31193-3949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,287.50 |
| --- | --- | --- | --- |

**Pro Plus of New York, Inc.**
**202 Terminal Drive**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
| --- | --- | --- | --- |

**Pro-Tek of NY, Inc.**
**202 Terminal Drive**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.06 |
| --- | --- | --- | --- |

**Professional Business Technology**
**338 Harris Hill Road, Suite 204**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,810.16 |
| --- | --- | --- | --- |

**Progetto Inc DBA Etcetera Etcetera Rest**
**Attn: Daniel Kueera**
**352 W 44th Street**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 115 of 272

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.68 |
|---|---|---|---|

**Proiettis Italian Rest. and Catering**
**980 Ridge Road**
**Webster, NY 14580**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,258.00 |
|---|---|---|---|

**Proluxe**
**Stearns Product Development**
**20281 Harvill Avenue**
**Perris, CA 92570**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,935.00 |
|---|---|---|---|

**Pronto Repairs, Inc.**
**27 Rockland Park Avenue**
**Tappan, NY 10983**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.03 |
|---|---|---|---|

**Proposition Forty Five LLC**
**Attn: Eric Nagle**
**45 Euclid Street**
**Rochester, NY 14604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,830.75 |
|---|---|---|---|

**ProPump**
**707 Woodfield Road**
**West Hempstead, NY 11552**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,369.00 |
|---|---|---|---|

**Prorose Inc.**
**652 Glenbrook Road**
**BLDG 3-201**
**Stamford, CT 06906**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.68 |
|---|---|---|---|

**Putnam Den**
**Attn: Tiffany Albert**
**63 Putnam Street**
**Saratoga Springs, NY 12866**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 116 of 272

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,992.00** |
|---|---|---|---|

**Quackenbush Co Inc.**
**Attn: Dave Strasser**
**495 Kennedy Road**
**Buffalo, NY 14227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,108.93** |
|---|---|---|---|

**Quadient Finance USA Inc.**
**PO Box 6813**
**Carol Stream, IL 60197-6813**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,600.00** |
|---|---|---|---|

**Quench USA (Adventure Holdings)**
**630 Allendale Road, Suite 200**
**King of Prussia, PA 19406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.24** |
|---|---|---|---|

**Qwest Contracting**
**Attn: Richard Goettinger**
**153 West 27th Street, Suite 502-504**
**New York, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52.00** |
|---|---|---|---|

**R I T Inn Conference Center**
**5257 W Henrietta Road**
**Henrietta, NY 14467**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95,816.07** |
|---|---|---|---|

**R3 Redistribution**
**R3 Midatlantic Region**
**12765 Collections Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,172.84** |
|---|---|---|---|

**Radio Social**
**Attn: Chuck Cerankosky**
**20 Carlson Road**
**Rochester, NY 14610**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 117 of 272

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.69 |
|---|---|---|---|

**Rainbow Room LLC**
**30 Rockefeller Plaza**
**New York, NY 10112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,969.04 |
|---|---|---|---|

**RAK Procelain USA**
**595 Route 25A, Suite 17**
**Miller Place, NY 11764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Rancilio Group North America**
**1340 Internationale Parkway, Suite 200**
**Woodridge, IL 60517-4955**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.45 |
|---|---|---|---|

**Randell**
**Unified Brands**
**PO Box 91570**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,103.30 |
|---|---|---|---|

**Rankin-Delux Inc.**
**3245 Corridor Drive #B**
**Mira Loma, CA 91752-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,934.33 |
|---|---|---|---|

**Rational Cooking Systems Inc.**
**36688 Eagle Way**
**Chicago, IL 60678-1366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.98 |
|---|---|---|---|

**Red Osier Landmark**
**Attn: Tim Adams**
**6492 Main Street**
**Stafford, NY 14143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 118 of 272

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.98 |
| --- | --- | --- | --- |

**Red Osier Landmark**
**Atn: Tim Adams**
**6492 Main Street**
**Stafford, NY 14143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,715.60 |
| --- | --- | --- | --- |

**Refrigeration Design Tech Inc.**
**1808 Fm Rd 66**
**PO Box 622**
**Waxahachie, TX 75168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
| --- | --- | --- | --- |

**Refrigeration Sales & SVC Inc.**
**Attn: Mr. John Karl**
**315 Lawrence Bell Drive**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $933.33 |
| --- | --- | --- | --- |

**Reite Way Refrigeration**
**19B Ransier Drive, Suite 4**
**Buffalo, NY 14224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,280.00 |
| --- | --- | --- | --- |

**Reliable Fire Protection**
**20 Meridian Road, Suite 1**
**Eatontown, NJ 07724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.09 |
| --- | --- | --- | --- |

**Republic Service**
**PO Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362.40 |
| --- | --- | --- | --- |

**Residex, LLC**
**PO Box 674923**
**Detroit, MI 48267-4923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.92** |
|-------|------|------|------|

**Restaurant Mi isla**
Attn: Benito Collado
219 West Ferry
Buffalo, NY 14213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.00** |
|-------|------|------|------|

**Resurgence Brewing Co.**
Attn: Brandon Woodcock
1250 Niagara Street
Buffalo, NY 14213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.08** |
|-------|------|------|------|

**Resurgence Brewing Co. Chicago**
55 Chicago Street
Buffalo, NY 14204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,896.19** |
|-------|------|------|------|

**Retrans Freight**
PO Box 9490
Fall River, MA 02720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,978.88** |
|-------|------|------|------|

**Revol USA LLC**
3575 Koger Blvd, Suite 220
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.26** |
|-------|------|------|------|

**Rich Products R & D**
One Robert Rich Way
Buffalo, NY 14213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|-------|------|------|------|

**Richard Gioia**
The Campanile
925 Delaware, #7B
Buffalo, NY 14209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.85 |
|---|---|---|---|

**Rick's on Main**
Attn: Michael Perillo
687 Main
East Aurora, NY 14052

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.62 |
|---|---|---|---|

**Rico's Sawyer Creek Hotel**
Attn: Bret
3264 Niagara Falls Blvd.
North Tonawanda, NY 14120

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $388.64 |
|---|---|---|---|

**Ricotta & Ricotta Mangia**
Attn: John Ricotta
7025 Ellicott Road
Orchard Park, NY 14127

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.84 |
|---|---|---|---|

**Ridgemont Country Club**
Attn: Kevin Statt
3717 Ridge Road W
Rochester, NY 14626

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.54 |
|---|---|---|---|

**Rizzo's Tonawanda**
2763 Eggert
Tonawanda, NY 14150

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.50 |
|---|---|---|---|

**RJW Services LLC**
5986 Miller Road
Niagara Falls, NY 14304

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,357.74 |
|---|---|---|---|

**Robot Coupe**
PO Box 16625
Jackson, MS 39236-6625

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rochester Copier Inc.**
**1344 University Avenue**
**Rochester, NY 14607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,770.43** |
|---|---|---|---|

**Rochester Gas & Electric**
**PO Box 847813**
**Boston, MA 02284-7813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,120.79** |
|---|---|---|---|

**Rochester Regional Health**
**Attn: Accounts Payable**
**PO Box 10759**
**Rochester, NY 14610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,292.40** |
|---|---|---|---|

**Rochester Riverside Convention Center**
**Attn: Karol Hitchcock**
**123 E. Main**
**Rochester, NY 14604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.99** |
|---|---|---|---|

**Rockester Parklands Owner, LLC**
**dba Legacy at Parklands**
**2000 Park Creek Lane**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Rodriguez Construction Group LLC**
**760 Seneca Street, Suite 150**
**Buffalo, NY 14210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$747.84** |
|---|---|---|---|

**Rolling Hills Farm**
**Attn: Mike Doyle**
**180 East Prospect Avenue, #104**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 122 of 272

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$277.02** |
|---|---|---|---|

**Roman Cafe**
**Attn: Larry Huttenmaier**
**797 Payne Avenue**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,299.36** |
|---|---|---|---|

**Rosenthal Sambonet USA Ltd.**
**Attn: Sevil Beg**
**355 Michele Place**
**Carlstadt, NJ 07072-2304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Rosmellias Burt Hotel**
**Attn: John and Gina Rosmellias**
**2083 Lockport Olcott Road**
**Burt, NY 14028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Royal Industries Inc.**
**4100 West Victoria Street**
**Chicago, IL 60646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**RPI/Regal Pinnacle Inter**
**220 Route 70**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$381.19** |
|---|---|---|---|

**RSM Consturction Group**
**461 From Road**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$688.42** |
|---|---|---|---|

**Rubbermaid**
**Attn: Chad Gerald**
**75 Remittance Drive, Suite #1167**
**Chicago, IL 60675-1167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.00 |
|---|---|---|---|

**Russell E Zettle**
**DBA New Day Coffee Roasters**
**3046 Niagara Falls Blvd.**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,458.70 |
|---|---|---|---|

**Ryder Transportation Services**
**PO Box 96723**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,807.00 |
|---|---|---|---|

**S&V Restaurant Equip Mfg**
**4320 Park Avenue**
**Bronx, NY 10457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,832.14 |
|---|---|---|---|

**Saalfeld**
**PO Box 644520**
**Pittsburgh, PA 15264-4520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,107.00 |
|---|---|---|---|

**Sage Colleges Russell Sage**
**Accounts Payable**
**65 First Street**
**Troy, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,907.53 |
|---|---|---|---|

**Sage Dinning Services Inc.**
**1402 York Road**
**Suite 100Y Avenue, Suite B7**
**Lutherville Timonium, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,306.13 |
|---|---|---|---|

**Salvajor Inc.**
**PO Box 843927**
**Kansas City, MO 64184-3927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB, Doc 1, Filed 06/26/20, Entered 06/26/20 11:48:35,
Description: Main Document , Page 124 of 272

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39.00** |
|---|---|---|---|

**Salvation Army Buffalo Main Street**
Attn: Robin Kelly
960 Main Street
Buffalo, NY 14202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,441.35** |
|---|---|---|---|

**San Jamar**
Attn: Trista Kuehni
29346 Network Place
Chicago, IL 60673-1293

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$950.00** |
|---|---|---|---|

**Sanford & Burtis Fire Eqp Inc.**
PO Box 3639
Syracuse, NY 13220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231.86** |
|---|---|---|---|

**Saratoga Hospitality LLC**
Gaffney's Restaurant
Attn: Zach Cutler
Saratoga Springs, NY 12866

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83,675.00** |
|---|---|---|---|

**Schaefrer USA Corporation**
2900 Orange Avenue, Suite 102
Signal Hill, CA 90755

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,230.00** |
|---|---|---|---|

**Schuler Haas Electric Corp.**
240 Commerce Drive
Rochester, NY 14623

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.53** |
|---|---|---|---|

**Schwabl's**
789 Center Road
Buffalo, NY 14224

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,167.78** |
|---|---|---|---|

**SCI Construction Group, Inc.**
**Attn: Hillary Silverman, Officer Manger**
**26-16 Skillman Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,590.34** |
|---|---|---|---|

**Scotsman**
**101 Corporate Woods Parkway**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,618.04** |
|---|---|---|---|

**Scrufari Constuction**
**Attn: Peter Greiner**
**3925 Hyde Park Blvd**
**Niagara Falls, NY 14305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.33** |
|---|---|---|---|

**Seasonal Lawncare**
**1120 Bullis Road**
**Elma, NY 14059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,037.65** |
|---|---|---|---|

**Seattle Academy of Arts and Science**
**Attn: Mark Franco**
**1113 13 th Street**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,017.00** |
|---|---|---|---|

**Select Products Holdings LLC**
**1 Arnold Drive**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$377.36** |
|---|---|---|---|

**Seneca Blueprint Co Inc.**
**Attn: Rick W. Knight**
**PO Box 255**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
| --- | --- | --- | --- |

**Seneca Nations of Indians**
**Business Permit Office**
**12837 Route 438**
**Irving, NY 14081**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.17 |
| --- | --- | --- | --- |

**Seneca Niagara Hotel**
**SNFG Corp Accounts Payable**
**Attn: Phornlaphat Barnes**
**310 Fourth Street**
**Niagara Falls, NY 14303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,486.40 |
| --- | --- | --- | --- |

**Sentinel Builders**
**79 Madison Avenue, Suite 1561**
**New York, NY 10016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.20 |
| --- | --- | --- | --- |

**Server Products**
**3601 Pleasant Hill Road**
**Richfield, WI 53076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,149.45 |
| --- | --- | --- | --- |

**Service Ideas Inc.**
**Attn: Julie Leja**
**NW 5876**
**PO Box 1450**
**Minneapolis, MN 55485-5876**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.98 |
| --- | --- | --- | --- |

**Serviceone**
**35 Hill Street**
**Bridgeport, CT 06606**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,944.00 |
| --- | --- | --- | --- |

**Shamron Mills Ltd**
**484 River Street**
**Troy, NY 12180**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB, Doc 1, Filed 06/26/20, Entered 06/26/20 11:48:35, Description: Main Document , Page 127 of 272

| | | |
|---|---|---|
| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,507.49** |

**Sheraton at the Falls American Niagara**
**American Niagara Hospitality**
**Attn: Doug Nickerson**
**300 Third Street**
**Niagara Falls, NY 14303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,615.79** |

**Shooters Sports Bar & Grill**
**1226 Fairport Road**
**Fairport, NY 14450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,376.28** |

**SICO America Inc.**
**VB Box 146**
**PO Box 9202**
**Minneapolis, MN 55480-9202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.48** |

**Six Friends Cabernet**
**c/o Woodhill Capitol**
**Attn: Tony Martino**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$239.14** |

**Sleepy Hollow Lake**
**Attn: Tony Latello**
**13800 Siehl Road**
**Akron, NY 14001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,255.07** |

**Snap Drape Int'l**
**Attn: Joe Valles**
**2045 Westgate Drive #100**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$846.08** |

**SODEXO M&T Exec Dining**
**M&T Bank Executive Dining**
**Attn: Andy Lawson**
**One M&T Plaza, 19th Floor**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,   Doc 1,   Filed 06/26/20,   Entered 06/26/20 11:48:35,
Description: Main Document  , Page 128 of 272

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,517.50 |
| --- | --- | --- | --- |

**Somat Company**
ITW Food Equipment Group
PO Box 3563
Carol Stream, IL 60132-3563

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.00 |
| --- | --- | --- | --- |

**Somerset Industries Inc.**
137 Phoenix Avenue
Lowell, MA 01852

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,439.45 |
| --- | --- | --- | --- |

**SONOCO Stanciap/Rixie**
91218 Collection Center Drive
Chicago, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,927.23 |
| --- | --- | --- | --- |

**Source International Corp.**
17 Gilmore Drive
Sutton, MA 01590

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,999.05 |
| --- | --- | --- | --- |

**Sourcing Solutions International**
Attn: Keith Geitner
23975 N Hickory Nut Grove Road
Cary, IL 60013

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,444.02 |
| --- | --- | --- | --- |

**Southbend**
Attn: Larue
98806 Collections Center Drive
Chicago, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.40 |
| --- | --- | --- | --- |

**Southeastern Filtration**
PO Box 1068
Canton, GA 30169

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,451.26 |
|---|---|---|---|

**Spaceman USA Inc.**
**Forte Supply LLC C/O P2B Investor**
**Attn: Chris Geurden**
**224 Commerce Street, Suite A1**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sparks Traycon LLC**
**320 Industrial Road**
**PO Box 847**
**Adamsville, TN 38310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.48 |
|---|---|---|---|

**Special Made Goods & SVC Inc.**
**141 Marcel Drive**
**Winchester, VA 22602-4844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.33 |
|---|---|---|---|

**SPG International LLC**
**Attn: Sherry Hackett**
**Dept CH 19355**
**Palatine, IL 60055-9355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.61 |
|---|---|---|---|

**Spill Stop Mfg LLC**
**Attn: Anna Ault**
**1509 W Le Moyne Street**
**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.91 |
|---|---|---|---|

**SPOT Coffee Kenmore**
**GCG Properties Inc.**
**Attn: James Goranites**
**7334 Townline Road**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,590.93 |
|---|---|---|---|

**Springs USA Corporation**
**Attn: Christina Chinchilla**
**127 Ambassador Drive, Suite 147**
**Naperville, IL 60540-4079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,404.25 |
|---|---|---|---|

**St. Adalbert's Basilica**
**Response to Love**
**130 Kosciuszko Street**
**Buffalo, NY 14212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.22 |
|---|---|---|---|

**St. Cabrini Nursing Home**
**115 Broadway**
**Dobbs Ferry, NY 10522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**St. Coleman's Home**
**11 Haswell Road**
**Watervliet, NY 12189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $381.60 |
|---|---|---|---|

**St. Francis HS R & P Oak Hill**
**3556 Lakeshore Road, Suite 620**
**Buffalo, NY 14219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478.56 |
|---|---|---|---|

**St. Johns County School District**
**Attn: Julie Ritter**
**40 Orange Street**
**Saint Augustine, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**St. Leo's Church**
**885 Sweet Home Road**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.63 |
|---|---|---|---|

**St. Mark R.C. Church**
**401 Woodward Avenue**
**Buffalo, NY 14214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**St. Vincent & DePaul Conference St. Amel**
Attn: Tom McQuillen
210 St. Amelia Drive
Tonawanda, NY 14150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,519.00 |
|---|---|---|---|

**Stafford Vol. Fire Dept.**
6153 Main Street
Stafford, NY 14143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $114.14 |
|---|---|---|---|

**Standard Supper Club**
Attn: Chris Stamatakos
1 Crossgates Mall Road
Albany, NY 12203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,207.99 |
|---|---|---|---|

**Star Mfg International Inc.**
PO Box 60151
Saint Louis, MO 63160-0151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,220.39 |
|---|---|---|---|

**Steelite International USA Inc.**
154 Keystone Drive
New Castle, PA 16105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**Stella Niagara Health**
4421 Lower River Road
Stella Niagara, NY 14144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $155.10 |
|---|---|---|---|

**Stella Niagara Personal Touch**
Attn: Heidi Ness
4421 Lower River Road
Stella Niagara, NY 14144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,955.48** |
| --- | --- | --- | --- |

**Sterno/Candle Lamp Company LLC**
Dept 3360
Los Angeles, CA 90084-3360

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,362.50** |
| --- | --- | --- | --- |

**Stoneridge Software LLC**
1320 1st Avenue N
Fargo, ND 58102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Structural Concepts**
Dept 077500
PO Box 77000
Detroit, MI 48277-0500

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,321.25** |
| --- | --- | --- | --- |

**Studio Labs LLC**
298 5th Avenue, 5th Floor
New York, NY 10001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.72** |
| --- | --- | --- | --- |

**Sub Delicious**
Attn: Tom Milani
15 Locust Street
Lockport, NY 14094

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,327.07** |
| --- | --- | --- | --- |

**Suburban Carting Co**
PO Box 844532
Boston, MA 02284-4532

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,523.30** |
| --- | --- | --- | --- |

**SUC Buffalo Campus House**
Buffalo State Campus House Club
Attn: Kathleen O'Brien
1300 Elmwood Avenue
Buffalo, NY 14222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.26 |
|---|---|---|---|

**Suncliff on the Lake**
**Attn: Brenda Shaw**
**6892 Lakeshore Road**
**Derby, NY 14047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $579.00 |
|---|---|---|---|

**Sunkist Growers Inc.**
**Attn: Rosemarie Rupp**
**5818 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.26 |
|---|---|---|---|

**Sunny's Drive-In**
**5780 S Transit**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**SUNY Buffalo Child Care Ctr.**
**3435 Main Street**
**Buffalo, NY 14214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Superior Mfg Group Inc.**
**PO Box 310553**
**Des Moines, IA 50331-0553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,509.21 |
|---|---|---|---|

**Susan K Bedard**
**36750 US Hwy 19N**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315,051.20 |
|---|---|---|---|

**Susan K. Bedard**
**36750 US Hwy 19N**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,771.20 |
|---|---|---|---|

**Swiss Culinary Equipment**
**9F Dundas Circle**
**Greensboro, NC 27407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,239.74 |
|---|---|---|---|

**Syracuse China**
**Attn: Jennifer L. Mall**
**PO Box 93864**
**Chicago, IL 60673-3864**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,878.88 |
|---|---|---|---|

**T & S Brass and Bronze Inc.**
**Attn: Rita Blhm**
**PO Box 601161**
**Charlotte, NC 28260-1161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218.59 |
|---|---|---|---|

**T G I Fridays Walden**
**1746 Walden Avenue**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,938.50 |
|---|---|---|---|

**Table Topics/Division of Harbor Furn.**
**27418 US Highway 98 East**
**PO Box 340**
**Elberta, AL 36530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,765.66 |
|---|---|---|---|

**Tablecraft Products Co Inc.**
**Attn: Diane Dolan**
**PO Box 7691**
**Carol Stream, IL 60197-7691**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $89.18 |
|---|---|---|---|

**TAJ Grill**
**Attn: Sabi Jatinder**
**2290 Delaware Avenue**
**Buffalo, NY 14216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,   Doc 1,   Filed 06/26/20,   Entered 06/26/20 11:48:35,
Description: Main Document , Page 135 of 272

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19.48 |
|---|---|---|---|

**Tappo**
338 Ellicott Street
Buffalo, NY 14202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,363.64 |
|---|---|---|---|

**Tappo Pizza**
Attn: Rocco Temini
391 Washington Street
Buffalo, NY 14203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $326.47 |
|---|---|---|---|

**Tartinery**
Attn: Amandine Pernin
90 Park Avenue
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $142.56 |
|---|---|---|---|

**Tavern at Gibbs**
Attn: Daniel Horvath
58 University Avenue
Rochester, NY 14605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|---|

**TD Marketing Co Inc.**
84 Mayfield Avenue
Edison, NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,772.90 |
|---|---|---|---|

**Tech24 Commercial Foodservice Repair Inc**
C/O Fifth Third Bank
PO Box 638959
Cincinnati, OH 45263-8959

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $174.00 |
|---|---|---|---|

**Templeton Landing**
Attn: Carolyn Kimbrough
2 Templeton Terrace
Buffalo, NY 14202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $85.47 |
|---|---|---|---|

**Ten Strawberry Street**
3837 Monaco Parkway
Denver, CO 80207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $487.68 |
|---|---|---|---|

**Terminix Processing Center**
PO Box 742592
Cincinnati, OH 45274-2592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $238.24 |
|---|---|---|---|

**Terrace Club**
Attn: Mirian Mueller
25 West 51st Street - 7th Floor
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $939.60 |
|---|---|---|---|

**Thai by Night**
Attn: John Guattery
123 South Main Street
Canandaigua, NY 14424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $210.21 |
|---|---|---|---|

**The Angry Goat**
Attn: Josh Kolstad
938 S Clinton Ave
Rochester, NY 14620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $70.76 |
|---|---|---|---|

**The Chocolate Bar**
Attn: Bill Panzica
114 Chippewa Street
Buffalo, NY 14202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $56,699.95 |
|---|---|---|---|

**The Hartford**
PO Box 660916
Dallas, TX 75266-0916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

**The Jake**
**Attn: Scott Leary**
**3020 Delaware Avenue**
**Buffalo, NY 14217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,023.08 |
|---|---|---|---|

**The Last Beet**
**Attn: Gustavo Gomez**
**435 3rd Street**
**Niagara Falls, NY 14301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $256.28 |
|---|---|---|---|

**The Owl House**
**Attn: Jeff Ching**
**75 Marshall Street**
**Rochester, NY 14607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.68 |
|---|---|---|---|

**The Paul Revere Life Insurance**
**PO Box 903**
**Columbia, SC 29202-0903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $633.84 |
|---|---|---|---|

**The Place Restaurant**
**229 Lexington**
**Buffalo, NY 14222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |
|---|---|---|---|

**The Prentice Family Foundation**
**Attn: Bryant H. Prentice III**
**1805 Osceola Street**
**Jacksonville, FL 32204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $535.77 |
|---|---|---|---|

**The River Road House**
**Attn: Shannon Magnano**
**1543 South Kelley Road**
**Schenectady, NY 12306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,584.57** |
|---|---|---|---|
| | **Thermalrite** | ☐ Contingent | |
| | **15600 37th Avenue, N Suite 100** | ☐ Unliquidated | |
| | **Minneapolis, MN 55446** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$512.57** |
|---|---|---|---|
| | **Thermohauser of America Inc.** | ☐ Contingent | |
| | **Attn: Lee Chenard** | ☐ Unliquidated | |
| | **135 Schofield Avenue** | ☐ Disputed | |
| | **Dudley, MA 01571** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.40** |
|---|---|---|---|
| | **Thirsty Turtle Sports Bar** | ☐ Contingent | |
| | **Attn: Theodore Rund Sr.** | ☐ Unliquidated | |
| | **7422 Victor Pittsford Road** | ☐ Disputed | |
| | **Victor, NY 14564** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.85** |
|---|---|---|---|
| | **Tim Horton Donuts Main Acct** | ☐ Contingent | |
| | **Attn: Bryan Clark** | ☐ Unliquidated | |
| | **443 South Cayuga Road** | ☐ Disputed | |
| | **Buffalo, NY 14221** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.21** |
|---|---|---|---|
| | **Tim Horton Donuts Sweethome** | ☐ Contingent | |
| | **Attn: David Beaton** | ☐ Unliquidated | |
| | **1950 Sweet Home Road** | ☐ Disputed | |
| | **Buffalo, NY 14228** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.46** |
|---|---|---|---|
| | **Tim Horton's - McKay Hospitality LLC** | ☐ Contingent | |
| | **Attn: Susie Rentschler** | ☐ Unliquidated | |
| | **625 Panorama Trail, Bldg 2** | ☐ Disputed | |
| | **Suite 2130** | | |
| | **Rochester, NY 14625** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.74** |
|---|---|---|---|
| | **Timber Creek Tavern** | ☐ Contingent | |
| | **Attn: Ron Mitchell** | ☐ Unliquidated | |
| | **17 S Main Street** | ☐ Disputed | |
| | **Manchester, NY 14504** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $489.94 |
|---|---|---|---|

**Time Warner Cable**
Box 223085
Pittsburgh, PA 15251-2085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,353.05 |
|---|---|---|---|

**Time Warner Cable PA**
PO Box 223085
Pittsburgh, PA 15251-2085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,584.02 |
|---|---|---|---|

**TMI International LLC**
PO Box 775442
Chicago, IL 60677-5442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $525.39 |
|---|---|---|---|

**TMP Company Inc. (TAFCO)**
P.O. Box 269
Graham Street
Hyde, PA 16843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $105.57 |
|---|---|---|---|

**Tony D's**
Attn: Jay Speranza
288 Exchange Street
Rochester, NY 14608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TopShelf Management, LLC**
79 Perry Street, Suite 400
Buffalo, NY 14203

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $880.34 |
|---|---|---|---|

**Torres Landscaping**
PO Box 305
White Plains, NY 10605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
| --- | --- | --- | --- |
| | **Total Food Service**<br>**PO Box 2507**<br>**Greenwich, CT 06836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118.32** |
| --- | --- | --- | --- |
| | **Toutant**<br>**Attn: James Roberts**<br>**437 Ellicott St.**<br>**Buffalo, NY 14203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
| --- | --- | --- | --- |
| | **Town Clerk of the Town of Amherst**<br>**5583 Main Street**<br>**Buffalo, NY 14221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72.28** |
| --- | --- | --- | --- |
| | **Town Food Service Equip Co Inc.**<br>**72 Beadel Street**<br>**Brooklyn, NY 11222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.08** |
| --- | --- | --- | --- |
| | **Town of Henrietta**<br>**Office of Building & Fire Prevention**<br>**475 Calkins Road**<br>**Henrietta, NY 14467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$216.31** |
| --- | --- | --- | --- |
| | **Towne Housing LLC**<br>**1128 Oliver Street**<br>**North Tonawanda, NY 14120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$311.04** |
| --- | --- | --- | --- |
| | **Trata Restaurant Rochester**<br>**16 N Main Street**<br>**Pittsford, NY 14534** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$294.56** |
|---|---|---|---|

**Treasurer Commonwealth of Virginia**
**DGS Fiscal Services**
**PO Box 562**
**Richmond, VA 23218-0562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,442.26** |
|---|---|---|---|

**Tri-Metro Inc./AEP**
**P.O. Box 1388**
**New York, NY 10025-1388**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$768.91** |
|---|---|---|---|

**Trinity Health**
**Attn: Customer Service**
**PO Box 7052**
**Troy, MI 48007-7052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49.62** |
|---|---|---|---|

**Trinity Health Corporation**
**AP Service Center**
**PO Box 7052**
**Troy, MI 48007-7052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,299.06** |
|---|---|---|---|

**Trinity Health East**
**Attn: Jennifer Kern**
**PO Box 7007**
**Troy, MI 48007-7052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**True Manufacturing Company, Inc.**
**Attn: Pam Waymire**
**Department 456139**
**PO Box 790100**
**Saint Louis, MO 63179-0100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,991.40** |
|---|---|---|---|

**TUCS Equipment**
**755 Old County Road 18 South**
**Princeton, MN 55371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $43,820.86 |
|---|---|---|---|

**Turbo Air Inc.**
**Attn: German Knife**
**4184 E. Conant Street**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,117.59 |
|---|---|---|---|

**Turgla**
**GTG Trading Group LLC**
**5220 Sunnyside Avenue**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,889.00 |
|---|---|---|---|

**Twin Distric Fire Company**
**PO Box 406**
**4999 William Street**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,663.59 |
|---|---|---|---|

**Ultimate Textile**
**18 Market Street**
**Paterson, NJ 07501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**UNBXD Inc.**
**951 Mariners Island, Suite 200**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $107.64 |
|---|---|---|---|

**Unified Beerworks**
**Attn: Erika Anderson**
**7 Stonebreak Road, Suite 4**
**Ballston Spa, NY 12020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,468.11 |
|---|---|---|---|

**Unifirst Corporation**
**3999 Jeffrey Blvd**
**Buffalo, NY 14219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 143 of 272

**3.867**

Nonpriority creditor's name and mailing address

**Union Club of the City of NY**
**Attn: Betsy Adames**
**101 East 69th Street**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$108.34**

---

**3.868**

Nonpriority creditor's name and mailing address

**Unisource Food Equipment**
**Bakingology Inc.**
**Attn: Ron Mondello**
**56 Rockland Drive**
**Jericho, NY 11753**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.869**

Nonpriority creditor's name and mailing address

**United Business Systems**
**316 Seneca Street**
**Buffalo, NY 14204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$772.88**

---

**3.870**

Nonpriority creditor's name and mailing address

**United Parcel Service**
**PO Box 7247-0244**
**Philadelphia, PA 19170-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,069.71**

---

**3.871**

Nonpriority creditor's name and mailing address

**University of Rochester**
**Accounts Payable - Brooks Lndng**
**Attn: Cameron Schauf**
**720 Library Road**
**Rochester, NY 14627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$255.00**

---

**3.872**

Nonpriority creditor's name and mailing address

**Univex Corp.**
**Attn: Janet Chalmers**
**3 Old Rockingham Road**
**Salem, NH 03079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,188.40**

---

**3.873**

Nonpriority creditor's name and mailing address

**Unox Inc.**
**987 Airlie Parkway**
**Denver, NC 28037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,843.04**

---

Case 1-20-10846-CLB, Doc 1, Filed 06/26/20, Entered 06/26/20 11:48:35,
Description: Main Document , Page 144 of 272

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,078.76 |
|---|---|---|---|

**Update International**
**Focus Foodservice LLC**
**PO Box 205579**
**Dallas, TX 75320-5579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.77 |
|---|---|---|---|

**UPS Freight**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.25 |
|---|---|---|---|

**Upstate Food Equipt Marketing**
**Ken Levy Associates Inc.**
**Attn: Ken Levey**
**PO Box 600**
**Baldwinsville, NY 13027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**V W R International**
**Attn: Karen Spicer**
**PO Box 2158**
**Secaucus, NJ 07096-2158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $642.64 |
|---|---|---|---|

**Valley Community Assn**
**Attn: Peg Overdorf**
**93 Leddy Street**
**Buffalo, NY 14210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $342.48 |
|---|---|---|---|

**Valvoline Instant Oil Change**
**Buffalo Lube Associates LP**
**90 Earhart Drive, Suite 4**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.00 |
|---|---|---|---|

**Varma Enterprises Tim Hortons**
**Attn: Sania Carlyon**
**67 Mead Street**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 145 of 272

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.52 |
| --- | --- | --- | --- |
| | **Veriship**<br>**8880 Ward Parkway #300**<br>**Kansas City, MO 64114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.52 |
| --- | --- | --- | --- |
| | **Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212-5124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $941.86 |
| --- | --- | --- | --- |
| | **Verizon Wireless SVC LLC**<br>**PO Box 408**<br>**Newark, NJ 07101-0408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.60 |
| --- | --- | --- | --- |
| | **Veterans Admin Medical Ctr Canandaigua**<br>**Attn: Debbie Yurek**<br>**400 Fort Hill Avenue**<br>**Canandaigua, NY 14424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.26 |
| --- | --- | --- | --- |
| | **Via Forno Woodfired Pizza**<br>**Attn: AP Walter Cirillo**<br>**2 Garth Road**<br>**Scarsdale, NY 10583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,525.33 |
| --- | --- | --- | --- |
| | **Victorinox Swiss Army**<br>**PO Box 845362**<br>**Boston, MA 02284-5362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,358.83 |
| --- | --- | --- | --- |
| | **Victory Refrigeration**<br>**PO Box 602056**<br>**Charlotte, NC 28260-2056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.888**

**Nonpriority creditor's name and mailing address**

**Villa Barone Manor**
**737 Throgs Neck Expressway**
**Bronx, NY 10465**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$961.46**

---

**3.889**

**Nonpriority creditor's name and mailing address**

**Villa tuscan Grille**
**Attn: Armondo Cioccke**
**273 Duanesburg Road**
**Schenectady, NY 12306**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$769.08**

---

**3.890**

**Nonpriority creditor's name and mailing address**

**Village Bake Shoppe Direct Cap**
**Direct Capital Corp.**
**Attn: Rachell Mosner**
**155 Commerce Way**
**Portsmouth, NH 03801**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.891**

**Nonpriority creditor's name and mailing address**

**Villeroy & Boch Inc.**
**PO Box 1195**
**New York, NY 10268-1195**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,703.72**

---

**3.892**

**Nonpriority creditor's name and mailing address**

**Virginia A Bedard**
**5509 Thomas Road**
**Farmington, NY 14425**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$315,051.20**

---

**3.893**

**Nonpriority creditor's name and mailing address**

**Virginia Bedard**
**5509 Thomas Road**
**Farmington, NY 14425**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$11,509.21**

---

**3.894**

**Nonpriority creditor's name and mailing address**

**Vita Mix Corporation**
**PO Box 74512**
**Cleveland, OH 44194-4512**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15,646.17**

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,679.73 |
|---|---|---|---|

**Vitro Seating Products Inc.**
**201 Madison Street**
**Saint Louis, MO 63102-1329**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $645.21 |
|---|---|---|---|

**Vollrath Company LLC**
**Attn: Stephanie Cote**
**75 Remittance Drive Suite 3022**
**Chicago, IL 60675-3022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $95.48 |
|---|---|---|---|

**Volunteers of America**
**Attn: AP**
**214 Lake Avenue**
**Rochester, NY 14608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $105,227.67 |
|---|---|---|---|

**Vulcan Hart Corp**
**PO Box 3302**
**Carol Stream, IL 60132-3302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $653.02 |
|---|---|---|---|

**VWR International**
**Account #77750**
**Attn: Shahana Masood**
**PO Box 2158**
**Secaucus, NJ 07096-2158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**W & K Products**
**7 Lois Lane**
**Norfolk, MA 02056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,156.11 |
|---|---|---|---|

**Walco Stainless**
**PO Box 10527**
**Utica, NY 13503-1527**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 148 of 272

| | | | |
|---|---|---|---|
| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,256.29** |
| | **Waste Mgmt of New York LLC** | ☐ Contingent | |
| | **PO Box 13648** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101-3648** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$445.67** |
| | **Waste Mgmt of NY - Rochester** | ☐ Contingent | |
| | **PO Box 13648** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106.80** |
| | **Watermark Communities/Chili Parklands** | ☐ Contingent | |
| | **Attn: Dan Peck** | ☐ Unliquidated | |
| | **2000 Park Creek Lane** | ☐ Disputed | |
| | **Churchville, NY 14428** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,134.00** |
| | **Watermark Communities/Grand Vie** | ☐ Contingent | |
| | **Attn: Laura hebbs** | ☐ Unliquidated | |
| | **2140 Five Mile Line Road** | ☐ Disputed | |
| | **Penfield, NY 14526** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$582.34** |
| | **Watermark Communities/Victor Fairways** | ☐ Contingent | |
| | **Attn: Deborah Metzger** | ☐ Unliquidated | |
| | **681 High Street** | ☐ Disputed | |
| | **Victor, NY 14564** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99.96** |
| | **Webstaurantstore.com** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$494.82** |
| | **WEIL Gotshal Manges - Dining Rm** | ☐ Contingent | |
| | **Attn: Kevin Arbuckle** | ☐ Unliquidated | |
| | **767 Fifth Avenue** | ☐ Disputed | |
| | **25th Floor - Allison & Kevin** | | |
| | **New York, NY 10153** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,058.84 |
|---|---|---|---|

**Wells-Bloomfield Mfg**
PO Box 60151
Saint Louis, MO 63160-0151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Western New York Arena**
Attn: Eric McGuire
One Seymour H Knox III Plaza
Buffalo, NY 14203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Western New York Arena, LLC**
1 Seymour H Knox III Plaza
Buffalo, NY 14203

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $497.02 |
|---|---|---|---|

**Westex Manufacturing Co**
PO Box 6185
Nogales, AZ 85628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Westfair Communications Inc.**
701 Westchester Avenue, Suite 100J
West Harrison, NY 10604-3407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,660.00 |
|---|---|---|---|

**Will Enterpises**
5260 Powers Road
Orchard Park, NY 14127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.75 |
|---|---|---|---|

**Willow Group Ltd.**
Attn: Mary Mc Sweeney
34 Clinton Street
Batavia, NY 14020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.20** |
|-------|---|---|---|

**Willow Specialties**
**34 Clinton Street**
**Batavia, NY 14020-2821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|-------|---|---|---|

**Win Restaurant Supply**
**Attn: Ann**
**318 Lafayette Street**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,653.21** |
|-------|---|---|---|

**WIn-Holt Equipment**
**PO Box 75359**
**Chicago, IL 60675-5359**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|---|---|---|

**WINCO/DWL Industries Co.**
**65 Industrial Road**
**Lodi, NJ 07644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.43** |
|-------|---|---|---|

**Winfield Grill**
**Attn: Aldo Arbore**
**647 Winton Road North**
**Rochester, NY 14609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,311.66** |
|-------|---|---|---|

**Winmar Construction**
**Attn: Josh Eck**
**1010 Wisconsin Avenue**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312.08** |
|-------|---|---|---|

**Winston Industries**
**2345 Carton Drive**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,597.75** |
|---|---|---|---|

**Wisconsin Converting Inc.**
**1689 Morrow Street**
**Green Bay, WI 54302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186.08** |
|---|---|---|---|

**WMF Americas, Inc.**
**SEB Professional North America**
**15509 Red Hill Avenue, Suite 200**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,735.17** |
|---|---|---|---|

**Woods Oviatt Gilman LLP**
**1900 Main Place Tower**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,213.94** |
|---|---|---|---|

**Woodstone Corporation**
**Accounts Receivable**
**PO Box 74565**
**Cleveland, OH 44194-4565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,721.63** |
|---|---|---|---|

**World Tableware**
**Attn: Jennifer L. Mall**
**PO Box 93864**
**Chicago, IL 60673-3864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$213.56** |
|---|---|---|---|

**Wunder-Bar**
**Automatic Bar Controls Inc.**
**790 Eubanks Drive**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$392.00** |
|---|---|---|---|

**Wusthof - Trident of America**
**333 Wilson Avenue**
**Norwalk, CT 06854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,770.35** |
|---|---|---|---|

**WWRD US LLC**
**32501 Collection Drive**
**Chicago, IL 60693-0325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.24** |
|---|---|---|---|

**Yanco Melamine Inc.**
**1531B South Washington Avenue**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,258.00** |
|---|---|---|---|

**Young Lion Brewing Company**
**Attn: Jennifer Newman**
**24 Lakeshore Drive**
**Canandaigua, NY 14424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$367.20** |
|---|---|---|---|

**Youngstown Village Diner**
**Attn: John Pasquantino**
**425 Main**
**Youngstown, NY 14174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ZTS Commerce Drive LLC**
**ARK Wholesale LLC**
**1888 Niagara Falls Boulevard**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.85** |
|---|---|---|---|

**Zwilling J.A. Henckels**
**Church Street Station**
**P.O. Box 4523**
**New York, NY 10261-4523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|---|

**Zyliss USA Corp**
**DKB Household USA**
**PO Box 846781**
**Los Angeles, CA 90084-6781**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $         232,118.60 |
| **5b. Total claims from Part 2** | 5b.  **+** | $      10,873,343.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      11,105,462.24 |

Fill in this information to identify the case:

Debtor name **BHS Food Service Solutions, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Suite License and Ticket Purchase Agreement dated June 1, 2019** | |
| State the term remaining | **Buffalo Bills, LLC** |
| List the contract number of any government contract | **1 Bills Drive** **Orchard Park, NY 14127** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Month to Month tenant** | |
| State the term remaining | |
| List the contract number of any government contract | **Month to Month tenant** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Exclusive/Preferred Vendor Agreement dated June 26, 2019** | |
| State the term remaining | **Pegula Sports & Entertainment, LLC** |
| List the contract number of any government contract | **79 Perry Street, Suite 400** **Buffalo, NY 14203** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Exclusive/Preferred Vendor Agreement dated June 26, 2019.** | |
| State the term remaining | **TopShelf Management, LLC** |
| List the contract number of any government contract | **79 Perry Street, Suite 400** **Buffalo, NY 14203** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Suite License Agreement dated July 8, 2019.** | |
|---|---|---|---|
| | State the term remaining | | **Western New York Arena, LLC** |
| | List the contract number of any government contract | _____ | **1 Seymour H Knox III Plaza Buffalo, NY 14203** |

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 156 of 272

Debtor name    **BHS Food Service Solutions, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Buffalo Hotel Supply Company Inc.** | **375 Commerce Drive** <br> **Buffalo, NY 14228** | **Five Star Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Buffalo Hotel Supply Company Inc.** | **375 Commerce Drive** <br> **Buffalo, NY 14228** | **Cephas Capital Partners II, L.P.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Lorraine BHS Acquisition Inc.** | **760 Seneca Street** <br> **Suite 100** <br> **Buffalo, NY 14210** | **Five Star Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Lorraine BHS Acquisition Inc.** | **760 Seneca Street** <br> **Suite 100** <br> **Buffalo, NY 14210** | **Cephas Capital Partners II, L.P.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document , Page 157 of 272

Debtor name **BHS Food Service Solutions, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NEW YORK**

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**          **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$4,441,496.00** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$41,481,688.00** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$50,986,568.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**          **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **PLEASE SEE ATTACHED SCHEDULE** | | $1,609,729.69 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Cephas Capital Partners II, L.P.**<br>**11 Schoen Place, 8th Floor**<br>**Pittsford, NY 14534** | | $204,166.65 | |
| 4.2.  **Five Star Bank**<br>**Attn: Paul D. Keller**<br>**300 Spindrift Drive**<br>**Buffalo, NY 14221** | | $455,818.00 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Five Star Bank**<br>**300 Spindrift Drive**<br>**Buffalo, NY 14221** | **Accounts receivable** | **05/22/2020** | **$422,460,498.00** |
| **Five Star Bank**<br>**300 Spindrift Drive**<br>**Buffalo, NY 14221** | **Inventory and Equipment** | **04/15/2020** | **$3,677,269.19** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Notice of Acceleration of Rent Due to Tenant's Default, Lease Between Herlew LLC and BHS Foodservice Solutions, LLC** | notice of acceleration of rent due to tenant's default | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Gadsden Coffee Company Inc. v. HWeiss, a Division of BHS Foodservice Solutions LLC**<br>**CV-2020-900157** | | **Circuit Court of Etowah County, Alabam**<br>**801 Forrest Avenue #202**<br>**Gadsden, AL 35901** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Arbitration between Local 888, FCW and BHS Foodservice Solutions, LLC**<br>**01-20-0005-2190** | arbitration | **American Arbitration Association**<br>**120 Broadway, 21st Floor**<br>**New York, NY 10271** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Gregory Mirque - Wage Claim, Breach of Contract & WARN Claims - BFS Foodservice Solutions**<br>**N/A** | Wage claim, breach of contract and WARN claims. | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **PLEASE SEE ATTACHED SCHEDULE** | | | **$6,950.00** |
| | Recipients relationship to debtor | | | |

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lippes Mathias Wexler Friedman LLP**<br>**50 Fountain Plaza, Suite 1700**<br>**Buffalo, NY 14202-2216** | **Paid in cash for services rendered** | **03/24/2020** | **$14,906.00** |
| | Email or website address<br>**www.lippes.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Three Twenty-One Capital Partners**<br>**5950 Symphony Woods Road**<br>**Suite 200**<br>**Columbia, MD 21044** | **Paid in cash for services rendered** | **11/13/2019;**<br>**04/07/2020;**<br>**04/27/2020** | **$25,000.00** |
| | Email or website address<br>**www.321capital.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Lippes Mathias Wexler Friedman LLP**<br>**50 Fountain Plaza, Suite 1700**<br>**Buffalo, NY 14202** | **Paid in cash for services rendered** | **04/13/2020** | **$31,729.00** |
| | Email or website address<br>**www.lippes.com** | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.4. **Lippes Mathias Wexler Friedman LLP 50 Fountain Plaza, Suite 1700 Buffalo, NY 14202** | **Paid in cash for Chapter 7 services** | **06/03/2020** | **$10,000.00** |
| Email or website address **www.lippes.com** | | | |
| Who made the payment, if not debtor? **Lorraine BHS Acquisition Inc.** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **375 Commerce Drive Buffalo, NY 14228** | **10/2014 to 05/2020** |
| 14.2. **12 Labriolla Court Armonk, NY 10504** | **04/2017 to 05/2020** |
| 14.3. **500 Commerce Drive Buffalo, NY 14228** | **10/2014 to 02/2019** |
| 14.4. **900 Jefferson Drive, Bldg #2 Rochester, NY 14623** | **01/2016 to 04/2020** |
| 14.5. **800 Young Street Tonawanda, NY 14150** | **11/2018 to 04/2020** |
| 14.6. **2 Charles Blvd Buffalo, NY 14204** | **10/2014 to 02/2019** |

| Address | Dates of occupancy From-To |
|---|---|
| 14.7.   **P.O. Box 646 Buffalo, NY 14228** | **10/2014 to 05/2020** |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

  plans and designs for a buildout of food  service facilities

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Employer Services Corporation's 401(k) Retirement Plan** | EIN: |

   Has the plan been terminated?
   ☑ No
   ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Case 1-20-10846-CLB,    Doc 1,    Filed 06/26/20,    Entered 06/26/20 11:48:35,
Description: Main Document  , Page 164 of 272

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Freed Maxick**<br>**424 Main Street**<br>**Buffalo, NY 14202** | **FY2015 to FY2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Freed Maxick**<br>**424 Main Street**<br>**Buffalo, NY 14202** | **FY2015 to FY2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Freed Maxick**<br>**424 Main Street**<br>**Buffalo, NY 14202** | |
| 26c.2.  **Five Star Bank**<br>**Attn: Paul Keller**<br>**300 Spindrift Drive**<br>**Buffalo, NY 14221** | |
| 26c.3.  **James E. Kauderer, Jr., CFO**<br>**BHS Foodservice Solutions, LLC**<br>**375 Commerce Drive**<br>**Buffalo, NY 14228** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Five Star Bank**<br>**300 Spindrift Drive**<br>**Buffalo, NY 14221** |

| Name and address | | |
|---|---|---|
| 26d.2. | **Cephas Capital Partners**<br>**11 Schoen Place**<br>**Pittsford, NY 14534** | |
| 26d.3. | **Lorriane BHS Acquisition Inc.**<br>**760 Seneca Street**<br>**Buffalo, NY 14210** | |
| 26d.4. | **SDN Insurance Agency LLC**<br>**300 Spindrift Drive**<br>**Buffalo, NY 14221** | |
| 26d.5. | **Lawley Insurance (Lawley Service Inc.)**<br>**361 Delaware Avenue**<br>**Buffalo, NY 14202** | |
| 26d.6. | **Three Twenty-One Capital Partners**<br>**5950 Symphony Woods Road, Suite 200**<br>**Columbia, MD 21044** | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Henry Jacobi** | **05/2020** | **$1,609,489.38 (COST)** |
| | **Name and address of the person who has possession of inventory records**<br><br>**Paul Keller**<br>**Five Star Bank**<br>**300 Spindrift Drive**<br>**Buffalo, NY 14221** | | |
| 27.2. | **Darryll Popielarski** | **05/2020** | **$1,450,164.32 (COST)** |
| | **Name and address of the person who has possession of inventory records**<br><br>**Paul Keller**<br>**Five Star Bank**<br>**300 Spindrift Drive**<br>**Buffalo, NY 14221** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Maggio** | **760 Seneca Street, Suite 100**<br>**Buffalo, NY 14210** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sam Russo** | **760 Seneca Street, Suite 100**<br>**Buffalo, NY 14210** | **Director** | **0** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tony Rider** | **760 Seneca Street, Suite 100 Buffalo, NY 14210** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Justin Reich** | **760 Seneca Street, Suite 100 Buffalo, NY 14210** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Zak** | **250 Main Street Buffalo, NY 14202** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Drago** | **1 Travis Grove Pittsford, NY 14534** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Krol** | **2220 Hunters Hollow Lane Lake View, NY 14085** | **Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Devlin** | **28 Rosedale Avenue Hamburg, NY 14075** | **Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Kauderer** | **144 West Fillmore Avenue East Aurora, NY 14052** | **Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Membership Interest Unit Holders** | **SEE ATTACHED** | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Thomas Krol**<br>**2220 Hunters Hollow Lane**<br>**Lake View, NY 14085** | **$313,457.37** | **06/11/2019 to**<br>**06/10/2020** | **Salary; Chief**<br>**Executive Officer** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.2. | **Daniel Devlin**<br>**28 Rosedale Avenue**<br>**Hamburg, NY 14075** | **$230,611.91** | **06/11/2019 to**<br>**06/10/2020** | **Salary; Chief**<br>**Revenue Officer** |
| | Relationship to debtor<br>**Officer** | | | |
| 30.3. | **James E. Kauderer, Jr.**<br>**144 West Fillmore Avenue**<br>**East Aurora, NY 14052** | **$198,606.11** | **06/11/2019 to**<br>**06/10/2020** | **Salary; Chief**<br>**Financial Officer** |
| | Relationship to debtor<br>**Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 26, 2020**

**/s/ James E. Kauderer, Jr.**                    **James E. Kauderer, Jr.**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**BHS FOODSERVICE SOLUTIONS LLC**
**PART 2; SECTION 3: TRANSFERS BY POSTING DATE (PAST 90 DAYS)**

| Posting Date | Amount ($) | COUNTER-PARTY NAME | COUNTER-PARTY ADDRESS | REASON FOR PAYMENT/TRANSFER |
|---|---|---|---|---|
| 5/29/2020 | $19,757.45 | NY Sales & Use Tax Payable - May Payment | | SALES TAX |
| 5/29/2020 | $8,591.15 | NY Sales & Use Tax Payable - April Payment | | SALES TAX |
| 5/29/2020 | $43,770.00 | NY Sales & Use Tax Payable - March Payment | | SALES TAX |
| 5/28/2020 | $960.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 5/27/2020 | $70,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | SECURED DEBT |
| 5/27/2020 | $274.50 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 5/27/2020 | $0.02 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 5/27/2020 | $888.00 | PA Sales & Use Tax Payable | | SALES TAX |
| 5/27/2020 | $524.13 | CT Sales & Use Tax | | SALES TAX |
| 5/20/2020 | $100,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | SECURED DEBT |
| 5/19/2020 | $12,214.16 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | CREDIT CARD PAYMENT (AUTO) |
| 5/19/2020 | $80,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | SECURED DEBT |
| 5/19/2020 | $660.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 5/14/2020 | $50,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | SECURED DEBT |
| 5/12/2020 | $11,800.00 | TAGEX SALES LLC | 121 SULLYS TRAIL, SUITE 8, PITTSFORD, NY 14534 | SERVICE |
| 5/12/2020 | $840.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 5/11/2020 | $526.34 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 5/7/2020 | $30,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | SECURED DEBT |
| 5/5/2020 | $960.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 4/29/2020 | $65,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | SECURED DEBT |
| 4/28/2020 | $6,250.00 | THREE TWENTY ONE CAPITAL PARTNERS | 5950 SYMPHONY WOODS ROAD, COLUMBIA, MD 21044 | SERVICE |
| 4/28/2020 | $2,340.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 4/27/2020 | $23,600.00 | TAGEX SALES LLC | 121 SULLYS TRAIL, SUITE 8, PITTSFORD, NY 14534 | SERVICE |
| 4/27/2020 | $737.79 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 4/22/2020 | $1,809.80 | M & S MESSENGER SERVICES | P.O. Box 22, White Plains, NY 10602 | SERVICE |
| 4/22/2020 | $50,000.00 | LATHAM & WATKINS - JRM CONSTRUCTION | 242 W 36th St, New York, NY 10018 | GC DEPOSIT REFUND |
| 4/21/2020 | $29,500.00 | TAGEX SALES LLC | 121 SULLYS TRAIL, SUITE 8, PITTSFORD, NY 14534 | SERVICE |
| 4/21/2020 | $2,580.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 4/21/2020 | $5,623.30 | UNITED PARCEL SERVICE | P.O. Box 7247-0244, Philadelphia, PA 19170-0001 | SERVICE |
| 4/20/2020 | $57,338.50 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | CREDIT CARD PAYMENT (AUTO) |
| 4/20/2020 | $32.76 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 4/16/2020 | $14,918.26 | CROSS COUNTRY FS INSTALLERS | 1270 Firethorne Drive, Easton, PA 18045 | VENDOR |
| 4/16/2020 | $25,000.00 | BLEECKER STREET RESTAURANT - BLDG MGMT CO, INC | | GC DEPOSIT REFUND |
| 4/15/2020 | $5,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | CREDIT CARD PAYMENT (AUTO) |
| 4/15/2020 | $50,000.00 | BUFFALO CLUB | 388 Delaware Ave, Buffalo, NY 14202 | GC DEPOSIT REFUND |
| 4/15/2020 | $50,000.00 | TED'S HOT DOGS- TRANSIT REMODEL | 7018 Transit Rd, Buffalo, NY 14221 | GC DEPOSIT REFUND |
| 4/14/2020 | $420.64 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 4/14/2020 | $2,700.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 4/14/2020 | $10,531.75 | THE JACOBS INSTITUTE | 875 Ellicott St 5th floor, Buffalo, NY 14203 | GC DEPOSIT REFUND |
| 4/13/2020 | $7,212.50 | CROSS COUNTRY FS INSTALLERS | 1270 Firethorne Drive, Easton, PA 18045 | VENDOR |
| 4/13/2020 | $509.05 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 4/13/2020 | $4,097.00 | LOU GEHRIG LITTLE LEAGUE | 50 Dann Rd, East Amherst, NY 14051 | GC DEPOSIT REFUND |
| 4/10/2020 | $31,729.00 | LIPPES MATHIS WEXLER | 50 FOUNTAIN PLAZA, SUITE 1700, BUFFALO, NY 14202-2216 | SERVICE |
| 4/10/2020 | $6,250.00 | THREE TWENTY ONE CAPITAL PARTNERS | 5950 SYMPHONY WOODS ROAD, COLUMBIA, MD 21044 | SERVICE |
| 4/10/2020 | $3,283.54 | ROGERS-O'BRIEN CONSTRUCTION CO, LTD | 1901 Regal Row Dallas, TX 75235 | GC DEPOSIT REFUND |
| 4/10/2020 | $35,000.00 | WINMAR CONSTRUCTION | 1010 Wisconsin Ave NW # 150, Washington, DC 20007 | GC DEPOSIT REFUND |
| 4/9/2020 | $2,940.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 4/9/2020 | $50,000.00 | LATHAM & WATKINS - JRM CONSTRUCTION | 242 W 36th St, New York, NY 10018 | GC DEPOSIT REFUND |
| 4/8/2020 | $15,000.00 | TAGEX SALES LLC | 121 SULLYS TRAIL, SUITE 8, PITTSFORD, NY 14534 | SERVICE |
| 4/8/2020 | $1,206.96 | COBHAM MISSION SYSTEMS | 10 Cobham Dr, Orchard Park, NY 14127 | VENDOR |
| 4/6/2020 | $735.23 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 4/6/2020 | $2,714.48 | M & S MESSENGER SERVICES | P.O. Box 22, White Plains, NY 10602 | SERVICE |
| 4/6/2020 | $1,663.50 | M & S MESSENGER SERVICES | P.O. Box 22, White Plains, NY 10602 | SERVICE |
| 4/6/2020 | $1,142.00 | M & S MESSENGER SERVICES | P.O. Box 22, White Plains, NY 10602 | SERVICE |
| 4/6/2020 | $226.00 | M & S MESSENGER SERVICES | P.O. Box 22, White Plains, NY 10602 | SERVICE |
| 4/3/2020 | $1,241.78 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 4/3/2020 | $25,000.00 | WINMAR CONSTRUCTION | 1010 Wisconsin Ave NW # 150, Washington, DC 20007 | GC DEPOSIT REFUND |
| 4/2/2020 | $14,635.00 | HMS MECHANICAL REFRIG INC | P.O. Box 7415, Wantagh, NY 11793 | VENDOR |
| 4/2/2020 | $1,800.00 | CALIDAD KITCHEN INSTALLATION | 71 State Avenue, Wyandanch, NY 11798 | VENDOR |
| 4/2/2020 | $50,000.00 | LATHAM & WATKINS - JRM CONSTRUCTION | 242 W 36th St, New York, NY 10018 | GC DEPOSIT REFUND |
| 4/1/2020 | $2,460.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 3/30/2020 | $603.35 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 3/25/2020 | $3,060.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 3/25/2020 | $2,500.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | CREDIT CARD PAYMENT (AUTO) |
| 3/23/2020 | $25,000.00 | LIPPES MATHIS WEXLER | 50 FOUNTAIN PLAZA, SUITE 1700, BUFFALO, NY 14202-2216 | SERVICE |
| 3/23/2020 | $904.06 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 3/23/2020 | $368.40 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 3/23/2020 | $5,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | CREDIT CARD PAYMENT (AUTO) |
| 3/20/2020 | $10,206.76 | RYDER TRANSPORTATION SERVICES | P.O. Box 96723, Chicago, IL 60693 | VENDOR |
| 3/20/2020 | $100,000.00 | LATHAM & WATKINS - JRM CONSTRUCTION | 242 W 36th St, New York, NY 10018 | GC DEPOSIT REFUND |
| 3/18/2020 | $3,540.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 3/17/2020 | $25,000.00 | R3 REDISTRIBUTION | 12765 Collections Center Drive, Chicago, IL 60693 | VENDOR |
| 3/17/2020 | $14,286.00 | SPARKS TRAYCON LLC | 320 Industrial Road, P.O. Box 847, Adamsville, TN 38310 | VENDOR |
| 3/17/2020 | $12,222.00 | NATIONWIDE TEXTILES | P.O. Box 2370, Cinnaminson, NJ 08077 | VENDOR |
| 3/17/2020 | $10,000.00 | CROSS COUNTRY FS INSTALLERS | 1270 Firethorne Drive, Easton, PA 18045 | VENDOR |
| 3/17/2020 | $7,031.87 | THOMASTON MILLS INC | 99 Park Avenue, New York, NY 10016 | VENDOR |
| 3/17/2020 | $1,697.50 | INTRALIN CORPORATION | P.O. Box 62129, Baltimore, MD 21264-2129 | VENDOR |
| 3/17/2020 | $1,697.50 | INTRALIN CORPORATION | P.O. Box 62129, Baltimore, MD 21264-2129 | VENDOR |
| 3/17/2020 | $1,697.50 | INTRALIN CORPORATION | P.O. Box 62129, Baltimore, MD 21264-2129 | VENDOR |
| 3/17/2020 | $1,018.50 | INTRALIN CORPORATION | P.O. Box 62129, Baltimore, MD 21264-2129 | VENDOR |
| 3/17/2020 | $1,018.50 | INTRALIN CORPORATION | P.O. Box 62129, Baltimore, MD 21264-2129 | VENDOR |
| 3/17/2020 | $295.00 | INTRALIN CORPORATION | P.O. Box 62129, Baltimore, MD 21264-2129 | VENDOR |

| Date | Amount | Payee | Address | Type |
|---|---|---|---|---|
| 3/16/2020 | $10,800.00 | K & R INSTALLATIONS LLC | 15 Valley Road, Clifton, NJ 07013 | VENDOR |
| 3/16/2020 | $1,265.42 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 3/16/2020 | $610.17 | ALMEIDA OIL INC | P.O. Box 1053, Mt. Kisco, NY 10549 | SERVICE |
| 3/16/2020 | $5,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | CREDIT CARD PAYMENT (AUTO) |
| 3/16/2020 | $6,134.97 | KARI OUT COMPANY DBA FOR | 399 Knollwood Road, Suite 309, White Plains, NY 1060: | VENDOR |
| 3/13/2020 | $11,778.95 | CAPTIVE AIRE | P.O. Box 60270, Charlotte, NC 28260 | VENDOR |
| 3/13/2020 | $5,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | CREDIT CARD PAYMENT (AUTO) |
| 3/12/2020 | $10,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | CREDIT CARD PAYMENT (AUTO) |
| 3/12/2020 | $1,836.91 | B & G FOODSERVICE EQUIPMENT LLC | 60 Commerce Drive, Albany, NY 12206 | VENDOR |
| 3/12/2020 | $5,400.00 | K & R INSTALLATIONS LLC | 15 Valley Road, Clifton, NJ 07013 | VENDOR |
| 3/11/2020 | $31,857.00 | NOR-LAKE INC | 29804 Network Place, Chicago, IL 60673-1298 | VENDOR |
| 3/10/2020 | $5,000.00 | FIVE STAR BANK | 300 SPINDRIFT DRIVE, AMHERST, NY 14221 | CREDIT CARD PAYMENT (AUTO) |
| 3/10/2020 | $54,174.68 | B & G FOODSERVICE EQUIPMENT LLC | 60 Commerce Drive, Albany, NY 12206 | VENDOR |
| 3/10/2020 | $32,050.00 | BRENMAR INC. | 128 Radio Circle Drive, Mt. Kisco, NY 10549 | VENDOR |
| 3/10/2020 | $25,000.00 | MANITOWOC OVENS & ADVANCED | P.O. Box 8500-53268, Philadelphia, PA 19178-3268 | VENDOR |
| 3/10/2020 | $25,000.00 | R3 REDISTRIBUTION | 12765 Collections Center Drive, Chicago, IL 60693 | VENDOR |
| 3/10/2020 | $24,782.48 | HOSHIZAKI NORTHEASTERN INC | 40 Kenwood Circle, Unit 2, Franklin, MA 02038 | VENDOR |
| 3/10/2020 | $8,903.58 | UNITED PARCEL SERVICE | P.O. Box 7247-0244, Philadelphia, PA 19170-0001 | SERVICE |
| 3/10/2020 | $6,931.96 | KARI OUT COMPANY DBA FOR | 399 Knollwood Road, Suite 309, White Plains, NY 1060: | VENDOR |
| 3/10/2020 | $5,250.00 | CALIDAD KITCHEN INSTALLATION | 71 State Avenue, Wyandanch, NY 11798 | VENDOR |
| 3/10/2020 | $3,360.00 | CFOSOLUTIONSPLUS LLC | 45 Bryant Woods North, Amherst, NY 14228 | SERVICE |
| 3/10/2020 | $2,101.37 | NOCO NATURAL GAS LLC | 2440 Sheridan Drive, Tonowanda, NY 14150 | SERVICE |
| 3/10/2020 | $1,923.27 | NOCO NATURAL GAS LLC | 2440 Sheridan Drive, Tonowanda, NY 14150 | SERVICE |
| 3/10/2020 | $1,762.51 | NOCO NATURAL GAS LLC | 2440 Sheridan Drive, Tonowanda, NY 14150 | SERVICE |
| 3/10/2020 | $813.01 | NOCO NATURAL GAS LLC | 2440 Sheridan Drive, Tonowanda, NY 14150 | SERVICE |
| 3/10/2020 | $676.33 | NOCO NATURAL GAS LLC | 2440 Sheridan Drive, Tonowanda, NY 14150 | SERVICE |
| 3/10/2020 | $38.84 | NOCO NATURAL GAS LLC | 2440 Sheridan Drive, Tonowanda, NY 14150 | SERVICE |
| 3/10/2020 | ($22.75) | NOCO NATURAL GAS LLC | 2440 Sheridan Drive, Tonowanda, NY 14150 | SERVICE |
| 3/10/2020 | $1,160.96 | UNITED PARCEL SERVICE | P.O. Box 7247-0244, Philadelphia, PA 19170-0001 | SERVICE |

# BHS FOODSERVICE SOLUTIONS LLC
## PART4: CHARITABLE DONATIONS (AS DEFINED)

| FISCAL YEAR 2020 | | |
|---|---|---|
| **Posting Date** | **Description** | **Amount** |
| | N/A | |
| | **FY2020 TOTAL** | **$0.00** |

| FISCAL YEAR 2019 | | |
|---|---|---|
| **Posting Date** | **Description** | **Amount** |
| 2/15/2019 | jweiss turner construction sponsorship | $1,250.00 |
| 4/16/2019 | ALBRIGHT KNOX ART GALLERY DONATION | $2,500.00 |
| 5/16/2019 | PATH RICH PRODUCTS DONATION | $1,200.00 |
| 12/18/2019 | AJC DONATION H WEISS | $1,000.00 |
| | **FY2019 TOTAL** | **$5,950.00** |

| FISCAL YEAR 2018 | | |
|---|---|---|
| **Posting Date** | **Description** | **Amount** |
| 7/31/2018 | Local 888 Walkathon sponsorship | $1,000.00 |
| | **FY2018 TOTAL** | **$1,000.00** |

| Member | Class A Preferred % Interest | Class B Preferred % Interest | Class C Preferred % Interest | Common % Interest |
|---|---|---|---|---|
| Gary Brost | 3.3898% | | 15.38% | 2.1853% |
| Brant H. Prentice, II Revocable Trust | 44.0678% | | 0.00% | 36.5987% |
| David Cohen | 1.6949% | | 0.00% | 1.4076% |
| LC 591 LLC | | 100% | 0.00% | 16.9492% |
| The Prentice Family Foundation | 23.7288% | | 0.00% | 19.7070% |
| Fatta Enterprises, LLC | 3.3898% | | 15.38% | 2.8153% |
| Richard Gioia | 3.3989% | | 15.38% | 2.8153% |
| Marc McCabe | | | 30.77% | 0.0000% |
| Dan Mendez | | | 15.38% | 0.0000% |
| Eric Reich | 6.7797% | | 0.00% | 5.6306% |
| Daniel A. Sperrazza | 1.6949% | | 0.00% | 1.4076% |
| Michael Wamp | 3.3898% | | 0.00% | 2.8153% |
| Michael Weisman Living Trust | 6.7797% | | 0.00% | 5.6306% |
| David M. Zebro | 1.6949% | | 7.69% | 1.4076% |
| **Totals** | **100%** | **100%** | **100%** | **100%** |

# United States Bankruptcy Court
## Western District of New York

In re **BHS Food Service Solutions, LLC**      Case No. _____

Debtor(s)      Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **10,000.00** |
| Prior to the filing of this statement I have received | $ **10,000.00** |
| Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Lorraine BHS Acquisition, Inc.**

3. The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 26, 2020**
_____
*Date*

/s/ Raymond L. Fink
**Raymond L. Fink**
*Signature of Attorney*
**Lippes Mathias Wexler Friedman LLP**
**50 Fountain Plaza**
**Suite 1700**
**Buffalo, NY 14202**
**716-853-5100  Fax: 716-853-5199**
**rfink@lippes.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of New York

In re    **BHS Food Service Solutions, LLC**                           Case No. _____

                                                    Debtor(s)         Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 26, 2020**                          **/s/ James E. Kauderer, Jr.**

                                                       **James E. Kauderer, Jr./CFO**
                                                       Signer/Title

123 Delivery Services Inc.
PO Box 1927
Buffalo, NY 14231


15 Church
Attn: Paul McCullough
PO Box 818
Saratoga Springs, NY 12866


251 East Main Street LLC
Village Social Kitchen and bar
Attn: Kristen Acquaviva
251 East Main Street
Mount Kisco, NY 10549


273 Kitchen
273 Halstead Avenue
Harrison, NY 10528


3M
P.O. Box 371227
Pittsburgh, PA 15250-7227


4A KIDS LLC (DBA PINE RESTAURANT)
1913 Bronxdale Avenue
Bronx, NY 10462


8 North Broadway LLC
d/b/a 8 North Broadway
8 North Broadway
Nyack, NY 10960


80 W Bar & Grill
Attn: Mark Sixiec
7 Lawrence Street
Rochester, NY 14618


800 Young Street LLC
1200 State Fair Boulevard
Syracuse, NY 13209


95 Nutrition
Attn: Carmelo Cruz
2488 Grand Island Blvd.
Grand Island, NY 14072

A J Antunes and Company
28262 Network Place
Chicago, IL 60673-1282


A S R Electrical Contracting
207 Newtown Road
Plainview, NY 11803


A&A Line & Wire Corp.
29 Liberty Street
Passaic, NJ 07055


Accutemp Products Inc.
PO Box 10090
Fort Wayne, IN 46850


Acosta Sales & Marketing
PO Box 551137
Jacksonville, FL 32255-1137


Action Commercial Service Inc.
45 South Fagan Avenue
Schenectady, NY 12304


Adande Refrigeration Inc.
1001 Alanis Drive, Suite 110
Wylie, TX 75098


Admiral Craft Equip Corp.
Attn: Accounts Receivable
800 Shames Drive
Westbury, NY 11590


Advance Tabco
200 Heartland Boulevard
Brentwood, NY 11717-8380


Advanced Technology Recycling
902 N Hazel Street
PO Box 75
Pontiac, IL 61764

AEROWERKS Inc.
6625 Millcreek Drive
Mississauga, Ontario L5N 5M4
Canada


Alarm Specialist, Inc.
PO Box 350
White Plains, NY 10605


Albany Country Club
300 Wormer Road
Voorheesville, NY 12186


Alegacy Foodservice Products Group Inc.
12683 Corral Place
Santa Fe Springs, CA 90670


Alexemy Inc.
P.O. Box 133
Haworth, NJ 07641


All Night Eggplant
Attn: Rick Coheld
5781 Bridge Street
East Syracuse, NY 13057


All Service Kitchen Equip Corp.
10 Charles Street
P.O. Box 310
New Hyde Park, NY 11040


All Weld Products Corp.
102 Fairview Park Drive
Elmsford, NY 10523


Allied Buying Corporation
Attn: Sheila Devaney
200 W 22nd Street, Suite 240
Lombard, IL 60148


Allied Metal Spinning Corp.
1290 Viele Avenue
Bronx, NY 10474

Allpoints Foodservice
Parts & Supplies
Attn: Sharon Montrose
PO Box 74007307
Chicago, IL 60674-7307


Allstate Fire Equipment
70 Robert Jackson Way
Plainville, CT 06062


Almeida Oil Inc.
PO Box 1053
Mount Kisco, NY 10549


Alpro Service Co.
56-10 Grand Avenue
Maspeth, NY 11378


Alto Shaam Inc.
Attn: Vivian Wagner
Department 7028
Carol Stream, IL 60122-7028


American Arbitration Association
120 Broadway, 21st Floor
New York, NY 10271


American Culinary Federation
PO Box 1953
Buffalo, NY 14231


American Dish Service
900 Blake Street
Kansas City, KS 66111


American Draft Systems LLC
45 Columbia Avenue
Thornwood, NY 10594


American Hotel Register Co.
Attn: Raye Martineau
PO Box 206720
Dallas, TX 75320-6720

American Legion Altamont #977
988 Altamont Blvd
PO Box 461
Altamont, NY 12009


American Legion Post #1587
Attn: Rodney Keyes
12897, Route 438
Irving, NY 14081


American Legion Post 0283, Harrison Lee
Attn: Ray Henry
3850 Federal Road
PO Box 214
Livonia, NY 14487


American Metalcraft
PO Box 6244
Carol Stream, IL 60197-6244


American Metalware
Grindmaster Corporation
3149 Solutions Center
Chicago, IL 60677-3001


American Steamship Co.
Attn: Christina Visgar
500 Essjay
Buffalo, NY 14221


Amherst Ale House
Attn: John Bona
55 C55 Cross Point Pkwy
Getzville, NY 14068-1615


Amherst Senior Center
Attn: Mirelle Schapiro
370 John James
Buffalo, NY 14228-1142


Anchor Hocking Corporation
Anchor Acquisition LLC
2630 Reliable Parkway
Chicago, IL 60686

Andy's Sunrise Diner
8550 Sheridan Drive
Buffalo, NY 14221


Appliance Assoc of Buffalo Inc.
200 Amherst Street
Buffalo, NY 14207


APW Wyott
PO Box 841466
Dallas, TX 75284-1466


AQR Capital - AP Construction
Attn: Dimitri Seferidis
707 Summer Street, 3rd Floor
Stamford, CT 06901


Aramark Citibank
540 Crosspointe Parkway
Getzville, NY 14068


Aratmus Restaurant Equipment
Attn: Michael Elias
1201 Astoria Blvd.
Astoria, NY 11102


ARC of Monroe County
Attn: Heidy May
PO Box 23438
Rochester, NY 14692


ARC Wayne County
Attn: Chris Ball
150 Van Buren Street
Newark, NY 14513


ARCBest
Attn: Revenue Accounting
PO Box 10048
Fort Smith, AR 72917-0048


Arcobaleno, LLC
160 Greenfield Road
Lancaster, PA 17601

Arctic Industries
Attn: Sales Dept.
9731 N W 114th Way
Miami, FL 33178


Arrowhead Golf Club
Attn Josh, General Manager
12292 Clarence Center
Akron, NY 14001


ARY Inc.
PO Box 776933
Chicago, IL 60677-6933


ASAP Commercial Remodeling Inc.
1601 W. New York Avenue
Deland, FL 32720


Asbury Pointe
Attn: Dan Jelonek
50 Stahl Road at North Forest
Getzville, NY 14068


Aspire UCP
Attn: Procurement
2356 N Forest Road
Getzville, NY 14068


AT & T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Atlantic Mills Inc.
1 Market Street
Passaic, NJ 07055


Atlas Metal Industries Inc.
Attn: Maria Iturrioz
1135 NW 159th Drive
Miami, FL 33169


Audubon North
Attn: Scott
3050 Sweet Home Road
Buffalo, NY 14228

Avila Retirement Community
Attn: Ryan Quillinan
100 White Pines Drive
Albany, NY 12203


B & G Foodservice Equipment LLC
60 Commerce Avenue
Albany, NY 12206


B&E Commercial Cleaning LLC
Attn: Carneisha Henry
125 Baneberry Way
Hilton, NY 14468


B.S.E. Marketing (ICE)
C/O ICE-O-MATIC
116 South 6th Street
New Hyde Park, NY 11040-4849


Bachelor Forum
670 University Avenue
Rochester, NY 14607


Baker Victory Services
c/o Joyce Mariarz
150 Martin Road
Buffalo, NY 14218


Bakers Pride
PO Box 841466
Dallas, TX 75284-1466


Bally Refrigerated Box
135 Little Nine Drive
Morehead City, NC 28557


Bar Maid Corporation
Attn: Tammie Rice
2950 NW 22nd Terrace
Pompano Beach, FL 33069


Barrister's Mt Vernon LLC
Attn: John Whitejohn
750 South avenue
Rochester, NY 14620

Batavia Restaurant Supply
Attn: Nate Charvella
301 West Main Street
Batavia, NY 14020


Bauscher USA
PO Box 80847
Raleigh, NC 27623-0847


Baxter Mfg Co. Inc.
Hobart Food Equipment Group
PO Box 3563
Carol Stream, IL 60132-3563


Bayside Pub
279 Lake Road
Webster, NY 14580


Bemus Point Inn Inc.
Attn: Dave Miller
4958 Main Street
PO Box 221
Bemus Point, NY 14712


Ben & Jerrys Food court
Attn: John Breier
9585 B Clarence Center Road
Clarence Center, NY 14032


Benfield Electric Supply Co Inc.
240 Washington Street
Mount Vernon, NY 10553


Berk Enterprise, Inc. (Berkley SQ)
PO Box 2187
Warren, OH 44484


Berner International Corp.
Attn: Tim White
PO Box 780717
Philadelphia, PA 19178-0717


Best Mfg Inc.
PO Box 20091
Portland, OR 97294

Beverage Air
PO Box 602056
Charlotte, NC 28260-2056


Big Ditch Brewing Co.
55 East Huron Street
Buffalo, NY 14203


Bison City Rod & gun
Attn: Roland Kennedy
511 Ohio Street
Buffalo, NY 14220


Bizerba USA Inc.
PO Box 826704
Philadelphia, PA 19182-6704


BK Resources
35365 Eagle Way
Chicago, IL 60678-1353


Black Dots
Attn: Joshua Smith
368 Grant Street
Buffalo, NY 14213


Blodgett
2511 Payshere Circle
Chicago, IL 60674


Bloomfield
P.O. Box 91493
Chicago, IL 60693


Blue Rose Bakery
Attn: Jerry Menagias
1801 State Street
Schenectady, NY 12304


Bobrick Washroom Eqp Inc.
Attn: Vicki Anzo
6901 Tujunga Avenue
North Hollywood, CA 91605-5882

BOCES-ERIE 2
Chautauqua-Cattaraugus
8685 Erie Road
Angola, NY 14006


Bombers Burrito Albany
258 Lark Street
Albany, NY 12210


Bountiful Bread
Attn: Amanda Martin
1475 Western Avenue
Albany, NY 12203


Branca Midtown
Attn: Chelsea Felton
280 East Broad Street
Rochester, NY 14604


Brass Horn
Attn: Richard Yozzo
17 Lawrence Street
Mount Kisco, NY 10549


Bravo Messinger Service
5-11 Saddle River Road
Fair Lawn, NJ 07410


Breadhive Corp.
Attn: Emily Stewart
123 Baynes Street
Buffalo, NY 14213


Brenmar Inc.
DBA Bazzano Appliance Repair
128 Radio Circle Drive
Mount Kisco, NY 10549


Brennan's
4401 Transit Road
Buffalo, NY 14221

Brian Boru of Westchester, Inc.
DBA: Empire City Casino
Attn: Mohamed Hafizur
810 Yonkers Avenue
Yonkers, NY 10704


Bristol Mountain
5662 Route 64 Road #3
Canandaigua, NY 14424


Broadway Sports Center
Attn: Don Bock
3500 Broadway
Buffalo, NY 14227


Brompton Heights
275 Brompton Road
Buffalo, NY 14221


Brosh Mechanical Incorporated
7702 Maltiage Drive
Liverpool, NY 13090


Brothers International Food Corp.
Attn: Josh Preston
1175 Lexington Avenue
Rochester, NY 14606


Browne Foodservice
Attn: Karen Redvanly
1122 US Route 22, Suite 203
Mountainside, NJ 07092


Bryant H. Prentice, III Revocable Trust
c/o Bariatric Investors LLC
1961 Wehrle Drive, Suite 5
Buffalo, NY 14221


Buffal City Mission (E Tupper St)
Attn: Matt Brown
100 E Tupper Street
Buffalo, NY 14203

Buffalo Bills
Attn: Debbie
One Bills Drive
Orchard Park, NY 14127


Buffalo Bills, LLC
1 Bills Drive
Orchard Park, NY 14127


Buffalo Bisons
Attn: Rob Free
1 James Griffin Plaza
Buffalo, NY 14203


Buffalo Expert Service Technicians Inc.
Attn: Charles Kotarski
3003 Genesee Street
Buffalo, NY 14225


Buffalo Hospital Supply
4039 Genessee Street
Buffalo, NY 14225


Buffalo Hotel Supply Company Inc.
375 Commerce Drive
Buffalo, NY 14228


Buffalo Launch Club
503 E River Road
Grand Island, NY 14072


Buffalo Lodging Associates
Niagara Square Station
Attn: Jag Garces
PO Box 480
Buffalo, NY 14201-0480


Buffalo Material Handling Corp.
125 Taylor Drive
Depew, NY 14043


Buffalo Party Rental
1999 William Street
Buffalo, NY 14206

Bunn O Matic Corp.
24315 Network Place
Chicago, IL 60673-7000


Burke Rehabilitation Center
The Winifred Materson Burke
Attn: Dona Rumeny
785 Mamaroneck Avenue
White Plains, NY 10605


Burlodge USA Inc.
PO Box 603430
Charlotte, NC 28260-3430


Butcher Block Restaurant
Attn: Kevin Kilkeary
15 Booth Dr
Plattsburgh, NY 12901


Butte County School District
Attn: Carolyn Blatter
PO Box
Arco, ID 83213


C D P C Unit P
Attn: Kathryn Garibaldi
75 New Scotland Avenue
Albany, NY 12208


C. Nelson Manufacturing Inc.
265 N Lake Winds Parkway
Oak Harbor, OH 43449


Cablevision Lightpath, Inc.
PO Box 360111
Pittsburgh, PA 15251-6111


CAC Global Inc.
30 Campton Road
Maplewood, NJ 07040


Cactus MAT Manufacturing Co.
930 West Tenth Street
Azusa, CA 91702

Caddy Corp of America
Attn: Tony Losito, Credit Manager
PO Box 345
Bridgeport, NJ 08014-0345


Cake Crazy Bakery
Attn: Shetice Williams
2525 William Street
Buffalo, NY 14206


Cal-Mil Plastic Products Inc.
Attn: Customer Service
PO Box 511422
Los Angeles, CA 90051-7977


Calabresella's Avon
Attn: Dominic Mammoliti
2781 Lakeville Road
Avon, NY 14414


Calabria Restaurant & Pizza
Attn: Joe Ottaiano
588 S. Livingston Avenue
Livingston, NJ 07039


Calidad Kitchen Installation
71 State Avenue
Wyandanch, NY 11798


Calspan
4455 Genesee Street
Buffalo, NY 14225


Cambo Manufacuring
PO Box 2000
Huntington Beach, CA 92647


Candle Artisans Inc.
P.O. Box 190
Washington, NJ 07882


Candle Impressions
Sterno Homes Inc.
PO Box 847085
Los Angeles, CA 90084-7085

Canisius HS
Accts Payable
1180 Delaware Avenue
Buffalo, NY 14209


Canon Financial Services Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Canterbury Woods
705 Renaissance Dr.
Buffalo, NY 14221


Capital District YMCA
465 New Karner Road
Albany, NY 12205


Captive Aire
Attn: Adam Greenly
PO Box 60270
Charlotte, NC 28260


Carbone Sheet Metal Corp.
240 Marginal Street
Chelsea, MA 02150


Cardinal International Inc.
PO Box 32100
New York, NY 10087-2100


Carlisle Food Service Products
Attn: Janice Murry
22926 Network Place
Chicago, IL 60673-1229


Carpigiani Corporation of America
PO Box 603317
Charlotte, NC 28260-3317


Carrabba's Italian Grill
1645 Niagara Falls Blvd.
Buffalo, NY 14226

Carter Hoffman
2403 Collections Ctr Drive
Chicago, IL 60693


Carts Food Equipment Mfg
113-8th Street
Brooklyn, NY 11215


Cascades Recovery US Inc.
1645 Emerson Street
Rochester, NY 14606


Cascades Residents Association
Attn: Robert Waples
6601 Cascade Isles Blvd.
Boynton Beach, FL 33437


Caves Food Center
Attn: Art Miller
3-5 Main Street
Forestville, NY 14062


CDW Direct
PO Box 75723
Chicago, IL 60675-5723


Center for Disability SVCS
Attn: Bob Newport
Albany, NY 12208


Center of Renewal - Stella Niagara
Stella Niagara
4421 Lower River Road
Stella Niagara, NY 14144


Cephas Capital
Attn: Jeff Holmes
11 Schoen Place 8th Floor
Pittsford, NY 14534


Cephas Capital Partners II, L.P.
11 Schoen Place
8th Floor
Pittsford, NY 14534

CFOSOLUTIONSPLUS
45 Bryant Woods North
Buffalo, NY 14228

Chair Man Mills
Attn: Audrey Myrie
501 Consumers Road
Toronto, Ontario, Canada M2J 5E2

Chakara Bistro Bar
Attn: Brandon Lee
7328 Pittsford-Palmyra Road
Fairport, NY 14450

Champion Hills C.C.
dba Fairways Golf Club
Attn: Darlene Sommer
675 Champion Drive
Victor, NY 14564

Champion Industries Inc.
Attn: Ruth Kern
PO Box 60448
Charlotte, NC 28260-0448

Champps Restaurant & Bar
819 Eastview Mall
Victor, NY 14564

Channel Manufacturing Inc.
55 Channel Drive
Port Washington, NY 11050

Charlie the Butcher
372 Ellen Drive
Buffalo, NY 14225

Chautauqua Harbor Hotel
Attn: Alan Incorvaia
10 Dunham Avenue
Celoron, NY 14720

Chef Specialties Co Inc.
Attn: Shelly Sitler
411 West Water Street
Smethport, PA 16749-1199

Cheforward LLC
21001 N Tatum Blvd, Suite 1630-515
Phoenix, AZ 85050


CHEMTREC
Accounts Receivable
PO Box 791383
Baltimore, MD 21279-1383


Churchville-Chile CSD
Attn: Robert A'Agostino
139 Fairbanks Road
Churchville, NY 14428


Cintas Corporation
Attn: Grace Martin
6800 Cintas Blvd.
Mason, OH 45040


Clarence CSD
9625 Main Street
Clarence, NY 14031


Club 86
Attn: Bill Legott
86 Avenue East
Geneva, NY 14456


Club Quarters - Rockefeller Ctr
RCQ Hotel Operator RC
One Atlantic Street 5th Floor
Stamford, CT 06901


Club Quarters - World
Cedar & Washngtn Assoc
Attn: Accounts Payable
One Atlantic St, 5th Floor
Stamford, CT 06901


Club Quarters houston
Fannin & Ruck Associates
One Atlantic Street, 5th Floor
Stamford, CT 06901

CM Becker International, LLC
1800 EDC Parkway
Comanche, TX 76442


CMA Dishmachines
12700 Knott Avenue
Garden Grove, CA 92841


CMT Restaurant Equipment
PO Box 914
Saddle Brook, NJ 07663


CO Pro+
110 W Michigan Avenue, Suite 200
Lansing, MI 48933


Cole's Restaurant
1104 Elmwood Ave
Buffalo, NY 14222


Colonie Senior Service Centers
Attn: Caroline barrett
Six Winners Circle
Albany, NY 12205


Colony Club
564 Park Avenue
New York, NY 10021


Color Me Mine
Attn: Stephanie
980 West Ridge Road
Webster, NY 14580


Columbia Grammar & Preparatory
Attn: Kim, Business Office
5 West 93rd Street, Unit #1707
New York, NY 10025


Columbus Restaurant Fund IV
DBA Porter House
10 Columbus Circle - 4th Floor
New York, NY 10019

Comfort Inn University
Attn: Susan Carlin
One Flint Road
Buffalo, NY 14226


Commercial Applicance Parts & SVC Inc.
8416 Laurel Fair Circle #114
Tampa, FL 33610


Commercial Stainless Inc.
955 Patterson Drive
Bloomsburg, PA 17815


Community Unit School District #300
2550 Harnish Drive
Algonquin, IL 60102-2698


ConAir/Waring Corp. Inc.
PO Box 932059
Atlanta, GA 31193-2059


Consolidated Edison
JAF Station
PO Box 1702
New York, NY 10116-1702


Construction Exchange
2660 William Street
Buffalo, NY 14227


Continental Commercial Products
American Plastics
PO Box 207636
Dallas, TX 75320-7636


Continental Refrigerator
Customer Service
PO Box 82-0107
Philadelphia, PA 19182-0107


Cooper - Atkins Corp.
29193 Network Plaza
Chicago, IL 60673-1291

Copier Fax Business Tech Inc.
465 Ellicott Street
Buffalo, NY 14203


Corby Hall Inc.
3 Emery Avenue
Randolph, NJ 07869


Cornell Club of New York
Attn: Tim Delapace F&B Department
6 East 44th Street
New York, NY 10017


Corporate Essentials
2 Cranberry Road, Suite A2
Parsippany, NJ 07054


Corporate Filings LLC - Florida
30 N Gould Street, Suite 7000
Sheridan, WY 82801


Corporate Filings LLC - Hawaii
30 N Gould Street, Suite 7001
Sheridan, WY 82801


Correll Inc.
PO Box 1237
Fort Smith, AR 72902


Corstar Communications LLC
22 Saw Mill River Road
Hawthorne, NY 10532


Cotton Craft
Attn: Joan Lindsey
Global Textile Solutions LLC
11285 Elkins Road, Suite C1
Roswell, GA 30076


Country Club of Buffalo
Attn: Kathy Cipresso
250 N Youngs Rd
Buffalo, NY 14221

Courtyard Lake George
Attn: Taylor Hall
365 Canada Street
Lake George, NY 12845


Courtyard Marriott
Attn: Megan Hennessey
11 Excelsio Ave.
Saratoga Springs, NY 12866


Cradle Beach Camp
8038 Old Lake Shore Road
Angola, NY 14006


Craft Beer Guild NY
Attn: Gerry Sheehan
12-14 S Putt Corners Road
New Paltz, NY 12561


Crag Burn Country Club
1231 N Davis Road
East Aurora, NY 14052


Craster Ltd
Suite 218 Great Western Studio
65 Alfred Road
London, UK W5 5EU


Creative Converting
B110149
PO Box 88149
Milwaukee, WI 53288


Creekside Taven and Inn
Attn: William Farmer
1 Main Street
Le Roy, NY 14482


Cres Cor
Attn: Colleen Solamon
Dept 95-2003
Cleveland, OH 44193

Crestware
PO Box 540210
520 North Redwood Road
North Salt Lake, UT 84054


Cross Country FS Installers
1270 Firesthorne Drive
Easton, PA 18045


Crosstex International Inc.
PO Box 74008664
Chicago, IL 60674-8664


Crown Lift Trucks
P.O. Box 641173
Cincinnati, OH 45264-1173


Crown Verity Inc.
37 Adams Blvd
Brantford, Ontario N3S 7V8
Canada
ON


CSI / Commercial Services Inc.
Attn: Phil Potter
18330 Edison Avenue
Chesterfield, MO 63005


Custom Stainless Steel
79 A Bloomingdale Road
Hicksville, NY 11801


D&L Installations Inc.
230 Knckerbocker Avenue, Suite A
Bohemia, NY 11716


Dakco Heating & Air Cond. Corp.
17 St Charles Street
Thornwood, NY 10594


Daniel A Sperrazza
Millenium Trust Company LLC
FBO Daniel A Sperrazza IRA
2001 Spring Road, Suite 700
Oak Brook, IL 60523

DASH Markets
1726 Hertel Avenue
Buffalo, NY 14216


David Cohen
562 West Ferry Street
Buffalo, NY 14221


David M. Zebro
72 Beckford Court
Buffalo, NY 14221


Day & Nite Refrigeration Service Corp.
10 Charles Street
PO Box 310
New Hyde Park, NY 11040


DC LTD
10545 Guilford Road #101
Jessup, MD 20794


DCCA LLC
d/b/a Doral Arrowwood
975 Anderson Hill Road
Port Chester, NY 10573


DE Lage Landen Financial SVC
PO Box 41602
Philadelphia, PA 19101-1602


Decadent Dessert bar
Attn: Britni Nail
13375 Voyager Parkway
Colorado Springs, CO 80921


Decicco & Sons / Armonk
Primizia foods II LLC / Armonk
43 Fifth Avenue
Pelham, NY 10803


Decicco & Sons / Larchmont
Creativa Foods LLC / Larchmont
Attn: Victoria
43 Fifth Avenue
Pelham, NY 10803

Decicco & Sons / Somers
Ispirato, LLC / Somers
Attn: Mike Puma
43 Fifth Avenue
Pelham, NY 10803


Dee's Associated Inc.
60-4156th Road
Maspeth, NY 11378


Deep South Taco
Attn: Richard Hamilton
291 Ellicott Street
Buffalo, NY 14203


Deerfield Country Club
Attn: Paul Moriarty
100 Craig Drive
Brockport, NY 14420


Delavan Hotel
Attn: Joe Salvatore
6461 Transit Road
Depew, NY 14043


Delfield
Attn: Julie
PO Box 8500-53288
Philadelphia, PA 19178-3288


Delfin Design & Mfg Inc.
15672 Producer Lane
Huntington Beach, CA 92649


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275


Delta Sonic Car Wash
Attn: Heather Darlak
570 Delaware Avenue
Buffalo, NY 14202

Demet's Candy Co.
Attn: Adrian Riley
30 Buxton Road
Stamford, CT 06905


Depaul Comm SVCS/Edgerton SQ
Attn: Accounts Payable
1931 Buffalo Road
Rochester, NY 14624


Depaul Comm SVCS/Glenwell
Attn: Accounts Payable
1931 Buffalo Road
Rochester, NY 14624


Deraffele Manufacturers
Attn: Joe Deraffele
2525 Palmer Avenue
New Rochelle, NY 10801


DESCO USA
9620 Joliet Road
La Grange, IL 60525


Desiato's
Mark Desiato
1475 E Henrietta Road
Rochester, NY 14623


Dexter Russell Inc.
Client ID 800051
PO Box 983122
Boston, MA 02298-3122


DFAS IN VP GFEVS
8899 E. 56th Street
Indianapolis, IN 46249-3800


Diamond Hawk hospitality
255 Sonwill Drive
Buffalo, NY 14225


Dinex International Inc.
Carlisle Foodservice Products
22926 Network Place
Chicago, IL 60673-1229

Direct Energy Business, Inc.
PO Box 70220
Philadelphia, PA 19176


Direct Machinery Sales Corp.
Attn: Joe Rissitto
50 Commerce Place
Hicksville, NY 11801


Disco Inc.
PO Box 824566
Philadelphia, PA 19182-4566


Dival Safety Equipment Inc.
1721 Niagara Street
Buffalo, NY 14207


Diversified Ceramics Corp.
Attn: Marybeth Neuliep
1501 North Gordon
Alvin, TX 77511


DMJ Solutions LLC
Fire Protection Plus
120 Industrial Avenue
Little Ferry, NJ 07643


DO & CO New York Catering Inc.
149-32 132nd Street
Jamaica, NY 11430


Dome Construction Corporation
393 East Grand Avenue
San Francisco, CA 94133


Dona M. Buszka
37 Tartan Lane
Buffalo, NY 14221


DOT Foods Inc.
#774529
4529 Solutions Center
Chicago, IL 60677-4005

Douglas Equipment
301 North Street
Bluefield, WV 24701


Doyle Security System Inc.
PO Box 1333
Buffalo, NY 14240-1333


Doyon & Nu-Vu Food SVC SYS Inc.
13542 Collections Center Drive
Chicago, IL 60693


Duff's Amherst
Attn: Ron Duff
3651 Sheridan
Buffalo, NY 14226


Duffy's - AIS, LLC
Attn: Wayne Stoutner
3138 Oneida Street
Sauquoit, NY 13456


Duke Manufacturing Inc.
Attn: E. Hamilton
PO Box 790379
Saint Louis, MO 63179-0379


DW Haber & Sons Inc.
825 East 140th Street
Bronx, NY 10454


Dynamic International Ltd
Attn: Accounts Receivable
1320 Route 9 #1352
Champlain, NY 12919


DZ Restaurants
Attn: Nancy Bambara
63 Putnam Street
Saratoga Springs, NY 12866


Eagle Metal Masters Group
Attn: Heather Barkley
PO Box 69282
Baltimore, MD 21264-9282

Eagle Transfer Corporation
307 Seventh Avenue, Suite 2001
New York, NY 10001


Eaton Office Supply Co Inc.
180 John Glenn Drive
Buffalo, NY 14228-2292


Ecolab/Raburn Inc.
PO Box 32027
New York, NY 10087-2027


Eden Heights of Eden
4071 Hart Road
Eden, NY 14057


Edie's Pizza
Attn: Greg Edie
380 Buffalo Road
Hamburg, NY 14075


Edwards-Councilor Co Inc.
1427 Baker Road
Virginia Beach, VA 23455


Eggertsville Fire District
1880 Eggert Road
Buffalo, NY 14226


Elderwood Admin. Services
Attn: Accounts Payable
500 Seneca Street, Suite 100
Buffalo, NY 14240


Electrolux Professional Inc.
Dept. 2722
Carol Stream, IL 60132-2722


Eliason Corp.
Seneca Holding
PO Box 772881
Chicago, IL 60677-2881

Elite Floors, Inc.
691 Saw Mill River Road
Yonkers, NY 10710


Elite Global Solutions
Attn: Nicolette St. Angel
19732 Decartes
Foothill Ranch, CA 92610


Elizabeth Weiss
22 Mianus Drive
Bedford, NY 10506


Elkay Foodservice Products
Elkay Sales Inc.
Attn: Rose Geistwhite
PO Box 73606
Chicago, IL 60673-7606


Ellenville Central School District
28 Maple Avenue
Ellenville, NY 12428


Ellicott Development Co
295 Main Street, Room 210
Buffalo, NY 14203


Elm Street bakery
Attn: Jay Depreno
72 Elm Street
East Aurora, NY 14052


Elma Conservation Club
600 Creek Road
Elma, NY 14059


Emberglo
C/O Midco International
PO Box 5659
Carol Stream, IL 60197-5659


Emerald South Healthcare
1175 Delaware Avenue
Buffalo, NY 14209

EMI Industries LLC
Customer Service
1316 Tech Blvd
Tampa, FL 33619


Empire Forklift Inc.
PO Box 108
Bloomingburg, NY 12721


Encore Restaurant Closed
Attn: joe Gugino
370 Highland Avenue
Buffalo, NY 14223


Equipex Ltd.
100 Niantic Avenue, Suite 104
Providence, RI 02907


Eric Reich
15 Penny Lane
Buffalo, NY 14228


Erie Community College City
Attn: Linda Rezabek/Foodservice
121 Ellicott Street
Buffalo, NY 14203


Erie Community College North
Statler Food Lab
Attn: Mark Wright
6205 Main Street
Buffalo, NY 14221


Erie Community College South
Auxilliary Services
Attn: Mary Ann Crapsi/Foodservice
4041 Southwestern Blvd.
Orchard Park, NY 14127


Erie County Community College City
Attn: Kristin Goss
121 Ellicott Street
Buffalo, NY 14203

Erie County Water Authority
350 Ellicott Square
PO Box 5148
Buffalo, NY 14240-5148


Erwyn Products Company Inc.
200 Campus Drive, Suite C
Morganville, NJ 07751


Everest Refrigeration
201 W. Artesia Blvd
Compton, CA 90220-5517


Evergreen Manufacturing
PO Box N
Martinsville, IL 62442


EVO Inc.
20560 SW 115th Avenue
Tualatin, OR 97062


Excelsior Orthopaedics LLP
PO Box 8000 Dept 303
Buffalo, NY 14267-0303


Express Comercial Services
Attn: Wayne Stoutner
140 Child Street
Rochester, NY 14611


Exquisite Catering
c/o Steve Calvaneso
341 Delaware Avenue
Buffalo, NY 14202


F & O Imports
1026 Central Avenue NE
Minneapolis, MN 55413


Fancy Heat Corporation
40 Veronica Avenue
Somerset, NJ 08873

Fanvic Packaging, Inc.
P.O. Box 770248
Woodside, NY 11377


Fastenal
PO Box 978
Winona, MN 55987-0978


Fatta Enterprises, LLC
155 Nottingham Terrace
Buffalo, NY 14216


Fedex
PO Box 223125
Pittsburgh, PA 15251-2125


Fedex
P.O. Box 371461
Pittsburgh, PA 15250-7461


Fedex Truckload Brokerage
PO Box 645123
Pittsburgh, PA 15264-5123


Fetco Food Equipment Co.
PO Box 429
Lake Zurich, IL 60047-0429


Fineline Settings
135 Crotty Road
Buffalo, NY 14240


Finger Lakes Coffee Roasters
7330 Rt. 251
Victor, NY 14564


Firemasters
506 10th Avenue
East Northport, NY 11731


First Presby Church Buffalo
Attn: David Bond
1 Symphony Circle
Buffalo, NY 14201

First United Methodist Church
Attn: Judy Herbert
100 North Main Street
Canandaigua, NY 14424


Five Star Bank
Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408


Five Star Bank
220 Liberty Street
PO Box 227
Warsaw, NY 14569-9976


Five Star Bank
Attn: Paul D. Keller
300 Spindrift Drive
Buffalo, NY 14221


Five Star Kitchen Instl. Inc.
517B Acorn Street
Deer Park, NY 11729


Flavorseal
35179 Avon Commerce Parkway
Avon, OH 44011


Flik @ Horace Mann
231 West 246 Street
Bronx, NY 10471


Flower City Rest SVC Inc.
Attn: Rick Bentley
795 Beahan Road
Rochester, NY 14624


Flynn Memorial Home, Inc.
Attn: Rose
325 South Broadway
Yonkers, NY 10705


Focus Products Group LLC
PO Box 205579
Dallas, TX 75320-5579

Follett Corporation
PO Box 782806
Philadelphia, PA 19178-2806


Food Equipment Design Inc.
Attn: Chris Bowers
9826-14th Avenue SW
Seattle, WA 98106


Foxlake Correctional
W 10237 Lake Emily Road
Fox Lake, WI 53933


Franco's Pizza Corp Office
Attn: Franco Kroese
2714 Sheridan Drive
Tonawanda, NY 14150


Frankie Foodservice System Inc.
3149 Paysphere Circle
Chicago, IL 60674-0031


Franklin Machine Products Inc.
Attn: Jessica Middleton
PO Box 74007311
Chicago, IL 60674-7311


Franmara Inc.
John Steinbeck Station
PO Box 2139
Salinas, CA 93902-2139


Fraternal Order of Eagles Aerie 52
72 Hinchey Road
Rochester, NY 14624


Freed Maxick CPAs, PC
PO Box 8000
Dept 644
Buffalo, NY 14267


Frette North America
850 3rd Avenue, 10th Floor
New York, NY 10022

Friedr Dick Corp.
Attn: Dorthy Lagois
33 Allen Boulevard
Farmingdale, NY 11735


Friendly Home of Rochester
Attn: Eugenia Capobianco
3156 East Avenue
Rochester, NY 14618


Front of the House
Attn: Jennifer Mack
7630 Biscayne Blvd.
Miami, FL 33138


Frymaster/Dean LLC
Attn: Beth Ann Duke
Wells Fargo Bank
PO Box 932445
Atlanta, GA 31193-2445


Fuccillo Automotive Group
10524 US Route 11
Adams, NY 13605


G & A Commercial Seating Prod
152 Glen Road
Mountainside, NJ 07092


G C Distribution
Attn: Louis T. Moprrissey II
500 Fifth Avenue
Pelham, NY 10803


G C Maintenance Inc.
Attn: Guy
50 Mapleview Road
Buffalo, NY 14225


G E T Enterprises Inc.
ID 02911
7401 Security Way Suite 200
Houston, TX 77040

G&B Fish, Shrimp & Chicken
Attn: Myran Horton
1532 Genesee Street
Buffalo, NY 14211


Gadsden Coffee Company Inc.


Garrison Golf & Country Inn
Attn: Racquel Palmer
P.O. Box 348
Garrison, NY 10524


Gary Brost
630 Lake Drive
Vero Beach, FL 32963


Gasser Chair Company Inc.
Attn: Kathy Gasser
4136 Logan Way
Youngstown, OH 44505


Gatehouse Grill
Attn: Jackie Kenner
8220 Main
Buffalo, NY 14221


Gaylord Industries Inc.
PO Box 2109
Carol Stream, IL 60132


GE Appliance Contract
Attn: Brian P. Reynolds
General Electric Co.
PO Box 402271
Atlanta, GA 30384-2271


Gemini Bakery Equipment Co.
9990 Gantry Road
Philadelphia, PA 19115


GEMKO Information Group Inc.
Attn: Michael Budzich
100 Corporate Parkway, Suite 200
Buffalo, NY 14226

Gener McArthy's
Attn: Bill Metzger
73 Hamburg Street
Buffalo, NY 14204


Genesee Brew House
Attn: Beth McCullogh
25 Cataract Street
Rochester, NY 14605


Genesee Metal Products, Inc.
106 Railroad Avenue
Wellsville, NY 14895


Geneva General Hosp
Attn: Accounts Payable Department
196 North Street
Geneva, NY 14456


Gerties
Attn: Beth Gross
6010 Goodrich Road
Clarence, NY 14031


Ghent Mfg Inc.
Customer Service
2999 Henkle Drive
Lebanon, OH 45036


GHRF LLC
d/b/a The Black Derby
310 West 4th Street
New York, NY 10014


Gilbane Building Company
1100 N Glebe Road
Arlington, VA 22201


Glastender Inc.
7969 Solution Center
Chicago, IL 60677-7009


Glen Oak Golf Course
711 Smith Road
PO Box 179
East Amherst, NY 14051-0179

Glen's Towing Inc.
% HHH Auto Body
110 Nepperhan Avenue
Elmsford, NY 10523


Glenn Falls Hospital
Attn: Elizabeth Hoffman
126 South Street
Glens Falls, NY 12801


Global Equipment Company Inc.
29833 Network Place
Chicago, IL 60673-1298


Global Industry
Attn: Lou Petrill- Rep
29833 Network Place
Chicago, IL 60673


Globe Food Equipment Co
PO Box 636190
Cincinnati, OH 45263-6190


Goldenshtein Restaurant Equip
262 Starr Street
Brooklyn, NY 11237


Goodrich Refrigeration Inc.
1986 State Highway 11C
North Lawrence, NY 12967


GOW School
2491 Emery Road
South Wales, NY 14139


Grainger
Dept. 825196744
Customer Service
Palatine, IL 60038-0001


Greenwave International Inc.
PO Box 0090288
Brooklyn, NY 11209

Greenwich Hotel Restaurant, LLC
Attn: Joshua Pickard
d/b/a Locanda Verde
New York, NY 10013


Gregory Mirque
c/o Donald Mallo, Esq.
361 Route 210
Stony Point, NY 10980


Griffon Pub and Restaurant
Attn: Ken Scibetta
2470 Military Rd.
Niagara Falls, NY 14304


Groen
Unified Brands
PO Box 91570
Chicago, IL 60693


Grosfillex Inc.
Attn: Mary Jo Doyen
PO Box 194
Robesonia, PA 19551


Guapo Bodega LLC
d/b/a Beauty & Essex Restaurant
146 Essex Street
New York, NY 10002-2301


Guertin Distributors Inc.
5 Technology Place
East Syracuse, NY 13057


Guski Logistics Corporation
875 Western Highway
Blauvelt, NY 10913


H G Maybeck Co Inc.
Attn: Len Golombek
179-30 93 Rd Avenue
Jamaica, NY 11433-1406


H. Risch
44 Saginaw Drive
Rochester, NY 14623

Hagerman & Company Inc.
PO Box 139
Mt Zion, IL 62549


Halfmoon Diner
Attn: Jimmy Vasilakos
231 Grooms Road
Clifton Park, NY 12065


Hall China Company
Attn: R James Clark
1 Anna Avenue
East Liverpool, OH 43920-3675


Halton Company
PO Box 641273
Cincinnati, OH 45264-1273


Hamilton Beach Brands Inc.
Attn: Sykima Lee
PO Box 602762
Charlotte, NC 28260-2762


Hampton Inn Williamsville
Attn: Tracy Curtin
5455 Main Street @ Los Robles
Buffalo, NY 14221


Happy Cake Vegan Bakery
34 Central Avenue
Lancaster, NY 14086


Harlach Enterprise
2069 Parker Blvd
Tonawanda, NY 14150


Harold Import Co.
747 Vassar Avenue
Lakewood, NJ 08701


Harris Beach PLLC
Attn: Cindy Naclerio
677 Broadway, Suite 1101
Albany, NY 12207

Harris Hill Nursing Facility
2699 Wherle Drive
Buffalo, NY 14221


Hartman's Distilling / Gilded Buffalo
Attn: Justin Hartman
55 Chicago Street, Suite 110
Buffalo, NY 14204


Harvest on Hudson
1 River Street
Hastings on Hudson, NY 10706-1430


Hatchets & Hops LLC
c/o Woodhill Capitol
Attn: Andrew Lloyd
255 Great Arrow Avenue
Buffalo, NY 14207


HATCO Corporation
Box 68-4035
Chicago, IL 60695-4035


Head Start Holy Cross
Attn: Ruth Padin
150 Maryland
Buffalo, NY 14201


Healthworks WNY LLP
PO Box 8000-Dept No. 425
Buffalo, NY 14267


Heathwood Asst Living Penfield
100 Elderwood Court
Rte 250 & Penbrooke Road
Penfield, NY 14526


Hedges Nine Mile Point
Attn: Thad Swift
1290 Lake Road
Webster, NY 14580


Heintzelman's Marinade Magic
Attn: Dawn Heintzelman
6361 Knickerbacker Road
Ontario, NY 14519

Herlew LLC
12 Labriola Court
Armonk, NY 10504


Herlew Realty
12 Labriola Court
Armonk, NY 10504-0497


Hillside Children Ctr
Attn: Accounts Payable
410 Atlantic Avenue
Rochester, NY 14609


HIX Corporation
Attn: Willy Anderson
1201 E 27th Terrace
Pittsburg, KS 66762


HMS Mechanical Refrig Inc.
P.O. Box 7415
Wantagh, NY 11793


Hobart - Traulsen
ITW Food Equipment
PO Box 3563
Carol Stream, IL 60132-3563


Hobart Sales & Service - Albany
ITW Food Equipment Group LLC
PO Box 2517
Carol Stream, IL 60132-2517


Hobart Sales & Service - Buffalo
ITW Food Equipment Group LLC
PO Box 2517
Carol Stream, IL 60132-2517


Hobart Sales & Service - Long Island
Attn: Edward Hughes
ITW Food Equipment Group LLC
PO Box 2517
Carol Stream, IL 60132-2517

Hobart Sales & Sve - Waterloo
ITW Food Equipment Group LLC
PO Box 2517
Carol Stream, IL 60132-2517


Hobart Sales/Service-HC Lobalzo & Sons I
61 Cleveland
Akron, OH 44333


Hobart Service - E Granby CT
ITW Food Equipment Group LLC
PO Box 2517
Carol Stream, IL 60132-2517


Hobart Service - Portland, OR
Bach Bros LLC
5759 S E International Way
Portland, OR 97220


Hoffmaster Group, Inc.
B110149
PO Box 88149
Milwaukee, WI 53288-8149


Holiday Inn & Suites
800 Jefferson Road
Rochester, NY 14623


Holiday Inn Johnstown
Attn: Jim Landrio
308 N. Cromie Avenue
Johnstown, NY 12095


Hollow Brook Golf
Attn: Accounts Payable
1060 Oregon Road
Cortlandt Manor, NY 10567


Hollowick Inc.
PO Box 305
Manlius, NY 13104


Home Depot Credit Services
Dept 32-2541941609
PO Box 78047
Phoenix, AZ 85062-8047

Homer Laughlin China Co
Attn: Connie Edwards
672 Fiesta Drive
Newell, WV 26050-1299


Honig's Appliance
80 Mott Avenue
Inwood, NY 11096


Hoot Mechanical & Electrical
PO Box 428
Lockport, NY 14095


Horace Mann School
Attn: Kathy Jacobs
231 West 246th Street
Bronx, NY 10471


Hospitality Glass Brands LLC
52 Forest Avenue
Paramus, NJ 07652


Hotel at Batavia Downs
ADK Hospitality, Hart Hotels
8319 Park Road
Batavia, NY 14020


Hubert Company
Attn: Shannon Cook
25401 Network Place
Chicago, IL 60673-1254


Hunterdon County Educational SVCS Comm
37 Hoffmans Crossing Road
Califon, NJ 07830


Illinois / Perry LLC - Labatt House
199 Scott Street, Suite 200
Buffalo, NY 14204


IMC Teddy
PO Box 206
Copiague, NY 11726

Imperial Brown
2271 NE 194th Avenue
Portland, OR 97230

Imperial Commercial Cooking Eq
1128 Sherborn Street
Corona, CA 92879

Imperial Market
Attn: Tony Abdul
3039 Bailey Avenue
Buffalo, NY 14215

Impulse!
Attn: Abby Confortti
710 S. Powerline Road, Suite C
Deerfield Beach, FL 33442

Indian Ocean LLC
dba Courtyard by Marriott
Attn: Nirel Patel
900 Buffalo Avenue`
Niagara Falls, NY 14303

INDUS Hospitality Group/Holiday Inn
Attn: Tammy Murphy
950 Panorama Tr. South
Rochester, NY 14625

Infrico USA Corp
1409 NW 84th Avenue
Miami, FL 33126

Innovative Products Unlimited
Attn: Judy Van Elzen
2120 Industrial Drive
Niles, MI 49120

Insinkerator
PO Box 101409
Atlanta, GA 30392

Integrity Facility Services
81 Pondfield Road, Suite D272
Bronxville, NY 10708

Intercontinental Exchng/Ice GA
5660 New Northside Drive
Atlanta, GA 30328


Intermetro Industries Corp.
75 Remittance Drive
Dept. 3044
Chicago, IL 60675-3044


International Storage Systems
SPG International LLC
Attn: Jane Merrill
Dept CH 19355
Palatine, IL 60055-9355


International Tableware Inc.
Attn: Sharon Couch
300 Phillips Avenue
Toledo, OH 43612


Intralin Corporation
Attn: Joyce McHale
PO Box 62129
Baltimore, MD 21264-2129


Irinox North America Inc.
9990 NW 14th Street, Suite 107
Miami, FL 33172


Irondequoit Country Club
4045 East Avenue
Rochester, NY 14618


IRR Supply Center Inc.
Attn: Sharon Trentini
908 Niagara Falls Blvd.
North Tonawanda, NY 14120


Island Lanes
1887 Whitehaven Road
Grand Island, NY 14072


J & J Sass Electric Inc.
PO Box 1910
Kingston, NY 12402

J B Prince Company Inc.
Account# NY6284
36 East 31st Street
New York, NY 10016


J C Ehrlich Co Inc.
PO Box 13848
Reading, PA 19612-3848


J Wilson Marketing Ltd
34 Ray Road
Greenwich
Greenwich, NY 12834


Jackson WWS Inc.
Attn: Rhonda Mayne
PO Box 783348
Philadelphia, PA 19178-3348


James Bedard III
185 Greenfield Drive
Tonawanda, NY 14150


James M. Bedard III
185 Greenfield Drive
Tonawanda, NY 14150


James Weiss
51 Brundase Ridge Road
Bedford, NY 10506


Jamestown Mattress Co Inc.
Attn: Jim Pullan, Jr.
150 Blackstone Avenue
Jamestown, NY 14701


Jamie's Ice Cream
1401 Nash Road
North Tonawanda, NY 14120


Jamison Door Company
PO Box 1274
Hagerstown, MD 21741-1274

Jason Enterprises, Inc.
P.O. Box 202
145 Edwin Road
South Windsor, CT 06074


JEF Contracting, Inc.
Attn: Jim Kanutsu
1243 Military Road, Suite 1
Buffalo, NY 14217


Jetty at the Port
1000 North River Street
Rochester, NY 14612


Jim's Steak Out Main JSO Inc.
Attn: Dave Muscoreil
3094 Main St.
Buffalo, NY 14214


JMC Furniture
Spartan & Bison Refrigeration
225 Water Street, Suite A226
Plymouth, MA 02360


JMJ Phillip Group LLC
145 S Livernois Suite 240
Rochester, MI 48307


Joe Crocco, Jr.
Carpentry & Construction LLC
PO Box 63
Armonk, NY 10504


John Boos & Co.
35261 Eagle Way
Chicago, IL 60678-1352


John E. Sherman, MD
Attn: Diana
1016 Fifth Avenue
New York, NY 10028


John K. McAndrew, Esq.
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, NY 14604

John's Pizza Subs Getzville
Attn: Gene Mongan
680 Campbell Blvd
Getzville, NY 14068


John's Pizza Subs Grand Island
2131 Grand Island Blvd.
Grand Island, NY 14072


John's Tex Mex
Attn: Jon Roth
426 South Avenue
Rochester, NY 14620


Johnson Controls Fire Protection LP
Dept CH 10320
Palatine, IL 60055-0320


Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA 15250-7967


Johnstons Restaurant
Attn: Dale & Rose Johnson
Box 236
2475 Academy Street
Ransomville, NY 14131


JR Swanson Plumbing & Heating
Attn: Chad Heath
413 103rd Road
Niagara Falls, NY 14304


Julien
955 Rue Lachase
Quebec G1P 2H3
Canada


K & R Installations LLC
15 Valley Road
Clifton, NJ 07013


Kaleida Health
Attn: Pam Omaski
726 Exchange Street
Buffalo, NY 14210

Kari Out Company DBA for Perk Up, Inc.
399 Knollwood Road, Suite 309
White Plains, NY 10603


Kason Central
PO Box 933411
Atlanta, GA 31193-3428


KD Industries Inc.
Kold-Draft
335 Enterprise Avenue, Suite 160
Fort Lauderdale, FL 33331


Keating of Chicago Inc.
Attn: Michelle Pollard
Dept 20-8017
PO Box 5998
Carol Stream, IL 60197-5998


Kelly Jo Chase
6762 Errick Road, Upper
North Tonawanda, NY 14120


Kennedy Organics LLC
d/b/a Charlie Bird
8 West 13th Street
New York, NY 10011


Keystone Adjustable Cap Co Inc.
PO Box 828742
Philadelphia, PA 19182-8742


King Fabricating
Attn: Martin King
8619 E Genesee Street
Fayetteville, NY 13066


King Lumber
2 Meadows Street
Goldens Bridge, NY 10526


Klearview Applicance Corp.
3707 Nostrand Avenue
Brooklyn, NY 11235

Klenk & Klenk Inc.
Attn: John
33 Virginia Place
Buffalo, NY 14202


Knickerbocker Social, LLC
d/b/a Haswell Green
Attn: Bernard Mcnamee
240 W 52nd Street
New York, NY 10019


Koala Kare Products
Koala Division
PO Box 911607
Denver, CO 80291-1607


Kolpak
Manitowoc FSG SVC LLC
Attn: Lita Renfroe
PO Box 204038
Dallas, TX 75320-4038


Kostas-Hertel
1561 Hertel Avenue
Buffalo, NY 14216


Krowne Metal Corp.
100 Haul Road
Wayne, NJ 07470


L2K Design Inc.
Hotel Lafayette
391 Washington, Suite 801
Buffalo, NY 14203


La Tolteca
Attn: Sandra Woodward
7530 Transit Road
Buffalo, NY 14221


Lagasse, Inc.
P.O. Box 532670
Atlanta, GA 30353-2670

Lake Isle County Club
Attn: Lucy Vafea
Town of Eastchester
660 White Plains Road
Eastchester, NY 10709


Lakeside Mfg
Attn: Sara Neuhart
PO Box 689834
Chicago, IL 60695-9834


Lancaster Country Club
6061 Broadway
Lancaster, NY 14086


Latta Road Nursing Home East
Attn: Linda Hahnel
2102 Latta Road
Rochester, NY 14612


Latta Road Nursing Home West
2100 Latta Road
Rochester, NY 14612


Lavi Industries
C/O Accounts Reveivable
27810 Avenue Hopkins
Tonawanda, NY 14150


Lawley Service Inc.
361 Delaware Avenue
Buffalo, NY 14202


Le Creuset of America, Inc.
PO Box 277408
Atlanta, GA 30384-7408


Le Parker Meridien
c/o Parker Management New York
Attn: Carlos Puertas
104-70 Queens Blvd, Suite 402
Forest Hills, NY 11375

Lemoncello Cafe and Lounge
Attn: Massimo Albano
137 West Commercial Street
PO Box 287
East Rochester, NY 14445


Leo's Elite Bakery LLC
Attn: Pat Bernunzio
101 Despatch Drive
East Rochester, NY 14445


Lessing's Food Service
Attn: Kevin Gardner
3500 Sunrise Highway
Building 100, Suite 100
Great River, NY 11739


Libbey Inc.
Attn: Jennifer Mall
PO Box 93864
Chicago, IL 60673-3864


Lifting Up Westchester
Attn: Amy Seiden
35 Orchard Street
White Plains, NY 10603


Link 2 Hospitality Inc.
Attn: Jeff Carragher
108 Lincoln Parkway
East Rochester, NY 14445


Lipman's Kosher Market
Attn: Aharon Baruch
1482 Monroe Avenue
Rochester, NY 14618


Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202


Local 888, UFCW
c/o Barnes Iaccarino & Shepherd LLP
Attn: Michael C. Anderson, Esq.
258 Saw Mill River Road
Elmsford, NY 10523-1955

Locali Kitchen & Bar LLC
Attn: Ben Meluzio
2 Kirby Plaza
Mount Kisco, NY 10549


Lodge Mfg Co.
Attn: Lisa Kerester
PO Box 380
South Pittsburg, TN 37380-0380


Logistic Management Inc.
PO Box 728
Fairhaven, MA 02719


Lori's Natural Foods
Attn: Lori Sozio
900 Jefferson Road, Suite 105
Rochester, NY 14623


Lorraine BHS Acquisition Inc.
760 Seneca Street
Suite 100
Buffalo, NY 14210


Louis Tellier, LLC
334 Cornelia Street, #263
Plattsburgh, NY 12901


LTI
PKA Low Temp
PO Box 795
Jonesboro, GA 30237-0795


Lucarelli's
Attn: Mike Lucarelli
1830 Abbott Road
Buffalo, NY 14218


M & S Messenger Services
PO Box 22
White Plains, NY 10602


Maddak Inc.
Attn: Sheryl Katsock
PO Box 10894
Newark, NJ 07193

Madison Square Garden
Attn: Heather McAdam
2 Pennsylvania Plaza / 16th Floor
New York, NY 10121-0091


Magnolia Events
Attn: Jessica Eastwood
199 Lincoln Parkway
Buffalo, NY 14222


Magnus - TD Marketing Company Inc.
84 Mayfield Avenue
Edison, NJ 08837


Mailfinance
Dept. 3682
PO Box 123682
Dallas, TX 75312-3682


Main Street Deli
Attn: Christine Gerard
5546 Main Street
Buffalo, NY 14221


Maizal Mexican Kitchen
Attn: Sebastian Farrow
4840 N. French Road
East Amherst, NY 14051


Majorelle
Attn: Alberina DiPilla
c/o Lowell Hotel
509 Madison Avenue
New York, NY 10022


Manitowoc FSH SVC LLC
PO Box 204038
Dallas, TX 75320-4038


Manitowoc Ovens & Advanced Cooking
PO Box 8500-53268
Philadelphia, PA 19178-3268


Manor Lanes
150 Grand Island Blvd.
Tonawanda, NY 14150

Manpower
117 Great Oaks Blvd.
Albany, NY 12203


Mapletex Inc.
PO Box 771
Tacoma, WA 98401


Margaret L. Wendt Foundation
111 Genesee Street
Buffalo, NY 14203


Market Forge Ind Inc.
2511 Payshere Circle
Chicago, IL 60674


Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054


Marriott Harbor Center
Attn: Accounts Payable
75 Main Street
Buffalo, NY 14203


Matfer Bourgeat Inc.
16150 Lindbergh Street
Van Nuys, CA 91406


Mauviel USA Inc.
802 Centerpoint Blvd
New Castle, DE 19720-8123


Max Packaging
109 Sixth Avenue NW
Attalla, AL 35954


Mazza Mechanical Services Inc.
430 North 7th Street
PO Box 376
Olean, NY 14760


Medina Memorial Hosp.
200 Ohio St.
Medina, NY 14103

Medline Industries Inc.
Account #1504871
Attn: Jayna Wellhouse
Box 382075
Pittsburgh, PA 15251-8075


Mercato Olean
Attn: Nick Pitllo
PO Box 93
Ellicottville, NY 14731


Mercer Tool
1860 Smithtown Avenue
Ronkonkoma, NY 11779


Mercy Hospital of Buffalo
565 Abbott Road
Buffalo, NY 14220


MerryChef USA
Manitowoc Ovens & Advanced
PO Box X8500-53268
Philadelphia, PA 19178-3268


Mesmer Refrigeration Co Inc.
519 Hamburg Streeet
Buffalo, NY 14204


Mess Hall
Attn: Joe Jerge
717 Ridge Rd
Buffalo, NY 14218


Metropolitan Club Inc.
Attn: Damiel Dinella
1 East 60th Street
New York, NY 10022


Michael C. Anderson, Esq.
Barnes, Iaccarino & Shepherd, LLP
258 Saw Mill River Road
Elmsford, NY 10523-1955


Michael D. Diederich, Jr.
361 Route 210
Stony Point, NY 10980

Michael Wamp
Millenium Trust Company LLC
FBO Michael J. Wamp IRA
2001 Spring Road, Suite 700
Oak Brook, IL 60523


Michael Weisman Living Trust
14910 Ruben Court
San Diego, CA 92127


Micromatic USA Inc.
Attention Accounts Receivable
2386 Simon Court
Brooksville, FL 34604


Migali Industries Inc.
Attn: Nicole Migala
PO Box 782
Souderton, PA 18964-0782


Mightea Boba
Attn: Trevor Grover
3225 State Rt 364
Suite 65
Buffalo, NY 14224


Mike's Subs Kenmore
Attn: Bob Bolt
2862 Delaware Avenue
Buffalo, NY 14217


Mill Wiping Rags Inc.
1656 East 233rd Street
Bronx, NY 10466


Mirque Mechanical DBA Ryan Mirque
114 West 238th Street, Suit 6D
Bronx, NY 10463


Mity-Lite Inc.
Attn: Dave Jensen
PO Box 732698
Dallas, TX 75373-2698

Moffat Inc.
PO Box 60448
Charlotte, NC 28260-0448


Monroe Community Hosp
Food and Nutrition
435 E Henrietta Road
Rochester, NY 14620


Monroe County Water Authority
PO Box 5158
Buffalo, NY 14240


Monroe Kitchen Equipment Inc.
105 Dodge Street
PO Box 60980
Rochester, NY 14606


Montague Company
Attn: Juanita Baker
PO Box 45025
San Francisco, CA 94145


Month to Month tenant


MOOG - Lemur Construction Corp.
Attn: Tim Shevlin - PM
PO Box 852
East Aurora, NY 14052


Morefar Golf Club
d/b/a Back O'Beyond
233 Federal Hill Road
Brewster, NY 10509


Mr Bar B Q FGP
Blue Rhino Global Sourcing Inc.
Attn: Lu Soguero
PO Box 404758
Atlanta, GA 30384

MSBP Hospitality, LLC
c/o Priam Enterprises, LLC
Attn: Carol Beasley
237 Main Street, Suite 300
Buffalo, NY 14203


MT Kisco Truck & Auto Parts
135 Ksico Avenue
Mount Kisco, NY 10549


Mt. Kisco Truck & Auto Parts
135 Kisco Avenue
Mount Kisco, NY 10549


Mundial Inc.
132 Central Street, Suite 215
Foxboro, MA 02035


Murphy's Law
Attn: Mark Chiarenza
620 Park Avenue#303
Rochester, NY 14607


MVP Network Consulting LLC
1297 Hertel Avenue
Buffalo, NY 14216


National Distribution SVC Inc.
616 Trade Center Blvd
Chesterfield, MO 63005


National Grid
PO Box 11742
Newark, NJ 07101-4742


National Tissue Company LLC
National Packaging Services Corp.
BIN 88231
Milwaukee, WI 53288-0231


Nationwide Textiles
PO Box 2370
Riverton, NJ 08077

Natura Water LLC MSC #175
PO Box 10583
Birmingham, AL 35202


Neil S. Sullivan Assoc. Ltd.
P.O. Box 259
36 North Day Street
Orange, NJ 07051


NEMCO
Attn: Erica Rostorfer
PO Box 305
Hicksville, OH 43526


Netsmartz
1250 Pittsford Victor Road, Suite 190
Pittsford, NY 14534


Network Services LLC
3660 Harlem Road
Buffalo, NY 14215


New Age Ind Corp. Inc.
16788 US Hwy 36
PO Box 520
Norton, KS 67654


New Era Drug Testing
801 S Glenoaks Blvd, Suite 200
Burbank, CA 91502


New York State Thruway Authority
PO Box 5501
Binghamton, NY 13902-5501


New York Wine & Culinary Ctr
800 S Main
Canandaigua, NY 14424


Newmark Knight Frank PRAXAIR
Attn: Sue Koronowski
175 East Park Drive
Tonawanda, NY 14150

Nexel Industries Inc.
29767 Network Place
Chicago, IL 60673-1297


Nexstep Comm'l Prod (O-Cedar)
PO Box 2096
Mount Vernon, OH 43050-7296


Niagara Falls Country Club
505 Mountain View
Lewiston, NY 14092


Niagara Falls Mem Med Center
621 Tenth Street
PO Box 708
Niagara Falls, NY 14302


Niagara Parks Delaware North
Parks and Resorts Inc.
Attn: Michael Barnes
PO Box 773
Niagara Falls, NY 14302


NOCO Natural Gas LLC
2440 Sheridan Drive
Tonawanda, NY 14150


Nor-Lake Inc.
29804 Network Place
Chicago, IL 60673-1298


Nordon LLC
PO Box 12921
Philadelphia, PA 19176-0921


North Gate Healthcare
Attn: Paula Kuppel
7264 Nash Road
North Tonawanda, NY 14120


Northstar Cermaics Inc.
Attn: Joe Bronco
1555 Lyell Avenue, Suite 168
Rochester, NY 14606

NY Stock Exchange Euronext
J Greenberg/Corporate Services
Attn: Jeff Greenberg
20 Broad Street
New York, NY 10005


NYC Dept. of Finance
PO Box 3933
New York, NY 10008-3933


NYS Dept. of Taxation and Finance
Attn: Office of Counsel
Building 9
W A Harriman Campus
Albany, NY 12227


NYS OCFS BEP/Commission for the Blind
Attn: Christopher Geitter
295 Main Street, Suite 545
Buffalo, NY 14203


Oidia LLC NYC
d/b/a Sherry B. Dessert
645 Hudson Street
New York, NY 10014


Olde Thompson Division
Attn: Darlene Glasgow
3250 Camino Del Sol
Oxnard, CA 93030


Omcan Inc.
PO Box 71753
Chicago, IL 60694-1753


Omniteam, Inc.
9300 Hall Road
Downey, CA 90241


On Time Delivery Service Inc.
PO Box 752
Caldwell, NJ 07007


On-It Refrigeration
239 Robinson Avenue, Suite #2
Bronx, NY 10465

One Stop Janitorial & Office Supply
Attn: Harry Powell
1861 Scottsville Road
Rochester, NY 14623


Oneida Ltd.
Attn: Crystal Russell
75 Remittance Drive, Suite 6152
Chicago, IL 60675-6152


OPTO Intl.
1325 N Mittel Boulevard
Wood Dale, IL 60191


Orchard Heights
5200 Chestnut Ridge Road
Orchard Park, NY 14127


Ovention Inc.
Attn: Accounting
PO Box 340500
Milwaukee, WI 53234


Packnwood
213 W 35th Street
Penthouse
New York, NY 10001


Paderno World Cuisine
355 Michele Place
Carlstadt, NJ 07072


Park Country Club
Accounts Payable
4949 Sheridan Drive
Buffalo, NY 14221


Parts Town LLC
27787 Network Place
Chicago, IL 60673-1277


Pasquale's Pizzeria #242
242 Main
East Aurora, NY 14052

Pasquale's Pizzeria WS #2990
3720 Seneca Street
Buffalo, NY 14224

Pats Pizzeria
Attn: Dave Jacobson
544 Ontario Street
Buffalo, NY 14207

Patty Danni
178 Dellwood Road
Buffalo, NY 14226

Paula's Donuts Sheridan
2319 Sheridan Drive
Tonawanda, NY 14150

Paula's Donuts Southgate Plaza
Attn: Chuck Huber
936 Union Road
Buffalo, NY 14224

Pegula Sports & Entertainment, LLC
79 Perry Street, Suite 400
Buffalo, NY 14203

Pegular Sports Entertainment, LLC
79 Perry Street, Suite 400
Buffalo, NY 14203

Pellegrino Importing
449 N. Greenbush Road
Rensselaer, NY 12144

Penfield Country Club
Attn: Accounts Payable
1784 Jackson Road
Penfield, NY 14526

Penn Jersey Paper
PO Box 820974
Philadelphia, PA 19182-0974

Penske Truck Leasing Co, L.P.
P.O. Box 827380
Philadelphia, PA 19182-7380


Perlick Corp.
PO Box 78499
Milwaukee, WI 53278-0499


Petey's Pizzeria & Grill
Attn: Jamie Pellenz
PO Box 2026
Liverpool, NY 13089


Pickard, Inc.
782 Pickard Avenue
Antioch, IL 60002-1574


Pingry School - Martinsville
131 Martinsville Road
Basking Ridge, NJ 07920


Pingry School - Short Hills
50 Country Day Drive
Short Hills, NJ 07078


Piper Products Inc.
300 South 84th Avenue
Wausau, WI 54401


Pipitone Enterprises, LLC
25 East Buffalo Street
Churchville, NY 14428


PITCO
Attn: Donna Shaw
2485 Payshere Circle
Chicago, IL 60674


Pitney Bowes Financial Service
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Pittsford Farms Dairy Inc.
Attn: Josh Pemberton
44 N Main Street
Pittsford, NY 14534


Pizza Plant Canalside
Attn: Bob Syracuse
7770 Transit Road
Buffalo, NY 14221


Plate Mate/ The Product Group
5211 West Tuscarawas Street
Canton, OH 44708


Plum Point Lodge
Attn: Brud Holland
3482 Plum Point Road, South
Le Roy, NY 14482


Popular Plumbing & Heating
PO Box 310
New Hyde Park, NY 11040


Port Byron CSD
Attn: Wendy Swift
30 Maple Avenue
Port Byron, NY 13140


Pratica Products
416 E. Church Street
Lewisville, TX 75057


Pratt (Quality Carton), LLC
PO Box 933949
Atlanta, GA 31193-3949


Pro Plus of New York, Inc.
202 Terminal Drive
Plainview, NY 11803


Pro-Tek of NY, Inc.
202 Terminal Drive
Plainview, NY 11803

Professional Business Technology
338 Harris Hill Road, Suite 204
Buffalo, NY 14221


Progetto Inc DBA Etcetera Etcetera Rest
Attn: Daniel Kueera
352 W 44th Street
New York, NY 10036


Proiettis Italian Rest. and Catering
980 Ridge Road
Webster, NY 14580


Proluxe
Stearns Product Development
20281 Harvill Avenue
Perris, CA 92570


Pronto Repairs, Inc.
27 Rockland Park Avenue
Tappan, NY 10983


Proposition Forty Five LLC
Attn: Eric Nagle
45 Euclid Street
Rochester, NY 14604


ProPump
707 Woodfield Road
West Hempstead, NY 11552


Prorose Inc.
652 Glenbrook Road
BLDG 3-201
Stamford, CT 06906


Putnam Den
Attn: Tiffany Albert
63 Putnam Street
Saratoga Springs, NY 12866


Quackenbush Co Inc.
Attn: Dave Strasser
495 Kennedy Road
Buffalo, NY 14227

Quadient Finance USA Inc.
PO Box 6813
Carol Stream, IL 60197-6813


Quench USA (Adventure Holdings)
630 Allendale Road, Suite 200
King of Prussia, PA 19406


Qwest Contracting
Atn: Richard Goettinger
153 West 27th Street, Suite 502-504
New York, NY 10001


R I T Inn Conference Center
5257 W Henrietta Road
Henrietta, NY 14467


R3 Redistribution
R3 Midatlantic Region
12765 Collections Center Drive
Chicago, IL 60693


Radio Social
Attn: Chuck Cerankosky
20 Carlson Road
Rochester, NY 14610


Rainbow Room LLC
30 Rockefeller Plaza
New York, NY 10112


RAK Procelain USA
595 Route 25A, Suite 17
Miller Place, NY 11764


Rancilio Group North America
1340 Internationale Parkway, Suite 200
Woodridge, IL 60517-4955


Randell
Unified Brands
PO Box 91570
Chicago, IL 60693

Rankin-Delux Inc.
3245 Corridor Drive #B
Mira Loma, CA 91752-1030


Rational Cooking Systems Inc.
36688 Eagle Way
Chicago, IL 60678-1366


Red Osier Landmark
Attn: Tim Adams
6492 Main Street
Stafford, NY 14143


Red Osier Landmark
Atn: Tim Adams
6492 Main Street
Stafford, NY 14143


Refrigeration Design Tech Inc.
1808 Fm Rd 66
PO Box 622
Waxahachie, TX 75168


Refrigeration Sales & SVC Inc.
Attn: Mr. John Karl
315 Lawrence Bell Drive
Buffalo, NY 14221


Reite Way Refrigeration
19B Ransier Drive, Suite 4
Buffalo, NY 14224


Reliable Fire Protection
20 Meridian Road, Suite 1
Eatontown, NJ 07724


Republic Service
PO Box 9001099
Louisville, KY 40290-1099


Residex, LLC
PO Box 674923
Detroit, MI 48267-4923

Restaurant Mi isla
Attn: Benito Collado
219 West Ferry
Buffalo, NY 14213


Resurgence Brewing Co.
Attn: Brandon Woodcock
1250 Niagara Street
Buffalo, NY 14213


Resurgence Brewing Co. Chicago
55 Chicago Street
Buffalo, NY 14204


Retrans Freight
PO Box 9490
Fall River, MA 02720


Revol USA LLC
3575 Koger Blvd, Suite 220
Duluth, GA 30096


Rich Products R & D
One Robert Rich Way
Buffalo, NY 14213


Richard Gioia
The Campanile
925 Delaware, #7B
Buffalo, NY 14209


Rick's on Main
Attn: Michael Perillo
687 Main
East Aurora, NY 14052


Rico's Sawyer Creek Hotel
Attn: Bret
3264 Niagara Falls Blvd.
North Tonawanda, NY 14120


Ricotta & Ricotta Mangia
Attn: John Ricotta
7025 Ellicott Road
Orchard Park, NY 14127

Ridgemont Country Club
Attn: Kevin Statt
3717 Ridge Road W
Rochester, NY 14626


Rizzo's Tonawanda
2763 Eggert
Tonawanda, NY 14150


RJW Services LLC
5986 Miller Road
Niagara Falls, NY 14304


Robot Coupe
PO Box 16625
Jackson, MS 39236-6625


Rochester Copier Inc.
1344 University Avenue
Rochester, NY 14607


Rochester Gas & Electric
PO Box 847813
Boston, MA 02284-7813


Rochester Regional Health
Attn: Accounts Payable
PO Box 10759
Rochester, NY 14610


Rochester Riverside Convention Center
Attn: Karol Hitchcock
123 E. Main
Rochester, NY 14604


Rockester Parklands Owner, LLC
dba Legacy at Parklands
2000 Park Creek Lane
Buffalo, NY 14228


Rodriguez Construction Group LLC
760 Seneca Street, Suite 150
Buffalo, NY 14210

Rolling Hills Farm
Attn: Mike Doyle
180 East Prospect Avenue, #104
Mamaroneck, NY 10543


Roman Cafe
Attn: Larry Huttenmaier
797 Payne Avenue
North Tonawanda, NY 14120


Rosenthal Sambonet USA Ltd.
Attn: Sevil Beg
355 Michele Place
Carlstadt, NJ 07072-2304


Rosmellias Burt Hotel
Attn: John and Gina Rosmellias
2083 Lockport Olcott Road
Burt, NY 14028


Royal Industries Inc.
4100 West Victoria Street
Chicago, IL 60646


RPI/Regal Pinnacle Inter
220 Route 70
Medford, NJ 08055


RSM Consturction Group
461 From Road
Paramus, NJ 07652


Rubbermaid
Attn: Chad Gerald
75 Remittance Drive, Suite #1167
Chicago, IL 60675-1167


Russell E Zettle
DBA New Day Coffee Roasters
3046 Niagara Falls Blvd.
North Tonawanda, NY 14120


Ryder Transportation Services
PO Box 96723
Chicago, IL 60693

S&V Restaurant Equip Mfg
4320 Park Avenue
Bronx, NY 10457


Saalfeld
PO Box 644520
Pittsburgh, PA 15264-4520


Sage Colleges Russell Sage
Accounts Payable
65 First Street
Troy, NY 12180


Sage Dinning Services Inc.
1402 York Road
Suite 100Y Avenue, Suite B7
Lutherville Timonium, MD 21093


Salvajor Inc.
PO Box 843927
Kansas City, MO 64184-3927


Salvation Army Buffalo Main Street
Attn: Robin Kelly
960 Main Street
Buffalo, NY 14202


San Jamar
Attn: Trista Kuehni
29346 Network Place
Chicago, IL 60673-1293


Sanford & Burtis Fire Eqp Inc.
PO Box 3639
Syracuse, NY 13220


Saratoga Hospitality LLC
Gaffney's Restaurant
Attn: Zach Cutler
Saratoga Springs, NY 12866


Schaefrer USA Corporation
2900 Orange Avenue, Suite 102
Signal Hill, CA 90755

Schuler Haas Electric Corp.
240 Commerce Drive
Rochester, NY 14623


Schwabl's
789 Center Road
Buffalo, NY 14224


SCI Construction Group, Inc.
Attn: Hillary Silverman, Officer Manger
26-16 Skillman Avenue
Long Island City, NY 11101


Scotsman
101 Corporate Woods Parkway
Vernon Hills, IL 60061


Scott Bogucki, Esq.
Gleichenhaus, Marchese & Weisharr, P.C.
43 Court Street
930 Covention Tower
Buffalo, NY 14202


Scrufari Constuction
Attn: Peter Greiner
3925 Hyde Park Blvd
Niagara Falls, NY 14305


Seasonal Lawncare
1120 Bullis Road
Elma, NY 14059


Seattle Academy of Arts and Science
Attn: Mark Franco
1113 13 th Street
Seattle, WA 98122


Select Products Holdings LLC
1 Arnold Drive
Huntington, NY 11743


Seneca Blueprint Co Inc.
Attn: Rick W. Knight
PO Box 255
Buffalo, NY 14225

Seneca Nations of Indians
Business Permit Office
12837 Route 438
Irving, NY 14081


Seneca Niagara Hotel
SNFG Corp Accounts Payable
Attn: Phornlaphat Barnes
310 Fourth Street
Niagara Falls, NY 14303


Sentinel Builders
79 Madison Avenue, Suite 1561
New York, NY 10016


Server Products
3601 Pleasant Hill Road
Richfield, WI 53076


Service Ideas Inc.
Attn: Julie Leja
NW 5876
PO Box 1450
Minneapolis, MN 55485-5876


Serviceone
35 Hill Street
Bridgeport, CT 06606


Shamron Mills Ltd
484 River Street
Troy, NY 12180


Sheraton at the Falls American Niagara
American Niagara Hospitality
Attn: Doug Nickerson
300 Third Street
Niagara Falls, NY 14303


Shooters Sports Bar & Grill
1226 Fairport Road
Fairport, NY 14450

SICO America Inc.
VB Box 146
PO Box 9202
Minneapolis, MN 55480-9202


Six Friends Cabernet
c/o Woodhill Capitol
Attn: Tony Martino
Lancaster, NY 14086


Sleepy Hollow Lake
Attn: Tony Latello
13800 Siehl Road
Akron, NY 14001


Snap Drape Int'l
Attn: Joe Valles
2045 Westgate Drive #100
Carrollton, TX 75006


SODEXO M&T Exec Dining
M&T Bank Executive Dining
Attn: Andy Lawson
One M&T Plaza, 19th Floor
Buffalo, NY 14203


Somat Company
ITW Food Equipment Group
PO Box 3563
Carol Stream, IL 60132-3563


Somerset Industries Inc.
137 Phoenix Avenue
Lowell, MA 01852


SONOCO Stanciap/Rixie
91218 Collection Center Drive
Chicago, IL 60693


Source International Corp.
17 Gilmore Drive
Sutton, MA 01590

Sourcing Solutions International
Attn: Keith Geitner
23975 N Hickory Nut Grove Road
Cary, IL 60013


Southbend
Attn: Larue
98806 Collections Center Drive
Chicago, IL 60693


Southeastern Filtration
PO Box 1068
Canton, GA 30169


Spaceman USA LLC
Forte Supply LLC C/O P2B Investor
Attn: Chris Geurden
224 Commerce Street, Suite A1
Broomfield, CO 80020


Sparks Traycon LLC
320 Industrial Road
PO Box 847
Adamsville, TN 38310


Special Made Goods & SVC Inc.
141 Marcel Drive
Winchester, VA 22602-4844


SPG International LLC
Attn: Sherry Hackett
Dept CH 19355
Palatine, IL 60055-9355


Spill Stop Mfg LLC
Attn: Anna Ault
1509 W Le Moyne Street
Melrose Park, IL 60160


SPOT Coffee Kenmore
GCG Properties Inc.
Attn: James Goranites
7334 Townline Road
North Tonawanda, NY 14120

Springs USA Corporation
Attn: Christina Chinchilla
127 Ambassador Drive, Suite 147
Naperville, IL 60540-4079


St. Adalbert's Basilica
Response to Love
130 Kosciuszko Street
Buffalo, NY 14212


St. Cabrini Nursing Home
115 Broadway
Dobbs Ferry, NY 10522


St. Coleman's Home
11 Haswell Road
Watervliet, NY 12189


St. Francis HS R & P Oak Hill
3556 Lakeshore Road, Suite 620
Buffalo, NY 14219


St. Johns County School District
Attn: Julie Ritter
40 Orange Street
Saint Augustine, FL 32084


St. Leo's Church
885 Sweet Home Road
Buffalo, NY 14226


St. Mark R.C. Church
401 Woodward Avenue
Buffalo, NY 14214


St. Vincent & DePaul Conference St. Amel
Attn: Tom McQuillen
210 St. Amelia Drive
Tonawanda, NY 14150


Stafford Vol. Fire Dept.
6153 Main Street
Stafford, NY 14143

Standard Supper Club
Attn: Chris Stamatakos
1 Crossgates Mall Road
Albany, NY 12203


Star Mfg International Inc.
PO Box 60151
Saint Louis, MO 63160-0151


Steelite International USA Inc.
154 Keystone Drive
New Castle, PA 16105


Stella Niagara Health
4421 Lower River Road
Stella Niagara, NY 14144


Stella Niagara Personal Touch
Attn: Heidi Ness
4421 Lower River Road
Stella Niagara, NY 14144


Sterno/Candle Lamp Company LLC
Dept 3360
Los Angeles, CA 90084-3360


Stoneridge Software LLC
1320 1st Avenue N
Fargo, ND 58102


Structural Concepts
Dept 077500
PO Box 77000
Detroit, MI 48277-0500


Studio Labs LLC
298 5th Avenue, 5th Floor
New York, NY 10001


Sub Delicious
Attn: Tom Milani
15 Locust Street
Lockport, NY 14094

Suburban Carting Co
PO Box 844532
Boston, MA 02284-4532


SUC Buffalo Campus House
Buffalo State Campus House Club
Attn: Kathleen O'Brien
1300 Elmwood Avenue
Buffalo, NY 14222


Suncliff on the Lake
Attn: Brenda Shaw
6892 Lakeshore Road
Derby, NY 14047


Sunkist Growers Inc.
Attn: Rosemarie Rupp
5818 Collections Center Drive
Chicago, IL 60693


Sunny's Drive-In
5780 S Transit
Lockport, NY 14094


SUNY Buffalo Child Care Ctr.
3435 Main Street
Buffalo, NY 14214


Superior Mfg Group Inc.
PO Box 310553
Des Moines, IA 50331-0553


Susan K Bedard
36750 US Hwy 19N
Palm Harbor, FL 34684


Susan K. Bedard
36750 US Hwy 19N
Palm Harbor, FL 34684


Swiss Culinary Equipment
9F Dundas Circle
Greensboro, NC 27407

Syracuse China
Attn: Jennifer L. Mall
PO Box 93864
Chicago, IL 60673-3864


T & S Brass and Bronze Inc.
Attn: Rita Blhm
PO Box 601161
Charlotte, NC 28260-1161


T G I Fridays Walden
1746 Walden Avenue
Buffalo, NY 14225


Table Topics/Division of Harbor Furn.
27418 US Highway 98 East
PO Box 340
Elberta, AL 36530


Tablecraft Products Co Inc.
Attn: Diane Dolan
PO Box 7691
Carol Stream, IL 60197-7691


TAJ Grill
Attn: Sabi Jatinder
2290 Delaware Avenue
Buffalo, NY 14216


Tappo
338 Ellicott Street
Buffalo, NY 14202


Tappo Pizza
Attn: Rocco Temini
391 Washington Street
Buffalo, NY 14203


Tartinery
Attn: Amandine Pernin
90 Park Avenue
New York, NY 10016

Tavern at Gibbs
Attn: Daniel Horvath
58 University Avenue
Rochester, NY 14605


TD Marketing Co Inc.
84 Mayfield Avenue
Edison, NJ 08837


Tech24 Commercial Foodservice Repair Inc
C/O Fifth Third Bank
PO Box 638959
Cincinnati, OH 45263-8959


Templeton Landing
Attn: Carolyn Kimbrough
2 Templeton Terrace
Buffalo, NY 14202


Ten Strawberry Street
3837 Monaco Parkway
Denver, CO 80207


Terminix Processing Center
PO Box 742592
Cincinnati, OH 45274-2592


Terrace Club
Attn: Mirian Mueller
25 West 51st Street - 7th Floor
New York, NY 10019


Thai by Night
Attn: John Guattery
123 South Main Street
Canandaigua, NY 14424


The Angry Goat
Attn: Josh Kolstad
938 S Clinton Ave
Rochester, NY 14620


The Chocolate Bar
Attn: Bill Panzica
114 Chippewa Street
Buffalo, NY 14202

The Hartford
PO Box 660916
Dallas, TX 75266-0916


The Jake
Attn: Scott Leary
3020 Delaware Avenue
Buffalo, NY 14217


The Last Beet
Attn: Gustavo Gomez
435 3rd Street
Niagara Falls, NY 14301


The Owl House
Attn: Jeff Ching
75 Marshall Street
Rochester, NY 14607


The Paul Revere Life Insurance
PO Box 903
Columbia, SC 29202-0903


The Place Restaurant
229 Lexington
Buffalo, NY 14222


The Prentice Family Foundation
Attn: Bryant H. Prentice III
1805 Osceola Street
Jacksonville, FL 32204


The River Road House
Attn: Shannon Magnano
1543 South Kelley Road
Schenectady, NY 12306


Thermalrite
15600 37th Avenue, N Suite 100
Minneapolis, MN 55446


Thermohauser of America Inc.
Attn: Lee Chenard
135 Schofield Avenue
Dudley, MA 01571

Thirsty Turtle Sports Bar
Attn: Theodore Rund Sr.
7422 Victor Pittsford Road
Victor, NY 14564


Tim Horton Donuts Main Acct
Attn: Bryan Clark
443 South Cayuga Road
Buffalo, NY 14221


Tim Horton Donuts Sweethome
Attn: David Beaton
1950 Sweet Home Road
Buffalo, NY 14228


Tim Horton's - McKay Hospitality LLC
Attn: Susie Rentschler
625 Panorama Trail, Bldg 2
Suite 2130
Rochester, NY 14625


Timber Creek Tavern
Attn: Ron Mitchell
17 S Main Street
Manchester, NY 14504


Time Warner Cable
Box 223085
Pittsburgh, PA 15251-2085


Time Warner Cable PA
PO Box 223085
Pittsburgh, PA 15251-2085


TMI International LLC
PO Box 775442
Chicago, IL 60677-5442


TMP Company Inc. (TAFCO)
P.O. Box 269
Graham Street
Hyde, PA 16843

Tony D's
Attn: Jay Speranza
288 Exchange Street
Rochester, NY 14608


TopShelf Management, LLC
79 Perry Street, Suite 400
Buffalo, NY 14203


Torres Landscaping
PO Box 305
White Plains, NY 10605


Total Food Service
PO Box 2507
Greenwich, CT 06836


Toutant
Attn: James Roberts
437 Ellicott St.
Buffalo, NY 14203


Town Clerk of the Town of Amherst
5583 Main Street
Buffalo, NY 14221


Town Food Service Equip Co Inc.
72 Beadel Street
Brooklyn, NY 11222


Town of Henrietta
Office of Building & Fire Prevention
475 Calkins Road
Henrietta, NY 14467


Towne Housing LLC
1128 Oliver Street
North Tonawanda, NY 14120


Trata Restaurant Rochester
16 N Main Street
Pittsford, NY 14534

Treasurer Commonwealth of Virginia
DGS Fiscal Services
PO Box 562
Richmond, VA 23218-0562


Tri-Metro Inc./AEP
P.O. Box 1388
New York, NY 10025-1388


Trinity Health
Attn: Customer Service
PO Box 7052
Troy, MI 48007-7052


Trinity Health Corporation
AP Service Center
PO Box 7052
Troy, MI 48007-7052


Trinity Health East
Attn: Jennifer Kern
PO Box 7007
Troy, MI 48007-7052


True Manufacturing Company, Inc.
Attn: Pam Waymire
Department 456139
PO Box 790100
Saint Louis, MO 63179-0100


TUCS Equipment
755 Old County Road 18 South
Princeton, MN 55371


Turbo Air Inc.
Attn: German Knife
4184 E. Conant Street
Long Beach, CA 90808


Turgla
GTG Trading Group LLC
5220 Sunnyside Avenue
Beltsville, MD 20705

Twin Distric Fire Company
PO Box 406
4999 William Street
Lancaster, NY 14086


Ultimate Textile
18 Market Street
Paterson, NJ 07501


UNBXD Inc.
951 Mariners Island, Suite 200
San Mateo, CA 94404


Unified Beerworks
Attn: Erika Anderson
7 Stonebreak Road, Suite 4
Ballston Spa, NY 12020


Unifirst Corporation
3999 Jeffrey Blvd
Buffalo, NY 14219


Union Club of the City of NY
Attn: Betsy Adames
101 East 69th Street
New York, NY 10021


Unisource Food Equipment
Bakingology Inc.
Attn: Ron Mondello
56 Rockland Drive
Jericho, NY 11753


United Business Systems
316 Seneca Street
Buffalo, NY 14204


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


University of Rochester
Accounts Payable - Brooks Lndng
Attn: Cameron Schauf
720 Library Road
Rochester, NY 14627

Univex Corp.
Attn: Janet Chalmers
3 Old Rockingham Road
Salem, NH 03079


Unox Inc.
987 Airlie Parkway
Denver, NC 28037


Update International
Focus Foodservice LLC
PO Box 205579
Dallas, TX 75320-5579


UPS Freight
28013 Network Place
Chicago, IL 60673


Upstate Food Equipt Marketing
Ken Levy Associates Inc.
Attn: Ken Levey
PO Box 600
Baldwinsville, NY 13027


V W R International
Attn: Karen Spicer
PO Box 2158
Secaucus, NJ 07096-2158


Valley Community Assn
Attn: Peg Overdorf
93 Leddy Street
Buffalo, NY 14210


Valvoline Instant Oil Change
Buffalo Lube Associates LP
90 Earhart Drive, Suite 4
Buffalo, NY 14221


Varma Enterprises Tim Hortons
Attn: Sania Carlyon
67 Mead Street
North Tonawanda, NY 14120

Veriship
8880 Ward Parkway #300
Kansas City, MO 64114


Verizon
PO Box 15124
Albany, NY 12212-5124


Verizon Wireless SVC LLC
PO Box 408
Newark, NJ 07101-0408


Veterans Admin Medical Ctr Canandaigua
Attn: Debbie Yurek
400 Fort Hill Avenue
Canandaigua, NY 14424


Via Forno Woodfired Pizza
Attn: AP Walter Cirillo
2 Garth Road
Scarsdale, NY 10583


Victorinox Swiss Army
PO Box 845362
Boston, MA 02284-5362


Victory Refrigeration
PO Box 602056
Charlotte, NC 28260-2056


Villa Barone Manor
737 Throgs Neck Expressway
Bronx, NY 10465


Villa tuscan Grille
Attn: Armondo Cioccke
273 Duanesburg Road
Schenectady, NY 12306


Village Bake Shoppe Direct Cap
Direct Capital Corp.
Attn: Rachell Mosner
155 Commerce Way
Portsmouth, NH 03801

Villeroy & Boch Inc.
PO Box 1195
New York, NY 10268-1195


Virginia A Bedard
5509 Thomas Road
Farmington, NY 14425


Virginia Bedard
5509 Thomas Road
Farmington, NY 14425


Vita Mix Corporation
PO Box 74512
Cleveland, OH 44194-4512


Vitro Seating Products Inc.
201 Madison Street
Saint Louis, MO 63102-1329


Vollrath Company LLC
Attn: Stephanie Cote
75 Remittance Drive Suite 3022
Chicago, IL 60675-3022


Volunteers of America
Attn: AP
214 Lake Avenue
Rochester, NY 14608


Vulcan Hart Corp
PO Box 3302
Carol Stream, IL 60132-3302


VWR International
Account #77750
Attn: Shahana Masood
PO Box 2158
Secaucus, NJ 07096-2158


W & K Products
7 Lois Lane
Norfolk, MA 02056

Walco Stainless
PO Box 10527
Utica, NY 13503-1527


Waste Mgmt of New York LLC
PO Box 13648
Philadelphia, PA 19101-3648


Waste Mgmt of NY - Rochester
PO Box 13648
Philadelphia, PA 19101


Watermark Communities/Chili Parklands
Attn: Dan Peck
2000 Park Creek Lane
Churchville, NY 14428


Watermark Communities/Grand Vie
Attn: Laura hebbs
2140 Five Mile Line Road
Penfield, NY 14526


Watermark Communities/Victor Fairways
Attn: Deborah Metzger
681 High Street
Victor, NY 14564


Webstaurantstore.com


WEIL Gotshal Manges - Dining Rm
Attn: Kevin Arbuckle
767 Fifth Avenue
25th Floor - Allison & Kevin
New York, NY 10153


Wells-Bloomfield Mfg
PO Box 60151
Saint Louis, MO 63160-0151


Wendy A. Kinsella, Esq.
Harris Beach PLLC
333 West Washington Street
Suite 200
Syracuse, NY 13202

Western New York Arena
Attn: Eric McGuire
One Seymour H Knox III Plaza
Buffalo, NY 14203


Western New York Arena, LLC
1 Seymour H Knox III Plaza
Buffalo, NY 14203


Westex Manufacturing Co
PO Box 6185
Nogales, AZ 85628


Westfair Communications Inc.
701 Westchester Avenue, Suite 100J
West Harrison, NY 10604-3407


Will Enterpries
5260 Powers Road
Orchard Park, NY 14127


Williams, Driskill, Huffstutler & King
Attn: Phil Williams
2100 Club Drive, Suite 150
Gadsden, AL 35901


Willow Group Ltd.
Attn: Mary Mc Sweeney
34 Clinton Street
Batavia, NY 14020


Willow Specialties
34 Clinton Street
Batavia, NY 14020-2821


Win Restaurant Supply
Attn: Ann
318 Lafayette Street
New York, NY 10012


WIn-Holt Equipment
PO Box 75359
Chicago, IL 60675-5359

WINCO/DWL Industries Co.
65 Industrial Road
Lodi, NJ 07644


Winfield Grill
Attn: Aldo Arbore
647 Winton Road North
Rochester, NY 14609


Winmar Construction
Attn: Josh Eck
1010 Wisconsin Avenue
Washington, DC 20007


Winston Industries
2345 Carton Drive
Louisville, KY 40299


Wisconsin Converting Inc.
1689 Morrow Street
Green Bay, WI 54302


WMF Americas, Inc.
SEB Professional North America
15509 Red Hill Avenue, Suite 200
Tustin, CA 92780


Woods Oviatt Gilman LLP
1900 Main Place Tower
Buffalo, NY 14202


Woodstone Corporation
Accounts Receivable
PO Box 74565
Cleveland, OH 44194-4565


World Tableware
Attn: Jennifer L. Mall
PO Box 93864
Chicago, IL 60673-3864


Wunder-Bar
Automatic Bar Controls Inc.
790 Eubanks Drive
Vacaville, CA 95688

Wusthof - Trident of America
333 Wilson Avenue
Norwalk, CT 06854


WWRD US LLC
32501 Collection Drive
Chicago, IL 60693-0325


Yanco Melamine Inc.
1531B South Washington Avenue
Piscataway, NJ 08854


Young Lion Brewing Company
Attn: Jennifer Newman
24 Lakeshore Drive
Canandaigua, NY 14424


Youngstown Village Diner
Attn: John Pasquantino
425 Main
Youngstown, NY 14174


ZTS Commerce Drive LLC
ARK Wholesale LLC
1888 Niagara Falls Boulevard
Tonawanda, NY 14150


Zwilling J.A. Henckels
Church Street Station
P.O. Box 4523
New York, NY 10261-4523


Zyliss USA Corp
DKB Household USA
PO Box 846781
Los Angeles, CA 90084-6781

# United States Bankruptcy Court
## Western District of New York

In re    **BHS Food Service Solutions, LLC** _____

                    Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **BHS Food Service Solutions, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bryant H. Prentice, II Revocable Trust**
**c/o Briatric Investos LLC**
**1961 Wehrle Drvie, Suite 5**
**Buffalo, NY 14221**

**LC 591 LLC**
**760 Seneca Street, #100**
**Buffalo, NY 14210**

**The Prentice Family Foundation**
**Attn: Bryant H. Prentice III**
**1805 Osceola Street**
**Jacksonville, FL 32204**

☐ None [*Check if applicable*]

**June 26, 2020** _____
Date

**/s/ Raymond L. Fink** _____
**Raymond L. Fink**
Signature of Attorney or Litigant
Counsel for   **BHS Food Service Solutions, LLC**
**Lippes Mathias Wexler Friedman LLP**
**50 Fountain Plaza**
**Suite 1700**
**Buffalo, NY 14202**
**716-853-5100 Fax:716-853-5199**
**rfink@lippes.com**